UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

JUDGE PRESKA

**08 CIV 4998**

------------------------------------------------------------------

KIZZY JOYE,

C.V. Number:

Plaintiff.

**PETITION FOR REMOVAL**

-against-



JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

Defendants.

------------------------------------------------------------------X

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISCTRICT OF NEW YORK, FOLEY SQUARE:

Defendants, EDGAR MEZA OVANDO and JAIME LOPEZ, files this Notice for Removal under U.S.C. §§ 1141, 1446, and Federal Rules of Civil Procedure, Rule 81 (c) and Local Rule 81.1 and respectfully shows the Court:

A.    These defendants are requesting removal to the above Court in the above-entitled action.

B.    The above-entitled action was commenced in the Supreme Court of the State of New York, County of Bronx, by plaintiff's counsel, on or about 2/26/08. Under index number 301553/08, pursuant to CPLR Section 304 and is now pending in that Court, upon information and belief, annexed hereto as Exhibit "A" is a copy of plaintiff's Summons and Complaint and this petitioner/defendant's answer..

C.    The above-mentioned action is a Supreme Court action for personal injuries allegedly sustained in a motor vehicle accident.

D.    The action is one of which the United States District Courts are given original jurisdiction under U.S.C. §1332(a) by reason of diversity of citizenship of the parties.

E.    The amount of controversy in the action, exclusive of interest and costs, exceeds $75,000.00 annexed hereto as Exhibit "B" is a copy of plaintiff's Bill of Particulars.

F.    Thirty (30) days have not yet expired since the action thereby became removable to this Court.    These defendants received the Bill of Particulars, by their counsel, on May 2, 2008.

G.    At the time of commencement of this action, and upon information and belief, defendant EDGAR MEZA OVANDO is a citizen of Texas, and that defendant JAIME LOPEZ'S is a citizen of Texas, and that defendant JENINE SHAW, it a citizen of New Jersey, annexed hereto as Exhibit "C" is a copy of the police report.

H.    Copies of all discovery responses served on petitioner in this action are annexed hereto as Exhibit "D".

I.    The Summons and Complaint was first received by the removing defendants, upon information and belief, on or about 3/17/08.

J.    This petition is timely within the meaning of 28 U.S.C. 1446 (b).

K.    That promptly after filing this petition of removal the defendants' shall give written notice of the removal to the plaintiff through his attorney of record in the State action.

L.    Counsel for petitioners/defendants' called the liability insurance carrier Mercury for the defendant JENINE SHAW to advise them of this petition on 5/27/08, as there has been no appearance on that defendant's behalf.

M.    However, they had advised me that they would speak to their soon to be assigned counsel for Ms. Jenine Shaw and get back to me.

N.    As of the drafting of this petition, counsel has just heard back from Ms. Merridee Evans on 05/29/08 from Mercury Insurance who advised me as of the date of drafting of this

petition that they consent to said removal on behalf of the defendant, Jenine Shaw and will be forwarding the case to counsel, Morgan, Melhuish, Monaghan, et. al.

That this petition of removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, these defendants' request that the above-entitled action be removed from the Supreme Court, Bronx County, to the United States District Court, Southern District of New York.

Dated: New York, New York
        May 29, 2008

BY: FREDERICK D. SCHMIDT, JR. (FDS8821)
LAW OFFICE OF JOHN P. HUMPHREYS
Attorneys for Defendants
**JAIME LOPEZ AND EDGAR MEZA-OVANDO d/b/a 3 BULLS TRUCKING**
485 Lexington Avenue, 7th Floor
New York, NY 10017
(917) 778-6600
Matter No.: 0913855FS

TO:

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

Exhibit A

03/28/2008 16:57 FAX                                                          @002/010

**UNITED LAWYERS**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Index No.: 301553 -08

Date of Purchase:

---------------------------------------------------------------X

KIZZY JOYE,

Plaintiff designates **BRONX**
County as the place of trial.

Plaintiff,

The basis of the venue is
Plaintiff's Residence.

-against-

JENINE SHAW, EDGAR MEZA OVANDO
and JAIME LOPEZ,

**SUMMONS**

Defendants.

Plaintiff resides at
1510 Jesup Avenue
Bronx, New York 10452

---------------------------------------------------------------X

To the above named Defendant(s):

**You are hereby summoned** to answer the complaint in this action and to serve a copy
of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance,
on the Plaintiff's Attorney(s) within 20 days after the day of service (or within 30 days after the
service is complete if this summons is not personally delivered to you within the State of New York);
and in case of your failure to appear or answer, judgment will be taken against you by default for the
relief demanded in the complaint.

Dated: New York, New York
        February 22, 2008

James L. Ferrara, Esq.
**ROSENBAUM & ROSENBAUM, P.C.**
Attorney(s) for Plaintiff(s)
50 Broadway, 26th Floor
New York, New York 10004
212-514-5007

Defendant(s):

To:    See Attached Rider

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------X
KIZZY JOYE,

                                                    Index No.:

                              Plaintiff,,

          -against-                                 **VERIFIED COMPLAINT**

JENINE SHAW, EDGAR MEZA OVANDO,
and JAIME LOPEZ,

                              Defendants.
------------------------------------------------------------X

        Plaintiff, by her attorneys, Rosenbaum & Rosenbaum, P.C., complaining of the defendants,

respectfully sets forth and alleges the following:

        1.      Upon information and belief, and at all relevant times, plaintiff is a resident of the

State of New York, County of Bronx.

        2.      Upon information and belief and at all times hereinafter mentioned, plaintiff was a

passenger in a 2002 Toyota motor vehicle bearing New Jersey State license plate number VJC844.

        3.      Upon information and belief and at all relevant times, defendant JENINE SHAW

owned a 2002 Toyota motor vehicle bearing New Jersey State license plate number VJC844.

        4.      Upon information and belief and at all relevant times, defendant JENINE SHAW

operated a 2002 Toyota motor vehicle bearing New Jersey State license plate number VJC844.

        5.      Upon information and belief and at all relevant times, defendant JENINE SHAW

maintained, managed and controlled a 2002 Toyota motor vehicle bearing New Jersey State license

plate number VJC844.

        6.      Upon information and belief and at all relevant times, defendant EDGAR MEZA

OVANDO owned a tractor trailer bearing Texas license plate number R7BY30.

7.    Upon information and belief and at all relevant times, defendant EDGAR MEZA OVANDO operated a tractor trailer bearing Texas license plate number R7BY30.

8.    Upon information and belief and at all relevant times, defendant EDGAR MEZA OVANDO operated a tractor trailer bearing Texas license plate number R7BY30 with the permission and consent of defendant, JAIME LOPEZ.

9.    Upon information and belief and at all relevant times, defendant EDGAR MEZA OVANDO maintained, managed and controlled a tractor trailer bearing Texas license plate number R7BY30.

10.    Upon information and belief and at all relevant times, defendant JAIME LOPEZ owned a tractor trailer bearing Texas license plate number R7BY30.

11.    Upon information and belief and at all relevant times, defendant JAIME LOPEZ operated a tractor trailer bearing Texas license plate number R7BY30.

12.    Upon information and belief and at all relevant times, defendant JAIME LOPEZ maintained, managed and controlled a tractor trailer bearing Texas license plate number R7BY30.

13.    At all relevant times, the roadway known as the George Washington Bridge was and still is a public highway in common use by the residents of the City of New York and others.

14.    On or about April 22, 2007 the tractor trailer bearing Texas license plate number R7BY30 came into contact with the 2002 Toyota motor vehicle bearing New Jersey State license plate number VJC844 on the aforementioned roadway.

15.    Upon information and belief, the accident was caused by defendants' negligence in that they operated, controlled, owned, maintained, managed and used their vehicles at a greater rate of speed than care and caution would permit under the circumstances; failed to provide and/or make timely and adequate use of brakes, signaling devices, horns and steering mechanisms; failed to keep

a safe distance between vehicles; failed to observe and be alert to traffic over and along the

Roadway; failed to reasonably maintain and control their vehicles; failed to yield the right of way;

proceeded with their vehicles in a non-travel lane; stopped their vehicles in a travel lane; left the door

open on a vehicle in the travel lane; negligently crossed lanes of traffic; failed to see what there was

to be seen; failed to observe a stopped vehicle; struck a parked vehicle; and were otherwise negligent

in failing to properly manage, operate and control their vehicles with the result that defendants'

motor vehicle violently struck the vehicle which plaintiff was in, causing serious injuries to plaintiff,

without any fault on the part of the plaintiff contributing thereto.

16.    The accident was caused solely by defendants' carelessness and negligence.

17.    Plaintiff in no way contributed to the happening of the accident.

18    As a result of the accident, plaintiff was caused to become sick, sore, lame and

disabled, was prevented from attending her usual duties and occupation, was compelled to secure

medical care and attention, and in the future will be compelled to secure additional care and attention

in an effort to heal his injuries.

19.    Upon information and belief, plaintiff sustained a serious injury as defined in

Insurance Law §5102(d) of the State of New York.

20.    Upon information and belief, this action falls within one or more of the exceptions

set forth in CPLR §1602.


WHEREFORE, plaintiff demands judgment against the defendants together with the costs

and disbursements of this action.

Dated: New York, New York
      February 22, 2008

James L. Ferrara, Esq.,
**ROSENBAUM & ROSENBAUM, P.C.**
Attorney(s) for Plaintiff(s)
50 Broadway, 26th Floor
New York, New York 10004
212-514-5007

## VERIFICATION

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )


I, **JAMES FERRARA**, the attorney of record for the plaintiff in the within action; I have read the foregoing *SUMMONS and VERIFIED COMPLAINT* and know the contents thereof; the same is true to my own knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters, I believe it to be true. The reason this Verification is made by me and not by plaintiff, is that plaintiff resides outside of the county in which I maintain my law office.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

*A review of the file maintained by my office, books, records and investigation.*

I affirm that the foregoing statements are true, under penalties of perjury.

Dated: New York, New York
       February 22, 2008


By: James L. Ferrara, Esq.
LAW OFFICES OF GEORGE DAVID ROSENBAUM
50 Broadway, 26th Floor
New York, New York 10004
(212) 514-5007 .

03/28/2008 15:58 FAX                                                         ☑003/010

03/28/2008 15:57 FAX                                                              ☒ 003/010

# *RIDER TO SUMMONS*

**DEFENDANTS:**

To:    **JENINE SHAW**
       **40 A Spruce Street**
       **Newark, New Jersey 07102**

       **EDGAR MEZA OVANDO**
       **P.O. Box 1691**
       **Hidalgo, Texas 78557**

       **JAIME LOPEZ**
       **3605 N Champagne**
       **Pharr, Texas 78577**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------------X

KIZZY JOYE,

Index No.: 301553/08

                              Plaintiff.          **CERTIFICATION**

          -against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                              Defendants.
-----------------------------------------------------------------------X

C O U N S E L O R:

          Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the

Courts of New York State, certifies that, upon information and belief and reasonable inquiry, the

contentions contained in the annexed document are not frivolous.

- Demand Pursuant to CPLR 3017(c)
- Verified Answer with Affirmative Defenses and Cross-claims
- Demand for a Bill of Particulars
- Combined Demands
- Notice for Discovery and Inspection (Experts)
- Notice for Discovery and Inspection (Insurance information)
- Notice for Deposition

Dated: New York, New York
          April 11, 2008

                    LAW OFFICE OF JOHN R. HUMPHREYS

                    BY: FREDERICK D. SCHMIDT JR.
                    Attorneys for Defendants
                    **JAIME LOPEZ AND EDGAR MEZA-**
                    **OVANDO d/b/a 3 BULLS TRUCKING**
                    485 Lexington Avenue, 7th Floor
                    New York, NY  10017
                    (917) 778-6600
                    Matter No.:  0913855FS

TO:

ROSENBAUM & ROSENBAUM
Attorneys for Plaintiff
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------------X

KIZZY JOYE,

                                Plaintiff.

          -against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                                Defendants.

---------------------------------------------------------------------X

Index No.: 301553/08

**DEMAND PURSUANT
TO CPLR 3017(c)**

C O U N S E L O R:

      Pursuant to CPLR §3017(c) within fifteen (15) days from the date of service of this

request, you are hereby required to set forth the total damages to which plaintiff deems

himself/herself entitled and list same separately for each cause of action.

Dated: New York, New York
       April 11, 2008

                                  LAW OFFICE OF JOHN P. HUMPHREYS
                                  FREDERICK D. SCHMIDT JR.
                                  Attorneys for Defendants
                                  **JAIME LOPEZ AND EDGAR MEZA-
OVANDO d/b/a 3 BULLS TRUCKING**
                                  485 Lexington Avenue, 7th Floor
                                  New York, NY  10017
                                  (917) 778-6600
                                  Matter No.: 0913855FS

TO:

ROSENBAUM & ROSENBAUM
Attorneys for Plaintiff
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

-------------------------------------------------------------------------X

KIZZY JOYE,

Index No.: 301553/08

                                Plaintiff.                  **VERIFIED ANSWER**

           -against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                               Defendants.

-------------------------------------------------------------------------X

C O U N S E L O R:

        The Law Office of JOHN P. HUMPHREYS, as attorney and on behalf of defendants

JAIME LOPEZ AND EDGAR MEZA-OVANDO d/b/a 3 BULLS TRUCKING, answering the

Verified Complaint of the plaintiff herein, upon information and belief, respectfully alleges:

        1.     Denies any sufficient knowledge or information to form a belief as to the truth or

falsity of the allegations contained in the paragraphs of the Complaint designated "1", "2", "3",

"4", "5", "12" and "13".

        2.     Denies each and every allegation contained in the paragraphs of the Complaint

designated "6", "11", "15", "16", "17" and "18".

        3.     Denies each and every allegation contained in the paragraphs of the Complaint

designated "9", "19" and "20", and refers all questions of law to the Court.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

        4.     That by entering into the activity in which plaintiff was engaged at the time of the

occurrence set forth in the Complaint, said plaintiff knew the hazards thereof, the risks inherent

thereto and had full knowledge of the dangers thereof; that whatever injuries and damages were

sustained by plaintiff as alleged in the Complaint arose from and were caused by reason of such

inherent risks voluntarily undertaken by the plaintiff in his/her activities and such risks were assumed and accepted by him/her in performing and engaging in said activities.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

5.     That the plaintiff's alleged damages representing the cost of medical care, dental care, custodial care or rehabilitation services, loss of earnings or other economic loss were or will, with reasonable certainty, be replaced or indemnified, in whole or in part, by or from a collateral source and this Court shall, pursuant to CPLR Section 4545(c), reduce the amount of such alleged damages by the amount such damages were or will be replaced or indemnified by such collateral source.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

6.     This party's responsibility for non-economic loss, if any, which is expressly denied herein, is less than 50% of any responsibility attributed to any tortfeasor, whether or not a party hereto, who is or may be responsible for the happening of plaintiff's alleged accident and, thus, this party is entitled to a limitation of damages as set forth in CPLR Article 16.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

7.     The injuries and damages allegedly sustained by plaintiff were caused in whole or in part by the culpable conduct of plaintiff, including negligence and assumption of risk, as a result of which the claim of plaintiff is therefore barred or diminished in the proportion that such culpable conduct of plaintiff bears to the total culpable conduct causing the alleged injuries and damages.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

8.     Upon information and belief plaintiff failed to mitigate damages.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

9.    That the plaintiff has failed to join, as defendants, all necessary and proper parties in this action.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

10.    Plaintiff's injuries, if any, were caused by the culpable conduct of parties other than the answering defendant and over when defendant had no control.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

11.    That if it is determined that plaintiff failed to use available seatbelts, defendant hereby pleads such fact in mitigation of damages.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

12.    That plaintiff's own actions were the sole proximate cause of any claimed injuries sustained by plaintiff.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

13.    That this action is barred by reason of the fact that plaintiff did not sustain a "serious injury" as defined in Section 5102 of the Insurance Law and, thus, has no right of recovery under Sec. 5104 of the Insurance Law.

### AS AND FOR A CROSS-CLAIM FOR COMMON LAW NEGLIGENCE AGAINST CO-DEFENDANT JENINE SHAW, THIS DEFENDANT ALLEGES THE FOLLOWING:

That if plaintiff was caused to sustain injuries and/or damages at the time and place set forth in the Complaint through any carelessness, recklessness and/or negligence other than the plaintiff's own, such damages were sustained in whole or in part by any reason of the

carelessness, recklessness and negligence and/or negligent acts of omission or commission of co-defendant, its agent(s), servant(s) and/or employee(s).

Further, if plaintiff should recover judgment against this answering defendants, the co-defendant shall be liable to this defendant on the basis of apportionment of responsibility for the alleged occurrence and these defendants are entitled to contribution from and judgment over and against co-defendant for all or part of any verdict or judgment which plaintiff may recover in such amounts as a jury or Court may direct.

These defendants demand judgment dismissing the Complaint herein as to the answering defendants, and further demands judgment over and against co-defendant for the amount of any judgment which may be obtained herein by plaintiff against these answering defendants or in such amount as the Court or jury may determine, together with the costs and disbursements of the action.

WHEREFORE, defendants, demand judgment dismissing the Verified Complaint together with the costs and disbursements of this action.

Dated: New York, New York
April 11, 2008

LAW OFFICE OF JOHN P. HUMPHREYS
FREDERICK D. SCHMIDT JR.
Attorneys for Defendants
**JAIME LOPEZ AND EDGAR MEZA-OVANDO d/b/a 3 BULLS TRUCKING**
485 Lexington Avenue, 7th Floor
New York, NY 10017
(917) 778-6600
Matter No.: 0913855FS

TO:

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X
KIZZY JOYE,

Index No.: 301553/08

                       Plaintiff.

**DEMAND FOR A
VERIFIED BILL
OF PARTICULARS**

        -against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                     Defendants.
------------------------------------------------------------------X

C O U N S E L O R:

    ***PLEASE TAKE NOTICE*** that this answering party, represented by the Law Office of

JOHN P. HUMPHREYS, the undersigned attorneys, requires that you serve upon said attorneys

within thirty (30) days after service upon you of a copy of this demand, a Verified Bill of

Particulars, setting forth the following:

    1.    State the date, time of day, and weather and road conditions of the occurrence
alleged in the Complaint.

    2.    The location of the alleged occurrence in sufficient detail to permit ready
identification, including but not limited to:

        (a)    The name of the street or road upon which the
              alleged accident occurred;

        (b)    Indicate the nearest intersecting road and the
              distance therefrom; and

        (c)    Specifying the exact place of the occurrence
              with respect to the center of the road, the
              center of the intersection, or other clear
              reference point.

    3.    Set forth the name and address of the owner and operator of each vehicle involved
in the occurrence.

4.   Set forth the year, make, model and license plate number (indicating state and year) of each vehicle allegedly involved in the occurrence.

5.   State the direction each vehicle allegedly involved in this occurrence was heading just before the occurrence;  state the location where each vehicle allegedly involved in this occurrence came to rest immediately after the occurrence.

6.   State all traffic controls plaintiff will claim existed at the scene of the occurrence; state what traffic controls it will be claimed defendant violated.

7.   Set forth factually and specifically in what way it is claimed this party was negligent, indicating each and every particular act or omission constituting this party's alleged negligence.

8.   Set forth each and every injury and/or condition allegedly sustained by each plaintiff as a result of the said occurrence indicating:

   (a)   its nature, extent, location and duration;

   (b)   a complete description of any injury and/or condition claimed to be residual or permanent; and

   (c)   the name and address of each physician or other medical practitioner treating or examining plaintiff; the date of each visit; and whether treatment has ceased or is continuing.

9.   Give the length of time and specific dates it is claimed that each plaintiff was confined, by reason of the alleged injuries:

   (a) to bed; (b) to house; and (c) if treated at or confined to a hospital or other medical facility, state the name and address thereof, and the dates of admission and discharge.

10.   State with respect to each plaintiff:

   (a)   Plaintiff's place and date of birth, all other names by which each plaintiff has ever been known, and social security number.  If plaintiff is a married woman, state maiden name.

   (b)   Plaintiff's occupation at the time of the occurrence, with a description of

plaintiff's duties;

(c)    The name and address of plaintiff's
employer at the time of the alleged
occurrence.

(d)    The daily or weekly earnings (gross and
net) at the time of the occurrence.

(e)    If plaintiff was self-employed, set forth
the business name and address of plaintiff and
the annual income (gross and net) of plaintiff
from said business.

(f)    Whether plaintiff was incapacitated from said
employment; if so, the length of time including
the specific dates that plaintiff was allegedly
incapacitated from attending to said employment.

(g)    If plaintiff was a student, the name
and address of the school attended and the
dates, if any when plaintiff was absent
from school.

11.    Set forth the total amounts claimed to have been spent or incurred by or on behalf
of each plaintiff (setting forth the name of each provider of services along with the amount of the
bill and dates of treatment or consultation) for:

(a)    hospital, clinic or other medical
institutions expenses;

(b)    x-rays;

(c)    physician and other health provider services;

(d)    nurses' services;

(e)    medical supplies;

(f)    loss of earnings and the basis of
computation thereof; and

(g)    amount and nature (describing in detail of
any other special damages claimed).

12.    State in what respect each plaintiff has sustained a serious injury as defined in Article 51 of the Insurance Law of the State of New York and/or economic loss greater than basic economic loss as defined in Section 5102 of the Insurance Law of the State of New York.

13.    Pursuant to CPLR 3118 demand is hereby made that you furnish the undersigned with a verified statement setting forth the office address and residence of each plaintiff indicating the street and number, City and State.

14.    Set forth the title, chapter and section of every statute, ordinance, regulation and rule which plaintiff claims to be either applicable to the occurrence or to have been violated by defendant.

*PLEASE TAKE FURTHER NOTICE*, that in the event you have no knowledge of any

or all of the above, same shall be so stated.

*PLEASE TAKE FURTHER NOTICE*, that these are continuing demands and

supplemental responses up to the time the case is placed on the trial calendar are required.

*PLEASE TAKE FURTHER NOTICE*, that in the event of your failure to furnish such a

Bill of Particulars within the said period of thirty (30) days, a motion will be made for an order

precluding you from giving any evidence at the trial of the above items for which particulars

have not been delivered in accordance with said demand.

Dated: New York, New York
      April 11, 2008

                  LAW OFFICE OF JOHN P. HUMPHREYS
                  FREDERICK D. SCHMIDT JR.
                  Attorneys for Defendants
                  **JAIME LOPEZ AND EDGAR MEZA-**
                  **OVANDO d/b/a 3 BULLS TRUCKING**
                  485 Lexington Avenue, 7th Floor
                  New York, NY  10017
                  (917) 778-6600
                  Matter No.:  0913855FS

TO:

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------X
KIZZY JOYE,

Index No.: 301553/08

                                    Plaintiff.          **COMBINED DEMANDS**

              -against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                                    Defendants.
------------------------------------------------------------------------X

C O U N S E L O R:

   *PLEASE TAKE NOTICE,* that the undersigned hereby makes the following demands

upon you, returnable at the office of the undersigned on the.

   1.   Demand for the Names and Addresses of all Witnesses;

   2.   Demand for Expert Information;

   3.   Demand for the Discovery and Inspection of any Statement by or on
        behalf of a Party Represented by the Undersigned;

   4.   Notice of Discovery and Inspection for Medical Information and
        Authorizations;

   5.   Notice of Discovery and Inspection of Photographs;

   6.   Notices of any liens and listings of all bills for medical providers
        submitted to Medicare/Medicaid; and

   7.   Demand for Income Tax Returns.

   8.   Demand for Collateral Source.

   That, in lieu of the foregoing, you may submit readable photocopies of the aforesaid
documents by mailing them to the Law Office of JOHN P. HUMPHREYS, 485 Lexington
Avenue, 7th Floor, New York, N.Y. 10017, on or before the date the documents are to be
produced.

## *DEMAND FOR THE NAMES AND ADDRESS OF WITNESSES*

*PLEASE TAKE FURTHER NOTICE,* that the undersigned hereby demands, pursuant to CPLR 3101(a), that you set forth in writing and under oath, the name and address of each person claimed by any party you represent, to be a witness to any of the following;

    (a)    The occurrence alleged in the Complaint; or

    (b)    Any acts, omissions or conditions which allegedly caused the occurrence alleged in the Complaint; or

    (c)    Any actual notice allegedly given to defendant or any servant, agent or employee of defendant of any condition which allegedly caused the occurrence alleged in the Complaint; or

    (d)    The nature and duration of any alleged condition which allegedly caused the occurrence alleged in the Complaint.

If no such witnesses are known to you, so state in the sworn reply to this Demand. The undersigned will object upon trial to the testimony of any witnesses not so identified.

## *DEMAND FOR EXPERT INFORMATION*

*PLEASE TAKE FURTHER NOTICE,* that the undersigned hereby demands, pursuant to CPLR Section 3101(d), that you set forth, in writing and under oath, the following information for each party you represent, after each expert is retained and prior to filing a Note of Issue:

    (a)    The name and business affiliation of each expert witness each party will call to testify at trial or whose opinion will be relied upon by any witness testifying at trial and the qualifications of each such expert in the field in which he will be offered to testify.

    (b)    The substance of the facts and opinions on which each expert is expected to testify.

    (c)    Each factual basis for said expert's opinion.

    (d)    The dates of all oral and written reports provided by each expert.

If no such witnesses are known to you, so state in the sworn reply to this Demand. The undersigned will object upon trial to the testimony of any witness not so identified.

### *DEMAND FOR THE DISCOVERY AND INSPECTION*
### *OF ANY STATEMENT BY OR ON BEHALF OF A*
### <u>*PARTY REPRESENTED BY THE UNDERSIGNED*</u>

***PLEASE TAKE FURTHER NOTICE,*** that the undersigned demands, on behalf of the party it represents in this action, that pursuant to CPLR 3101(e) and 3120, you produce at the time and place herein specified, and permit the undersigned to discover, inspect and copy each and every statement made by or taken from such party and its agents, servants or employees now in your possession, custody or control or in the possession, custody or control of any party you represent in this action, if such statement in any manner bears on the issues in this action.

### *NOTICE FOR DISCOVERY AND INSPECTION*
### <u>*FOR MEDICAL INFORMATION, ETC.*</u>

***PLEASE TAKE FURTHER NOTICE,*** that pursuant Section 164.508 of the Federally mandated Health Insurance Portability and Accountability Act of 1996, (HIPAA), which became effective on April 14, 2003, all authorizations must be HIPAA compliant.

We hereby demand that you produce any and all HIPAA compliant authorizations (**form provided**) in addition to the authorizations demanded below.

***PLEASE TAKE FURTHER NOTICE,*** that pursuant to Section 3101, et seq. (including Rule 3120) of the Civil Practice Law and Rules, you are required to produce and allow discovery to be made by this answering party of the following:

(a)    Copies of the medical reports of those physicians or other health providers who have previously treated, consulted or examined the party seeking recovery and who will testify in its behalf for any condition caused by or exacerbated by the occurrence alleged in the complaint.  These shall include but not be limited to a detailed recital of the injuries and conditions as to which testimony will be offered at the trial of this action referring to and identifying those x-ray and technicians' reports which shall be offered at the trial of this action and the date of each such treatment, consultation and examination.

(b)    Duly executed and acknowledged written authorizations permitting this party to obtain and make copies of all hospital or other health care facility records including x-rays and technicians' reports as may be referred to and identified in the reports of that party's physicians and other health care providers.

(c)    Any and all other medical data (including CAT scans, MRI's, EEG's, EKG's, and other diagnostic tests) not hereinabove specifically referred to upon which you will rely upon or offer for consideration in the proceeding.

(d)    Any and all bills, invoices or receipts for treatment, medicines or

appliances given for injuries or other physical conditions resulting from the occurrence referred to in the Complaint.

(e)  Fully executed and acknowledged written authorizations to obtain and copy No-Fault medical and wage records of each plaintiff from the date of the occurrence alleged in the Complaint to present setting forth the name, address, claim number and policy number for each company to which a claim has been made.

(f)  Fully executed and acknowledged written authorizations to obtain and copy Worker's Compensation records of each plaintiff from the date of the occurrence alleged in the complaint to present setting forth the name, address, claim number and policy number for each company to which a claim has been made.

(g)  Fully executed and acknowledged written authorizations to obtain records of disability benefits pursuant to Social Security Laws of each plaintiff from the date of the occurrence alleged in the Complaint to present setting forth the name, address, claim number and policy number for each company to which a claim has been made.

## *DEMAND FOR DISCOVERY AND INSPECTION OF PHOTOGRAPHS*

***PLEASE TAKE FURTHER NOTICE,*** that the undersigned demands on behalf of the party it represents in this action, that pursuant to Section 3101 et seq., you produce at the time and place herein specified and permit the undersigned to discover, inspect and copy any and all photographs taken of the alleged scene or place of the occurrence and/or vehicles involved and complained of which are now in your possession, custody and control, or in the possession, custody and control of any party you represent in this action, if such photograph in any manner bears upon the issues in this action.

## *DEMAND FOR NOTICES OF ANY LIENS AND LISTINGS OF ALL BILLS FOR MEDICAL PROVIDERS SUBMITTED TO MEDICARE/MEDICAID*

***PLEASE TAKE FURTHER NOTICE,*** that the undersigned hereby demands, pursuant to CPLR Section 3101(a), that you set forth in writing and under oath, the following information for each party you represent, and prior to filing a Note of Issue, the following collateral source providers/potential lien holders:

(a)  Medicare/Medicaid;

(b)  Workers Compensation;

(c)  Health Insurance;

(d)  Disability; and

(e)    Health Care Provider.

## *DEMAND FOR INCOME TAX RETURNS*

*PLEASE TAKE FURTHER NOTICE,* that the undersigned demands on behalf of the party it represents in this action that you produce at the time and place herein specified and permit the undersigned to discover, inspect and copy the complete Income Tax returns for each party who is claiming or has claimed reimbursement for lost income due to the occurrence alleged in the Complaint for a three (3) year period preceding the date of the occurrence as alleged in the complaint.  If said complete returns are not available, the undersigned is to be furnished with full and complete authorizations to obtain same in a form accepted by the United States Department of Internal Revenue.

*PLEASE TAKE FURTHER NOTICE,* that all of the foregoing are continuing demands and that if any of the above items are obtained after the date of this Demand, they are to be furnished to the attorney for this party, pursuant to these demands.

## *DEMAND FOR COLLATERAL SOURCE*

*PLEASE TAKE NOTICE,* that defendant requires that plaintiff produce for discovery, inspection and copying to undersigned counsel the following:

(a)    Any and all books, records, bills, insurance applications, insurance receipts, cancelled checks, copies of checks and any and all other records pertaining to collateral source reimbursement received by plaintiff or on behalf of plaintiff for the special damages alleged in the instant claim including, but not limited to, records of any person, institution, facility or government agency which has provided or will provide any reimbursement.

*PLEASE TAKE FURTHER NOTICE,* that in the event any of the requested documents and/or items do not exist, a verified statement to that effect is to be served on the undersigned on or before the aforesaid return date.

*PLEASE TAKE FURTHER NOTICE,* that this is a continuing demand notice and in the event any of the requested documents and/or items are obtained after the aforesaid return date, same are to be furnished to the undersigned within thirty (30) days after receipt.

*PLEASE TAKE FURTHER NOTICE*, that upon the failure to produce the requested

documents and/or items on the date and at the time and place demanded, a Motion will be made

for the appropriate relief.

Dated: New York, New York
       April 11, 2008

                                      LAW OFFICE OF JOHN P. HUMPHREYS
                                       FREDERICK D. SCHMIDT JR.
                                       Attorneys for Defendants
                                       **JAIME LOPEZ AND EDGAR MEZA-**
                                       **OVANDO d/b/a 3 BULLS TRUCKING**
                                       485 Lexington Avenue, 7th Floor
                                       New York, NY  10017
                                       (917) 778-6600
                                       Matter No.:  0913855FS

TO:

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X

KIZZY JOYE,

                                    Plaintiff.

                    -against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                                    Defendants.

------------------------------------------------------------------X

Index No.: 301553/08

**DEMAND FOR DISCOVERY
AND INSPECTION**

S I R :

       *PLEASE TAKE NOTICE*, that pursuant to CPLR Section 3101(d), all parties are hereby

required to serve upon the undersigned within thirty (30) days of the date of this notice, the

following:

       1.    State if there is any person you expect to call as an expert witness at the trial of
this action.

       2.    If the answer to the preceding is in the affirmative, detail as to each such expert:

          (a)    His identity, address and the company, firm or organization with
which the expert is employed or associated.

          (b)    His field of expertise, including identification of any professional
licenses and professional associations.

          (c)    Any sub-specialties of the witness within his field of expertise.

          (d)    In reasonable detail, the subject matter on which each expert is
expected to testify.

          (e)    In reasonable detail, the substance of the facts and opinions to
which each expert is expected to testify.

          (f)    In reasonable detail, the qualifications of each expert.

          (g)    In reasonable detail, a summary of the factual bases for each

expert's opinion.

(h)    Names, dates and publishers of any treatises, books, articles or essays or other writings published or unpublished by the expert relating in any way to the subject matter on which said expert is expected to testify.

3.    State whether any expert, including but not limited to persons identified in the preceding demands at any time made an examination, analysis, inspection or test of:

(a)    The premises of the area involved in the accident.

(b)    Any other item which may be relevant to determining the cause of the accident or the damages alleged in the Complaint.

4.    Did any person identified in any of the preceding demands submit any reports based upon the test or examination conducted?

5.    If the preceding demand is in the affirmative, state:

(a)    A description of each report that was made.

(b)    The date that each report was made.

(c)    Identify the person to whom each report was submitted.

(d)    Identify the persons who have present custody of each report.

6.    Attach a copy of any report identified in response to any preceding demand.

Dated:  New York, New York
        April 11, 2008

LAW OFFICE OF JOHN P. HUMPHREYS
FREDERICK D. SCHMIDT JR.
Attorneys for Defendants
**JAIME LOPEZ AND EDGAR MEZA-
OVANDO d/b/a 3 BULLS TRUCKING**
485 Lexington Avenue, 7th Floor
New York, NY  10017
(917) 778-6600
Matter No.: 0913855FS

TO:

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------------X
KIZZY JOYE,

                              Plaintiff.

            -against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                           Defendants.
-----------------------------------------------------------------------X

Index No.: 301553/08

**DEMAND FOR DISCOVERY
AND INSPECTION**

S I R :

      ***PLEASE TAKE NOTICE***, that pursuant to CPLR 3101 et seq. and the applicable case
law, you are hereby required to produce for discovery and supply to the undersigned attorneys
for   within twenty (20) days from the date of service of this demand, the following information,
documents and items requested for the purpose of inspection and/or copying:

      ***PLEASE TAKE FURTHER NOTICE***, that submission to the undersigned of true and
conformed certified copies of the documents and/or items demanded herein on or before the
aforesaid return date will be deemed compliance with this demand notice.

      1.      The name of insurance company issuing an insurance policy and/or agreement
insuring such defendant.

      2.      The effective date of such insurance agreement.

      3.      The policy limits of such insurance agreement.

      4.      The name insured under such agreement.

      5.      The nature of the coverage under such agreement.

      6.      Please provide a copy of the entire insurance policy including declaration sheets
and additional endorsement for the policy period including the date of loss.

*PLEASE TAKE FURTHER NOTICE* that in the event any of the requested documents and/or items do not exist, a verified statement to that effect is to be served on the undersigned on or before the aforesaid return date.

*PLEASE TAKE FURTHER NOTICE* that this is a continuing demand notice and in the event any of the requested documents and/or items are obtained after the aforesaid return date, same are to be furnished to the undersigned within thirty (30) days after receipt.

*PLEASE TAKE FURTHER NOTICE* that upon the failure to produce the requested documents and/or items on the date and at the time and place demanded, a Motion will be made for the appropriate relief.

Dated: New York, New York
     April 11, 2008

                                 LAW OFFICE OF JOHN P. HUMPHREYS
                                 FREDERICK D. SCHMIDT JR.
                                 Attorneys for Defendants
                                 **JAIME LOPEZ AND EDGAR MEZA-**
                                 **OVANDO d/b/a 3 BULLS TRUCKING**
                                 485 Lexington Avenue, 7th Floor
                                 New York, NY  10017
                                 (917) 778-6600
                                 Matter No.:  0913855FS

TO:

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------------X

KIZZY JOYE,                                                   Index No.: 301553/08

                                    Plaintiff.       **NOTICE OF
                                                     DEPOSITION**

           -against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                                    Defendants.

-----------------------------------------------------------------------X

C O U N S E L O R:

    ***PLEASE TAKE NOTICE***, that pursuant to Article 31 of the Civil Practice Law and
Rules, the testimony upon oral examination of all adverse parties will be taken before a Notary
Public who is not an attorney, or employee of an attorney, for any party or prospective party
herein and is not a person who would be disqualified to act as a juror because of interest or
because of consanguinity or affinity to any party herein at time and place stated below:

    TO BE DEPOSED:  Plaintiff and co-defendant
    LOCATION:  485 Lexington Avenue, 7th Floor, New York, New York 10017

On July 3, 2008, at 10:00 o'clock in the forenoon of that day with respect to evidence material
and necessary in the defense of this action.

    That the said person to be examined is required to produce at such examination all
papers, records and other data pertaining to this matter.

Dated: New York, New York
      April 11, 2008

                     LAW OFFICE OF JOHN P. HUMPHREYS
                     FREDERICK D. SCHMIDT JR.
                     Attorneys for Defendants
                     **JAIME LOPEZ AND EDGAR MEZA-
                     OVANDO d/b/a 3 BULLS TRUCKING**
                     485 Lexington Avenue, 7th Floor
                     New York, NY  10017
                     (917) 778-6600
                     Matter No.:  0913855FS

TO:

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

## *ATTORNEY VERIFICATION*

Frederick D. Schmidt. Jr., affirms as follows:

I am an attorney at law admitted to practice in the Courts of the State of New York, and am associated with The Law Office of JOHN P. HUMPHREYS, attorneys for defendants, **JAIME LOPEZ AND EDGAR MEZA-OVANDO d/b/a 3 BULLS TRUCKING** in the within action, and as such, I am fully familiar with all the facts and circumstances therein.

That the foregoing Answer is true to the knowledge of affirmant, except as to those matters therein stated to be alleged upon information and belief, and that as to those matters affirmant believes it to be true.

Affirmant further states that the reason that this verification is made by affirmant and not by defendants is that the defendants are not within this County of New York where affirmant maintains his/her office.

Affirmant further states that the sources of her knowledge and information are reports of investigations, conversations, writings, memoranda, and other data concerning the subject matter of the litigation.

The undersigned attorney affirms that the foregoing statements are true, under the penalties of perjury pursuant to Rule 2106 of the CPLR.

Dated: New York, New York
     April 11, 2008

FREDERICK D. SCHMIDT, JR.

STATE OF NEW YORK

COUNTY OF NEW YORK

**AFFIDAVIT OF SERVICE**
**BY MAIL**

I, MARIA PIZZO, being duly sworn, deposed and says that deponent is a secretary of the LAW OFFICE OF JOHN P. HUMPHREYS, attorneys for one of the parties herein; is over 18 years of age; is not a party to the action. The deponent served the papers noted below by regular mail, the same securely enclosed in the postage paid wrapper in the Letter Box maintained and exclusively controlled by the United States Postal Service at 485 Lexington Avenue, New York, New York 10017; directed to the said attorney(s) at the address indicated below; that being the address within the state designated by said attorney(s) for that purpose, or the place where said attorneys(s) then kept an office, between which places there then was and now is a regular communication by mail as follows:

**Date mailed:**          April 14, 2008

**Papers Served:**     **VERIFIED ANSWER WITH COMBINED DEMANDS**

**TO:**

ROSENBAUM & ROSENBAUM, P.C.
Attorneys for Plaintiff
50 Broadway, 26th Floor
New York, New York 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

MARIA PIZZO

Sworn to before me this
14TH day of April , 2008

Notary Public

FREDERICK D. SCHMIDT, JR.
Notary Public, State of New York
No. 4942786
Qualified in Westchester County
Commission Expires Oct 8 199
2010

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**                                Index No. :301553/08

KIZZY JOYE,

                                                                    Plaintiff,

-against-

JENINE SHAW, EDGAR MEZA OVANDO AND JAIME LOPEZ,

                                                                    Defendants.

## ANSWER TO VERIFIED COMPLAINT AND COMBINED DEMANDS

### Law Office of
### JOHN P. HUMPHREYS

Attorneys for Defendant
**JAIME LOPEZ**
**EDGAR MEZA-OVANDO**
Office & P.O. Address
**485 Lexington Avenue, 7th Floor**
**New York, New York 10017**

Tel. No.: (917) 778-6600
Fax No.: (917) 778-7020
              (917) 778-7022

TO:

Service of a copy of the within                          is hereby admitted.

Dated:                                    _____
                                          Attorney(s) for

**NOTICE OF ENTRY:**

        **PLEASE TAKE NOTICE** that the within is a true copy of an order entered in office of the Clerk of the above
Court on the ____ day of _____ 200 .

**NOTICE OF SETTLEMENT:**

        **PLEASE TAKE NOTICE** that the within proposed order will be presented for settlement and entry at the
Courthouse on the ____ day of _____ 200 . at 10:00 a.m. at the office of the Clerk of the Part of this Court
where the within described motion was heard.

Dated:    New York, New York                    **Law Office of**
                                                **JOHN P. HUMPHREYS**
                                                Attorneys for Defendant(s)
                                                As Designated Above

Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------X
KIZZY JOYE,                                               *Index No.: 301553/08*

                                    Plaintiff,

          -against-                              **VERIFIED BILL OF**
                                                **PARTICULARS**
JENINE SHAW, EDGAR MEZA OVANDO
and JAIME LOPEZ,

                                    Defendants.
-------------------------------------------------------------------X

        Plaintiff, by her attorneys, ROSENBAUM & ROSENBAUM, P.C., in response to the

Defendants, JAIME LOPEZ and EDGAR MEZA-OVANDO d/b/a 3 BULLS TRUCKING, by

their attorneys, LAW OFFICE OF JOHN P. HUMPHREYS's demand, sets forth the following as

and for her Verified Bill of Particulars:

        1.      Upon information and belief, the accident occurred on April 22, 2007 at

approximately 9:00 P.M.

        2.      The accident occurred on the George Washington Bridge, Upper Level,

Eastbound, Lane 6 at Post 20. Plaintiff also refers defendants to the accident report.

        3.      Upon information and belief, Defendant, JENINE SHAW of 40 A Spruce Street,

New ark, N.J. 07102 was the owner and operator of vehicle 1. Defendant, EDGAR MEZA

OVANDO of P.O. Box 1691, Hidalgo, Texas 78557 operated vehicle 2. Defendant, JAIME

LOPEZ of 3605 N. Champagne, Pharr, Texas 78577 is the owners of vehicle 2.

        4.      Plaintiff was a passenger in a 2002 Toyota with New Jersey State license plate

number VJC844. Defendants were the owners and operators of a 1999 KW tractor trailer with

Texas State license plate number R7B-430.

5.      The vehicles were facing eastbound on the George Washington Bridge.  Plaintiff refers defendants to the accident report.

6.      Not applicable.

7.      Upon information and belief, the accident was caused by defendants' EDGAR MEZA OVANDO and JAIME LOPEZ negligence in the ownership, operation control and maintenance of their tractor trailer motor vehicle; in causing, allowing and permitting their motor vehicle to be operated at a greater rate of speed than care and caution would permit under the circumstances; in failing to provide and/or make timely and adequate use of brakes, signaling devices, horns and steering mechanisms; in failing to keep a safe distance between their vehicle and the vehicle in which plaintiff was a passenger; in failing to stay within its own lane; in colliding with a stopped vehicle;  in failing to observe and be alert to traffic signals and road conditions then and there existing; in failing  to maintain their motor vehicle in optimum functional condition;  in failing to observe and be alert to the traffic conditions than and there existing;  in failing to reasonably maintain and control their vehicle;  in failing to yield the right of way; and was otherwise negligent in failing to properly manage, operate and control their motor vehicle resulting in the collision of said motor vehicles, causing injuries to plaintiff, without any fault or want of care on the part of the plaintiff contributing thereto.

8.      (a) By reason of the negligence of defendants, the plaintiff sustained the following injuries which were caused, activated, aggravated and/or exacerbated by defendants actions:

    I.      Tears of the anterior and posterior glenoid labra of the right shoulder;

    II.     Right shoulder joint effusion;

    III.    Pavement burns to right foot;

    IV.     Severe right foot sprain;

V.     Pain and swelling at 4th and 5th toes of right foot;

VI.    Sprains of right 4th and 5th toes;

VII.   Lumbar sprain/strain;

VIII.  Cervical sprain/strain;

IX.    Straightening of the normal cervical lordosis; and

X.     Pain and suffering.

(b) Upon information and belief, all injuries claimed herein are permanent in

nature.

(c) Plaintiff received treatment from the following medical providers:

New York-Presbyterian Hospital
622 West 168th Street
New York, New York 10032

Bronx Medical Health Services
3626 Bailey Avenue
Bronx, New York 10463

Lenox Hill Radiology & Medical Imaging
61 East 77th Street
New York, New York 10021

Oasis Acupuncture, P.C.
10 Hillside Place
Elmsford, New York 10523

9.     (A) Plaintiff, KIZZY JOYE, was confined to bed for approximately 2 months

following the accident;

(B) Plaintiff  was confined to home for approximately 2 months following the

accident;

(C) Plaintiff was treated and released at New York Presbyterian Hospital on April 22, 2007.

10.    (A) Plaintiff, KIZZY JOYE was born on April 28, 1977.  Plaintiff is not known by any other names than that set forth above.  Plaintiff's social security number is 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;

(B) Plaintiff was employed as a Collections Clerk;

(C) Plaintiff was employed by Time Warner Cable located at 5120 Broadway, New York, New York 10034;

(D) Plaintiff was earning $13 per hour at the time of the accident and was working 20 hours per week.  Plaintiff would also receive a monthly bonus of $450.00;

(E) Not applicable;

(F) Plaintiff missed 2 months from work from April 23, 2007 through approximately June 26, 2007.

11.    The following are the total amounts claimed as special damages as incurred by plaintiff, KIZZY JOYE:

| | | | |
|---|---|---|---|
| a) | Hospital, clinic or other medical | - | $1,500.00 |
| b) | X-rays | - | Included above |
| c) | Physicians | - | Not applicable |
| d) | Nurses | - | Not applicable |
| e) | Medical supplies: | - | Not applicable |
| f) | Loss of earnings | - | $3,000.00 |
| g) | Other special damages | | Not applicable |

12.    Plaintiff, KIZZY JOYE, sustained a serious injury as defined in the Insurance Law, Section 5102(d) in that she sustained a permanent loss of use of a body organ, member, function or system; permanent consequential limitation of use of a body organ or member; significant limitation of use of a body function or system; and/or a medically determined injury or impairment of a non-permanent nature which prevented the plaintiff from performing substantially all of the material acts which constituted his usual and customary daily activities for not less than 90 days during the 180 days immediately following the occurrence of the injury or impairment.

13.    Plaintiff, KIZZY JOYE, resides at 1510 Jesup Avenue, Apt. 1-7, Bronx, New York 10452.

14.    Upon information and belief, defendants violated the following: New York Vehicle and Traffic Law § 375(1), §1180, §1212, §1128, §1129. Plaintiff also states that the Court will take Judicial Notice of all other laws, rules, regulations and ordinances that are applicable to the occurrence and/or violated herein.

Dated: New York, New York
      April 29, 2008

James L. Ferrara, Esq.
ROSENBAUM & ROSENBAUM, P.C.
Attorney(s) for Plaintiff(s)
50 Broadway, 26th Floor
New York, New York 10004
(212) 514-5007

To:    LAW OFFICE OF JOHN P. HUMPHREYS
        Attorney(s) for Defendant(s)
        JAIME LOPEZ and EDGAR MEZA OVANDO
        D/b/a 3 BULLS TRUCKING
        485 Lexington Avenue, 7th Floor
        New York, New York 10017
        (917) 778-6600
        File No.: 0913855FS

        JENINE SHAW
        Co-Defendant
        40 A Spruce Street
        Newark, New Jersey 07102

## *VERIFICATION*

STATE OF NEW YORK - COUNTY OF NEW YORK

I, **James L. Ferrara**, an attorney associated with the **ROSENBAUM & ROSENBAUM, P.C.,** the attorney of record for the plaintiff in the within action; I have read the foregoing ***BILL OF PARTICULARS,*** and know the contents thereof; the same is true to my own knowledge, excepted as to those matters therein stated to be alleged upon information and belief, and as to those matters, I believe it to be true. The reason this Verification is made by me and not by plaintiff, is that plaintiff resides outside of the county in which I maintain my law office.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows: a review of the file maintained by this office, books records and investigation.

I affirm that the foregoing statements are true, under penalties of perjury.

Dated: New York, New York
       April 29, 2008

By: James L. Ferrara
ROSENBAUM & ROSENBAUM, P.C.
Attorney(s) for Plaintiff(s)
50 Broadway, 26th Floor
New York, New York 10004
(212) 514-5007

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X
KIZZY JOYE,                                                             *Index No.: 301553/08*

                                        Plaintiff,

            -against-

JENINE SHAW, EDGAR MEZA OVANDO
and JAIME LOPEZ,

                                        Defendants.
------------------------------------------------------------------X

## <u>COMBINED DISCOVERY DEMANDS</u>

**PLEASE TAKE NOTICE**, that pursuant to Article 31 of the Civil Practice Law and Rules

plaintiff(s) demand that defendant(s) produce and permit discovery by their attorney or another

acting on behalf, of the following articles, documents and things for inspection, copying, testing and

photographing:

1. The contents of any insurance agreement under which any person carrying on an

insurance business may be liable to satisfy part or all of a judgment which may be entered in this

action or to indemnify or reimburse for payments made to satisfy the judgment which may be entered

herein, including but not limited to excess and additional coverage, together with Declarations Page.

2. Written reports of the incident(s) prepared in the regular course of business by defendants'

agents, employees, servants, licensees and/or independent contractors, or based upon information

supplied by the foregoing entities or individuals .

3. The names and addresses of all eyewitnesses to the incident(s) described in the

complaints, known by defendant(s), its agents, servants, employees, licensees and/ or independent

contractors.

4.  Copies of any statements or other writings of plaintiff(s), his/her agents, servants, licensees and/or independent contractors or employees, under the control of defendant(s) agents.

5.  (a) Identify by name and business address, each person whom defendant(s) expect to call as an expert witness at trial.

(b) The qualification of each expert.

(c) Disclose in reasonable detail the subject matter on which each expert is expected to testify.

(d) The substance of the facts and opinions on which each expert is expected to testify.

(e) The substance of the opinions to which each expert is expected to testify and a summary of the grounds for each opinion.

6.  True and complete copies of all statements or transcripts of statements, whether signed or unsigned, obtained from persons who witnessed the subject occurrence, in the event that such statements can no longer be duplicated due to a change in circumstances.

7.  Names and addresses of all parties brought into this action, other than those appearing in the caption of the within Notice, and their attorneys as if they have appeared by counsel.

8.  (a) Medical reports of those physicians and hospitals who have examined the plaintiff on behalf of the defendant. These shall include a detailed recital of the injuries and conditions as to which testimony will be offered at the trial, referring to and identifying those x-rays and technicians' reports which will be offered at trial.

(b) Medical reports, records, notes, diagnosis, prescriptions, charts and all other records pertaining to the entire course of treatment of the plaintiff(s) by the defendant(s) doctor(s) and hospital(s) herein.

9.  Names and addresses of all persons claimed to be witnesses to the:

a.  Subject Occurrence

    b.  The conditions existing at the time of the occurrence.

    c.  Instrumentality that caused the occurrence and/or was involved in said occurrence.

    d.  The defect(s) that caused the occurrence and/or was involved in said occurrence.

    e.  If it is claimed that plaintiff(s) were negligent, witnesses to the acts and/or omissions constituting plaintiff(s)' negligence.

    f.  Any and all witnesses concerning the issues of Actual and/or Constructive Notice.

    g.  Any and all witnesses to the physical conditions, disabilities, impairments and injuries claimed by plaintiff(s).

10.  True and accurate copies of all photographs, video-tapes, audio tapes, or other films & recordings, as well as transcripts or memoranda pertaining to said items, including but not limited to *out-takes,* purportedly depicting plaintiff's physical condition and/or limitations, together with all correspondence, memoranda, analysis, reports and other writings concerning photographs, videos, and/or film. Said demand is not limited to those materials which a party intends to use during the course of this litigation.

11.  True and accurate copies of all photographs of the scene of the accident, the instrumentalities involved in said accident, and/or the dangerous and defective condition involved in said accident.

12.  Copy of the registration for defendant's vehicle.

13.  Proof of ownership and/or lease of defendant's vehicle.

14.  Copies of the employment file of defendant EDGAR MEZA OVANDO.

15.  Copies of defendant EDGAR MEZA OVANDO's driving record in defendant's possession.

16.  Copies of maintenance records for defendant's vehicle for 1 year prior to an including the date of the subject accident.

17. Copies of all violations and summons issued to defendants with respect to the ownership, operation, maintance and control of defendant's vehicle.

**PLEASE TAKE FURTHER NOTICE,** that said articles, documents, photographs and things are to be produced within thirty days of service at 10:00 A.M. at the offices of the undersigned, at which time said articles, documents, things and photographs will be physically inspected, copied, tested, photographed and mechanically reproduced and then returned.

**PLEASE TAKE FURTHER NOTICE,** that the foregoing are continuing demands and that, should any of the requested items or information become available in the future, they are to be furnished to the office of the undersigned pursuant to the foregoing demand. The undersigned shall object at the trial of this action to the introduction into evidence of the terms not produced pursuant to this demand.

Dated:    New York, New York
          April 29, 2008

James L. Ferrara, Esq.
ROSENBAUM & ROSENBAUM, P.C.
Attorney(s) for Plaintiff(s)
50 Broadway, 26th Floor
New York, New York 10004
212-514-5007

To:    LAW OFFICE OF JOHN P. HUMPHREYS
       Attorney(s) for Defendant(s)
       JAIME LOPEZ and EDGAR MEZA OVANDO
       D/b/a 3 BULLS TRUCKING
       485 Lexington Avenue, 7th Floor
       New York, New York 10017
       (917) 778-6600
       File No.: 0913855FS

JENINE SHAW
Co-Defendant
40 A Spruce Street
Newark, New Jersey 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------X
KIZZY JOYE,                                          *Index No.: 301553/08*

                                    Plaintiff,

        - against -

JENINE SHAW, EDGAR MEZA OVANDO
and JAIME LOPEZ,

                                    Defendants.
-----------------------------------------------------------------X

## PLAINTIFF(S)' DEMAND FOR A BILL OF PARTICULARS

*PLEASE TAKE NOTICE* that pursuant to the provisions of the Civil Practice Law & Rules,

the undersigned hereby demands that you serve upon him, within 30 days, a **Verified Bill of**

**Particulars** of the defendant(s)' claims as alleged in the Answer, setting forth specifically and in

detail, the answers to the following items:

1.  The approximate time of day that defendant(s) claim plaintiff(s) was/were negligent,

giving the day, month, year and approximate hour.

2.  The approximate place and location where defendant(s) claim that plaintiff(s) was/were

negligent, showing on what street or road, and/or with reference to landmarks or buildings in the

vicinity.

3.  A general statement of each and every act of negligence, including *acts of omission,* on

the part of plaintiff(s) of which defendant(s) claim gives rise to plaintiff(s)' culpable conduct as

alleged in the Answer.

4.  If this is an automobile accident, set forth a detailed statement which supports

defendant(s)' claims that plaintiff(s) failed to set forth a serious injury., as defined by New York's

*Insurance Law* § 5101 et. seq.

5.  Set forth the particular provision of the rules, regulations, statutes and ordinances with

the title, article and section number thereof which defendant(s) claim plaintiff(s) violated.


Dated: New York, New York
       April 29, 2008

                                    _____
                                    James L. Ferrara, Esq.
                                    ROSENBAUM & ROSENBAUM, P.C.
                                    Attorney(s) for Plaintiff(s)
                                    50 Broadway -26th Floor
                                    New York, N.Y. 10004
                                    212-514-5007


To:    LAW OFFICE OF JOHN P. HUMPHREYS
        Attorney(s) for Defendant(s)
        JAIME LOPEZ and EDGAR MEZA OVANDO
        D/b/a 3 BULLS TRUCKING
        485 Lexington Avenue, 7th Floor
        New York, New York 10017
        (917) 778-6600
        File No.: 0913855FS

        JENINE SHAW
        Co-Defendant
        40 A Spruce Street
        Newark, New Jersey 07102

## *LIMITED POWER OF ATTORNEY*

I, *Kizzy Joye*, residing in the County of Bronx and State of New York, being of sound and

disposing mind and memory, do hereby make, publish and declare this to be a LIMITED POWER

OF ATTORNEY.

I, *Kizzy Joye*, hereby appoint my attorneys, THE LAW OFFICES OF GEORGE DAVID

ROSENBAUM, as my representatives authorized by law. As such I am authorizing them to execute

written requests for patient information under Public Health Law 18 and to sign all Authorizations

for Release of Health Information Pursuant to HIPAA for the sole purpose of my potential or

ongoing lawsuit.

This Limited Power of Attorney shall take effect immediately. I understand that unless I

revoke it, this Limited Power of Attorney will remain in effect until my claim and/or case is

extinguished.

_____
Signature

_____6/17/07_____
Date

Sworn to before me this JULY 30, 2007 .

Day of JULY , 2007

_____
Notary Public

CAROLINA MARTINEZ
Notary Public, State of New York
No. 01MA6139843
Qualified in Bronx County
Commission Expires 1/17/2010

*U082462*





DOB

4/28/77

## NewYork-Presbyterian
The University Hospital of Columbia and Cornell

| ARRIVED VIA: | ☒ AMBULANCE | ☐ WALK |
| | ☐ WHEELCHAIR | ☐ OTHER _____ |

PATIENT CLASSIFICATION: ☐ EMERGENT ☒ URGENT ☐ NON-URGENT

NAME OF PRIMARY M.D.: _____

### EMERGENCY SERVICES TRIAGE

DATE: 4/22/07    TIME: 10PM

NAME: Kizzy Oye

AGE: 29    CHECK ONE: ☐ MALE ☒ FEMALE

MENTAL STATUS:

PERSON ✓    PLACE ✓    TIME ✓

PATIENT STATEMENT/CHIEF COMPLAINT:
® toes/foot injured

ASSESSMENT: TIME: _____
from pavement burns. Denies other c/o @ present

Open car door, hit by another vehicle. knocked foot against wall/curb.

ACCOMPANIED BY: EMS.

| TIME | THRIGE | ☐ 0 ☐ R | ☐ 0 ☐ R | ☐ 0 ☐ R | ☐ 0 ☐ R | ☐ 0 ☐ R | ☐ 0 ☐ R |
|---|---|---|---|---|---|---|---|
| TIME | 10PM | | | | | | |
| TEMP | 97.6 | | | | | | |
| BP | 100/60 | | | | | | |
| PULSE | 83 | | | | | | |
| RESP | 18 | | | | | | |
| O₂ SAT | 100% | | | | | | |
| PEF | | | | | | | |
| INITIAL | | | | | | | |

STATUS PER ACR: _____

Immunizations: ☐ Tetanus < 5 yrs
☒ Tetanus > 5 yrs

Pain: 1 2 3 4 5 6 7 8 9 10

Character _____
Duration _____
Frequency _____

**Domestic Violence:** are you here because you are now or have been physically hit, hurt, or frightened by someone important in your life? ☐ Yes ☒ No
Would you like to speak to a social worker? ☐ Yes ☒ No

**Advanced Directive:**
Do you have a Health Care Proxy? ☐ Yes ☐ No
If yes, Name, Telephone #: _____
If no, do you wish to see someone about obtaining one? ☐ Yes ☒ No

PAST MEDICAL HISTORY: Asthma Legally Blind L Eye

ALLERGIES: Shellfish

MAINTENANCE MEDICATIONS: Albuterol Singulair
(Intubated x1)

LAST TETANUS: _____    LMP: _____

NURSE'S SIGNATURE: _____    TITLE: _____

MEDICAL RECORDS COPY

| DOCTORS NAME | DATE | TIME | ORDERS (CHECK ALLERGIES) | R.N.'S NAME | TIME |
|---|---|---|---|---|---|
| Hn Dees | 4/22/07 | 1115 | T2 0.5cc IM | Pb | 11:25 p |
| | | | Ibuprofn 600 mg po | | |
| | | | Vicodin i po | | |
| | | | Xray ® foot | L Dent | 30 11 p |
| | | | Icon negative | | |
| | 4/23/07 | 12:22 | D/C Ē cast shoe dr | | |

Open knock out again swelling

☐ Continued

| ☐ CBC | | ☐ CHEMISTRY #7   #13 | | ARTERIAL BLOOD GASES #1   #2 | | ☐ URINALYSIS | | ☐ X-RAY INTERPRETATION |
|---|---|---|---|---|---|---|---|---|
| TIME | | TIME | | | | Sp. Gr. | | |
| WBC | | NA+ | | pH | | pH | | |
| Hgb | | K+ | | PCO₂ | | Protein | | |
| Hct | | Cl- | | PO₂ | | Glucose | | |
| PLATELETS | | HCO₃- | | O₂Sat | | Ketone | | |
| ☐ PROTIME | | BUN | | Amt. O₂ L/M | | Blood | | ☐ EKG INTERPRETATIONS |
| ☐ PTT | | Creatnine | | | | Leuk. Est. | | |
| Amylase | | Glucose | | | TOXICOLOGY | Bact. | | |
| Lipase | | Ca++ | | | | WBC/HPF | | |
| Troponin | | Mg | | | | RBC/HPF | | |
| | | | | | | Pregnancy | | |

MEDICAL RECORDS COPY

| DATE | TIME | PROGRESS NOTES |
|------|------|----------------|

☑ Attend ☐ PGY _____ ☐ PA ☐ NP

☐ Student

2473313

JAYE, KIZZY

Hyper extend
dusted (R) foot

c/o pain at base of 4th/5th
toes

Mild swell + pain +
base of 4th/5th toes

Left of fack / ankle √

x-ray ⊖

A/P: Sprain 4th/5th Toes
NSAIDs

**SUPERVISING ATTENDING PHYSICIAN NOTE**        Cast Shoe

☐ I reviewed resident's HX, PE and AP and personally assessed pt.

Signature: _____

☐ See Continuation Sheet

| TIME | IV SITE | IV SOLUTION | RATE | BAG VOLUME | AMT. INFUSED | MEDS | P.O. INTAKE | URINE OUTPUT | R.N. INITIAL |
|------|---------|-------------|------|------------|--------------|------|-------------|--------------|--------------|
| | | | | | | | | | |
| | | | | | | | | | |

**CALL INFORMATION**

Agency ID: C 5 0 2
Branch #: 3
Shift #:
Today's Date: 0 4 / 2 3 / 0 7
1st Resp. Agency: Call #: 3 3 4 5

**Call Times (24hr)**

| Field | Value |
|---|---|
| Time Call Received | 2 1 0 0 |
| Dispatched | 2 1 0 9 |
| En Route | 2 1 0 9 |
| On Scene | |
| Patient Contact Time | 2 1 1 0 |
| Left Scene | 2 1 3 6 |
| At Destination | |
| In Service | |

**Mileage (Odometer)**
- Start
- On Scene
- At Destination

**Crew Member ID**
- Driver To Scene/Hosp: 1 — 4 1 0 3 — Documented
- 2 — 8 3 0 4
- 3
- 4
- 5

**Vehicle Unit #:** 1 3 1 3
**Requested By:** ☐ 911 ☑ Private / Requested by Code

Other Vehicle

Factors Affecting Delivery (To Scene / To Patient / To Hospital / At Hospital)

**Run Disposition**
- ☐ Treated / Transported
- ☐ Treated / Transferred Care
- ☐ Treated / No Transport
- ☐ Transported / Refused Care
- ☐ Cancelled
- ☐ Pronounced Dead
- ☐ Treat/Transport Private Veh.
- ☐ No Treatment/Refused Care
- ☐ Other
- ☐ No Patient Found

**Dispatch Reason**
EMD Code
- ☐ Emergency (Immediate)
- ☐ Non-Emergency
- ☐ Mutual Aid
- ☐ Interfacility
- ☐ Stand-By
- ☐ Intercept
- ☐ Scheduled

Type / Priority / Desc.

**Lights/Siren**
- ☐ To Scene  Upgraded Downgraded
- ☐ To Destination

**Destination Determination**
- ☐ Nearest Facility
- ☐ Weather / Supervisor
- ☐ Law Enforcement
- ☐ Hospital Diversion
- ☐ Medical Protocol
- ☐ Online Physician
- ☐ Mass Casualty
- ☐ Special Resources
- ☐ Patient / Family Choice
- ☐ Managed Care
- ☐ Patient Physician
- ☐ Other

Diverted From Code / Diverted Time
Nearest Facility Passed / Est. Miles Beyond

**Transport From**
- 1 ☐ Home / Residence
- ☐ Residential, Custodial Facility
- 2 ☐ Scene of Accident or Acute Event
  - ☐ Educational Inst. ☐ Street/Hwy
  - ☐ Farm ☐ Other
  - ☐ Industrial Place ☐ Unspecified
  - ☐ Mine / Quarry
  - ☐ Public Building
  - ☐ Recreation/Sport
- 4 ☐ Site of Transfer (Between Ambulances)

Transport From Code
Transport To Code: 1 7

# of Patients Transported / # of Patients at Scene

**PATIENT INFO**

Incident Address: W 1 7 8 F T W A S H I N G T O N A V E   Apt. Number:
City: N E W Y O R K   County Code: State/Prov.: N Y   Zip Code:

First Name: K I Z Z Y   MI:   Last Name: J O Y E
Street Address: 1 0 9 5 U N I V E R S I T Y A V E   Apt. Number: 1 0 G   County Code: Age: 2 9 ☐ Days ☐ Months ☑ Years
City: B R O N X   State/Prov.: N Y   Zip Code: 1 0 4 5 2   Gender: ☐ M ☑ F   Weight: 2 8 0 (lbs)
Home Phone: 6 4 6 - 4 0 8 - 7 9 3 5   Social Security Number: 1 0 7 8 0 2 3 4 2   Date of Birth: 0 4 - 2 8 - 1 9 7 7

Medicare #:   Medicaid #:   Ethnicity:
- ☐ Unknown ☐ Black, Hispanic
- ☐ Asian ☐ Native, American
- ☐ Black ☐ Pacific Islander
- ☐ White ☐ White, Hispanic

Insurance Company Name:   Payer ID:
Policy Number:   Group Number:
- ☐ Auto Ins.
- ☐ Private Ins.
- ☐ Supplemental
- ☐ Workers Comp.
- ☐ Self Pay

Policy Holder First Name:   Policy Holder Last Name:   ☐ Same As Patient Address   Phone:
Guarantor First Name (Needed if under 18 or Disabled):   Guarantor Last Name:   ☐ Same As Patient Address   Phone:

**INITIAL ASSESSMENT**

**Airway**
- ☑ Patent
- ☐ Partially Obstructed
  - ☐ Stridor ☐ Choking
  - ☐ Drooling ☐ Grunting
  - ☐ Difficulty Swallowing
  - ☐ Nasal Flaring
  - ☐ Intercostal Retraction
  - ☐ Other
- ☐ Completely Obstructed

**Breathing**

Rate:
- ☑ Normal
- ☐ Slow
- ☐ Rapid
- ☐ Apneic

Quality:
- ☑ Unlabored
- ☐ Labored
- ☐ Shallow
- ☐ Irregular

Lung Sounds L / R
- ☐ Clear
- ☐ Wet
- ☐ Wheeze
- ☐ Diminished
- ☐ Absent

**Circulation (Skin)**
Color: ☑ Normal ☐ Cyanotic ☐ Pale ☐ Flush
Temp.: ☑ Normal ☐ Hot ☐ Cool ☐ Cold
Cond.: ☑ Normal ☐ Diaphoretic ☐ Moist ☐ Dry
☐ Hives ☐ Itchy ☐ Rash ☐ Swollen ☐ Erythema
Cap. Refill: ☐ <2Sec ☐ >2Sec ☐ Absent
Edema: ☑ Normal ☐ 1+ ☐ 2+ ☐ 3+ ☐ Pitting

**Pupils**
- ☐ Reacts
- ☐ Sluggish
- ☑ Unreactive
- ☐ Dilated
- ☐ Constricted

EKG:
- ☐ A ☐ V
- ☐ NSR ☐ PVC's >6
- ☐ S. Tach. ☐ Bi / Trigem
- ☐ S. Brady. ☐ AV Block
- ☐ PAC's ☐ Junctional
- ☐ SVT ☐ V. Tach
- ☐ A. Flutter ☐ V. Fib
- ☐ Atrial Fib. ☐ P. E. A
- ☐ PVC's ☐ Asystole
- ☐ Paced

**Glasgow**
Eyes:
- 4 Spontaneous
- 3 To Speech
- 2 To Pain
- 1 Not at all

Verbal:
- 5 Orientated
- 4 Confused
- 3 Inappr. Words
- 2 Inappr. Sounds
- 1 None

Motor:
- 6 Obeys Command
- 5 Localized Pain
- 4 Withdraws to Pain
- 3 Flexes to Pain
- 2 Extends to Pain
- 1 None

Totals (3 to 15)

**Provider Impression**
- ☐ Abdominal Pain
- ☐ GI-Bleed
- ☐ GI-Constipation
- ☐ GI-Diarrhea
- ☐ Vomiting
- ☐ Vomiting Blood
- ☐ Nausea
- ☐ Dehydration Symp.
- ☐ Cardiac Arrest *
- ☐ Asthma Symptoms
- ☐ Hyperventilation
- ☐ Dyspnea-SOB
- ☐ Apnea
- ☐ Cough W/Blood
- ☐ Airway Obstruction
- ☐ Pulmonary Edema
- ☐ Carbon Mon. Poison
- ☐ Obvious Death
- ☐ Hemorrhage-(severe medical)
- ☐ Shock
- ☐ Trauma Injury (matrix)
- ☐ Post-Op Complication
- ☐ Eye Symp. (no trauma)
- ☐ Restraints Required

**Mechanism of Injury**
- ☐ Alcohol Intox. Suspect ☐ Fall 2X Height
- ☐ Alcohol Intox Severe ☐ Fall > 20 ft
- ☐ Animal Bite ☐ Fall
- ☐ Assault Firearms ☐ Fight / Brawl
- ☐ Assault Sexual ☐ Fire
- ☐ Assault Stabbing ☐ Hazardous Materials

**Injury**
- Amputation
- Penetrating
- Bleeding
- Bruising
- Burn
- Dislocation
- Fracture
- Pain
- Laceration
- Paralysis / Numbness
- Swelling
- Soft Tissue Injury

Major / Minor
Internal Injuries

N ☐ Cancelled
☐ Pronounced Dead
☐ Treat/Transport Private Veh
☐ No Transport/Refused Care
☐ Other
☐ No Patient Found

Type (01-99) | Priority Desc I (A-O) | Priority (1-9)
☐ Interfacility =
☐ Stand-By
☐ Intercept
☐ Scheduled

Lights/Siren — Upgraded — Downgraded
☐ To Scene
☐ To Destination

☐ Hospital Diversion
☐ Medical Protocol
☐ Online Physician
☐ Mass Casualty
☐ Other Resources

Nearest Facility Passed   Est. Miles Beyond

☐ Other Physician
Diverted From Code
Diverted Time

3 Scene of Accident or Acute Event
☐ Educational Inst. ☐ Street/Hwy
☐ Farm           ☐ Other
☐ Industrial Place ☐ Unspecified
☐ Mine / Quarry
☐ Public Building
☐ Recreation/Sport

☐ Site of Transfer (Between Ambulances)   (i.e. Hosp, SNF)
Transport To Code

# of Patients Transported   # of Patients at Scene

**Incident Address** ☐ (Check the Box if same as Transport From Code)
`W I T H  P T  W A S H  N A T I O N A L  A V E`
Apt. Number

City `N E W  Y O R K`   County Code   State / Prov. `N Y`   Zip Code

**First Name** `K I Z Z Y`   MI   **Last Name** `J O Y E`

**Street Address** ☐ (Check the Box if same as Incident Address)
`1095  U N I V E R S I T Y  A V E`   Apt. Number   County Code   Age `29`
☐ Days ☐ Months ☐ Years

City `B R O N X`   State/Prov. `N Y`   Zip Code `10452`   Gender ☐ M ☐ F   Weight `280` (lbs/kg)

Home Phone   Social Security Number `107 80 2202`   Date of Birth `04-28-1977`

Medicare #   Medicaid #

Ethnicity:
☐ Unknown ☐ Black, Hispanic
☐ Asian   ☐ Native American
☐ Black   ☐ Pacific Islander
☐ White   ☐ White, Hispanic

Insurance Company Name   Payer ID

☐ Auto Ins.
☐ Private Ins.
☐ Supplemental
☐ Workers Comp.
☐ Self Pay

Policy Number   Group Number

Policy Holder First Name   Policy Holder Last Name   Same As Patient Address   Phone

Guarantor First Name (Needed if under 18 or Disabled)   Guarantor Last Name   Same As Patient Address   Phone

---

**Airway**
☑ Patent
**Partially Obstructed**
☐ Stridor ☐ Choking
☐ Drooling ☐ Grunting
☐ Difficulty Swallowing
☐ Nasal Flaring
☐ Intercostal Retraction
☐ Other
☐ Completely Obstructed

**Breathing**
Rate
☐ Normal
☐ Slow
☐ Rapid
☐ Apneic
**Quality**
☑ Unlabored
☐ Labored
☐ Shallow
☐ Irregular
**Lung Sounds** L / R
☐ Clear
☐ Wet
☐ Wheeze
☐ Diminished
☐ Absent

**Circulation (skin)**
Color: Normal ☐ Cyanotic ☐ Pale ☐ Flush
Temp.: Normal ☐ Hot ☐ Cool ☐ Cold
Cond.: Normal ☐ Diaphoretic ☐ Moist ☐ Dry
☐ Hives ☐ Itchy ☐ Rash ☐ Swollen ☐ Erythema
Cap. Refill ☐ <2Sec ☐ >2Sec ☐ Absent
Edema ☐ Normal ☐ 1+ ☐ 2+ ☐ 3+ ☐ Pitting

**(P) Pupils**
☐ Reacts
☐ Sluggish
☐ Unreactive
☐ Dilated
☐ Constricted

☐ NSR ☐ PVC's >6
☐ S. Tach. ☐ Bi / Trigem
☐ S. Brady. ☐ AV Block
☐ PAC's ☐ Junctional
☐ SVT ☐ V. Tach
☐ A. Flutter ☐ V. Fib
☐ Atrial Fib. ☐ P. E. A
☐ PVC's ☐ Asystole
☐ Paced

**Glasgow**
Eyes ☐4 Spontaneous ☐3 To Speech ☐2 To Pain ☐1 Not at all
Verbal ☐5 Orientated ☐4 Confused ☐3 Inappr. Words ☐2 Inappr. Sounds ☐1 None
Motor ☐6 Obeys Command ☐5 Localized Pain ☐4 Withdraws to Pain ☐3 Flexes to Pain ☐2 Extends to Pain ☐1 None
Totals (3 to 15)

---

**Provider Impression**
Abdominal Pain
GI - Bleed
GI - Constipation
GI - Diarrhea
Vomiting
Vomiting Blood
Nausea
Dehydration Symp.
Urinary Bleeding
Urination Problem
Anxiety
Behavioral Disorder
Depression (acute)
Dizziness
Weakness
Psychiatric Emerg.
Headache (no trauma)
Sprains
Level Conscious
Seizure
TIA/Stroke
Unconscious
Cardiac Symptoms
Chest Pain
Syncope / Fainting

☐ Cardiac Arrest *
☐ Asthma Symptoms
☐ Hyperventilation
☐ Dyspnea-SOB
☐ Apnea
☐ Cough W/Blood
☐ Airway Obstruction
☐ Pulmonary Edema
☐ Pneumonia Symptoms
☐ Respiratory Failure
☐ Respiratory Arrest
☐ Newborn
☐ Ob / Gyn
☐ OB-GYN (complicated)
☐ Flu Symptoms
☐ Elevated Temp./Fever
☐ Sore Throat
☐ Nose Bleed (severe)
☐ Allergic Reaction
☐ Medication Reaction
☐ Diabetic Symptoms
☐ Back Pain (no trauma)
☐ Hyperthermia
☐ Hypothermia
☐ Poisoning

**Mechanism of Injury**
☐ Carbon Mon. Poison
☐ Obvious Death
☐ Hemorrhage-(severe)
☐ Shock
☐ Trauma Injury (matrix)
☐ Post-Op Complication
☐ Eye Symp.(no trauma)
☐ Restraints Required
☐ Monitoring Required
☐ Seclusion Required
**Special Handling**
☐ Isolation Required
☐ Orth. Device Required
☐ Positioning Required
☐ Unknown Medical
☐ No Medical Problem
(1) Other PI (2)
1° Protocol
2° Protocol `200`

☐ Alcohol Intox. Suspect
☐ Alcohol Intox Severe
☐ Animal Bite
☐ Assault Firearms
☐ Assault Sexual
☐ Assault Stabbing
☐ Bicycle Accident
☐ Blunt Trauma
☐ Burn/Scald-Non Fire
☐ Diving Injury
☐ Near Drowning
☐ Drug Overdose
☐ Elderly Abuse
☐ Electrocution
☐ Excessive Cold
☐ Excessive Heat
**Injury Intent:**
☐ Unintentional ☐ Unknown
☐ Intentional ☐ N/A
☐ Intentional Self

☐ Fall 2X Height
☐ Fall > 20 ft
☐ Fall
☐ Fight / Brawl
☐ Fire
☐ Hazardous Materials
☐ Machinery
☐ Med. Device Failure
☐ MVA / Bicycle *
☐ MVA / Fixed Object *
☐ MVA / MVA *
☐ MVA Non-Traffic *
☐ MVA to Pedestrian *
☐ Smoke Inhalation
☐ Suicide
☐ NA
☐ Unknown
Other MOI

**Injury**
Head
Face
Eye
Neck
Chest
Back
Shoulder
Upper Arm
Elbow / Forearm
Wrist
Hand
Fingers
Abdomen
Pelvis / Hip
Genitals
Upper Leg
Knee
Lower Leg
Ankle / Foot
Toes

(Columns: Amputation | Penetrating | Bleeding | Bruising | Burn | Dislocation | Fracture | Pain | Laceration | Paralysis / Numbness | Swelling | Soft Tissue Injury)

**Chief Complaint** `MY FOOT IS BURNING`

SH6001 (1 of 2), Rev 10, 02/06

Copyright 2001-200_ ___Health

| | | Unit Measure | | Route | | 2729508 |
|---|---|---|---|---|---|---|
| | 1 | 4 mcg   7 mcg/min 10 LPM   13 mcg/kg/min | IM   ETT   tal | | | |
| | 2 | 5 unit   8 gtt/min   11 ml/hr   14 units/hr | IO   SQ   NEB   al | | | |
| | 3 meq 6 ml | 9 mg/min 12 joules 15 inch | SL   PO   AUTo TRAnsdermal | | | |

| Time | Staff# | Systolic B.P. | Diastolic | Pulse | Respiration | SPO2 | CO2 | Blood Sugar | Pain (0-10) | Temperature |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | PAL | | | | | | | |
| | | | PAL | | | | | | | |
| | | | PAL | | | | | | | |
| | | | PAL | | | | | | | |

| Treatment / Medication | Time | Staff# | Treat Code | Med Code | Dose | Unit | Route | Attempt | Cond | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BLS Assess | | | | | | | | | | |
| | | | | | | | | | | |

### Narrative History

Medical need: ☐ Medically Necessary  ☐ Required Stretcher  ☐ Severe Pain  ☐ Visible Bleeding
☐ Bed Confined  ☐ Unconscious  ☐ Needed Restraining  ☐ Non-Ambulatory

Onset Date: 04 / 22 / 07

**MH** ☐ Asthma  ☐ Chronic Renal Failure  ☐ Cancer  ☐ CVA / Stroke  ☐ Dialysis  ☐ HIV / AIDS  ☐ Psychiatric Problems  ☐ Substance Abuse  ☐ Tuberculosis
☐ Amputee  ☐ Chronic Respiratory Failure  ☐ Cardiac  ☐ Diabetes  ☐ Emphysema  ☐ Hypertension  ☐ Seizure Disorder  ☐ Tracheostomy  ☐ Other

Allergies: ☐ No _____

Medication: _____

Moved to Ambulance By:
☐ Chair  ☐ Scoop Stretcher  ☐ Walked with Assist
☐ Stretcher  ☐ Carried  ☐ Met at Ambulance

Transport Position:
☐ Supine  ☐ Shock  ☐ Semi / Full Fowlers
☐ Sitting  ☐ Prone  ☐ Left Lateral Recumbent

Medication / Treatment Authorization:
☐ Protocol  ☐ Written Orders
☐ On-Line  ☐ NA  ☐ On-Scene

On-Line Physician
On-Line Med. Facility

**Narrative History** Key Words: (Onset, Provokes, Quality, Radiates, Severity, Position, Changes En Route, Medications, Other Vital Signs)

**Medical need** Must be supported in documentation:
☐ Medically Necessary ☐ Required Stretcher ☐ Severe Pain ☐ Visible Bleeding
☐ Bed Confined ☐ Unconscious ☐ Needed Restraining ☐ Non-Ambulatory

**Illness/Injury Onset Date**

**PMH:** ☑ Asthma ☐ Chronic Renal Failure ☐ Cancer ☐ CVA / Stroke ☐ Dialysis ☐ HIV / AIDS ☐ Psychiatric Problems ☐ Substance Abuse ☐ Tuberculosis
☐ Amputee ☐ Chronic Respiratory Failure ☐ Cardiac ☐ Diabetes ☐ Emphysema ☐ Hypertension ☐ Seizure Disorder ☐ Tracheostomy ☐ Other

**Allergies** ☐ No

**Medication:**

**Moved to Ambulance By:**
☐ Scoop Stretcher ☐ Walked with Assist
☐ Carried ☐ Met at Ambulance

**Transport Position:**
☐ Supine ☐ Shock ☐ Semi / Full Fowlers
☐ Sitting ☐ Prone ☐ Left Lateral Recumbent

**Medication / Treatment Authorization**
☐ Protocol ☐ Written Orders
☐ On-Line ☐ NA ☐ On-Scene

On-Line ☐ Physician
☐ Med. Facility

**Authorization for Billing / Release of Patient Information / Assumption of Financial Responsibility:** I request that payment of authorized Medicare/Medicaid and/or insurance benefits be made to the pre-hospital care provider ("Provider") for any services furnished to me. I authorize any holder of hospital or medical information about me to be released to the Provider, Centers for Medicare and Medicaid Services, and/or my insurance carriers and their agents, including any other information needed to determine these benefits or benefits payable for related services. I permit a copy of this authorization to be used in place of the original. I understand this authorization may be used by the Provider for all claims furnished in the future until such time as I revoke this authorization in writing. I agree to assume full financial responsibility for payment of all charges not covered by my insurance as well as any collection costs and/or attorney's fees as allowed by law. Patient: ☐ Unable to Sign ☐ Refused to Sign ☐ PCS Collected ☐ Other Insurance Collected

Authorization Signature: ___ Date: ___ Guarantor Signature: ___

Privacy Notice: I hereby acknowledge that I have been provided with a copy of Provider's Notice of Privacy Practices explaining how my personal health information is used and understand my individual rights related to this information.

Privacy Notice Signature: ___ Date: ___

Physician Name (please print): ___ Receiving RN /MD Signature: ___ Technician Signature: ___

I Refuse Treatment / Transportation and understand the consequences of my refusal: ___ Witness Signature for Refusal: ___ On-Line Medical Control Signature: ___

SH6001 (2 of 2), Rev 10, 02/06    Copyright 2001- 2006 ScanHealth, Inc.    (Page 2)

(valenti) 2473313 JOYE, KIZZY

| **X-Ray of Foot, 3 Views 2007-04-23 00:08** | |
|---|---|
| **Document Number** | TX |
| **Examination Type** | RFOOT 3 VIEWS |
| **Clinical Information** | PAIN BASE OF 4TH/5TH TOES |
| **Impression** | No displaced fracture or dislocation. |
| **Description** | History: Pain at base of the fourth and fifth toes. |
| | Findings: Three views of the right foot dated 4/23/07 reveal no evidence of a displaced fracture or dislocation. No other bony abnormality is seen. |
| **Dictated by** | RASIEJ, MICHAEL |
| **Attending Radiologist** | REAGAN, KATHLEEN |
| **Ordering Physician** | HODGES, KIMBERLEE J. M.D. |
| **Dictation Date** | 04/23/2007 |
| **Typing Date** | 04/23/2007 03:20 |
| **Transcriber** | msi |
| **Number** | XV07-20744 |
| **Electronic signature** | Attending Radiologist REAGAN, KATHLEEN |
| | Images Reviewed, |
| | Report Edited and |
| | Signed by: |
| | KATHLEEN REAGAN M.D. |
| | 04/23/200720:17 |

Status: final, Accno XV07-20744

2473313 JOYE, KIZZY 1997-04-28

```
                          OASIS ACUPUNCTURE PC
                          10 HILLSIDE PLACE
                          ELMSFORD, NY 10523
                          914-909-2089
                          ID#: 20-5006945
                   NIVEDITA REVANKAV LAC LAC   SS#:
                       Wednesday April 30, 2008
```

Patient           : KIZZY JOYE #1116
Ttemized Statement: 04/27/2007 - 04/30/2008
DOB               : 04/28/1977
Onset date        : 04/22/2007


        Mail to:
        KIZZY JOYE
        1510 JESSUP AVE
        BRONX, NY 10452


Insured                           Insurance Carrier (primary)
KIZZY JOYE                         MERCURY INDEMNITY
1510 JESSUP AVE                    PO BOX 5919
BRONX NY 10452                     BRIDGEWATER NJ 08807
DOB: 04/28/1977
Policy#: NJP58169##491764

Current Diagnosis
719.40    PAIN IN JOINT SITE UNS
784.0     HEADACHE

| Date | Description | | Amount |
|------|-------------|---|--------|
| 04/27/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 04/27/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 04/30/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 04/30/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 05/02/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 05/02/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 05/04/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 05/04/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 05/07/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 05/07/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 05/09/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 05/09/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 05/15/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 05/15/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 05/16/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 05/16/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 05/18/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 05/18/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 05/22/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 05/22/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 05/29/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 05/29/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 05/31/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 05/31/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 06/05/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 06/05/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 06/07/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 06/07/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 06/12/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 06/12/07 | 97014 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 06/13/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 06/13/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 06/15/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 06/15/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 06/18/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 06/18/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 06/20/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 06/20/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 07/16/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 07/16/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 07/30/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 07/30/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |

**Page 2   Patient: KIZZY JOYE**

| Date | Description | | Amount |
|------|-------------|---|--------|
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 05/29/07 - 06/12/07 | $ | -380.00 |
| 08/13/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 08/13/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 08/23/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 08/23/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 08/27/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ | 50.00 |
| 08/27/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ | 45.00 |
| 09/10/07 | Payer payment Chk#111016... applied to svcs: 06/13/07 - 06/20/07 | $ | -304.00 |
| 09/10/07 | AS PER FEE SCHEDULE applied to svcs: 06/13/07 - 06/20/07 | $ | -76.00 |
| 09/24/07 | Payer payment Chk#111017... applied to svcs: 07/16/07 - 07/16/07 | $ | -76.00 |
| 09/24/07 | AS PER FEE SCHEDULE applied to svcs: 07/16/07 - 07/16/07 | $ | -19.00 |
| 10/04/07 | Payer payment Chk#111017... applied to svcs: 07/30/07 - 08/27/07 | $ | -364.37 |
| 10/04/07 | AS PER FEE SCHEDULE applied to svcs: 07/30/07 - 08/27/07 | $ | -15.63 |

| | | | |
|---|---|---|---|
| Total Sales Tax | : | $ | 0.00 |
| Total Late Charges | : | $ | 0.00 |
| Total Interest Charges | : | $ | 0.00 |
| Patients-Cash Rcvd | : | $ | 0.00 |
| Patients-Chks Rcvd | : | $ | 0.00 |
| Patients-Crdt Crd | : | $ | 0.00 |
| Payer Payments | : | $ | 1124.37 |
| AS PER FEE SCHEDULE | : | $ | 110.63 |
| | | | |
| Total Charges | : | $ | 2280.00 |
| Total Received | : | $ | 1124.37 |
| Total Adjustment | : | $ | 110.63 |
| Balance (based on search) | : | $ | 1045.00 |

# Acupuncture Initial Exam

Patient Name: _Joye, Kizzy_                     DOB: _4/28/77_

Date of Accident: _4/22/07_              Exam Date: _4/27/07_

**History:**

✓ ____ The patient stated that he/she was a driver/front seat/rear seat passenger behind the

driver/ behind the passenger of a car/ bus/truck/ bicycle/motorcycle, when it was

involved in a collision with another vehicle. _Pt. sent to Columbia Presbyterian . She was in_

_the process of getting into the car when she was hit._

____ The patient was sitting in the driver's /passenger's seat of the parked car when the

car was struck by another motor vehicle.

____ The patient was hit by a motor vehicle while crossing the street.

He/She ___was ___was not working at the time of the accident.

_____

**Chief Complaints:** _radiates upward to legs. (to Extror (L) chronic) cannot walk_

_R foot - 4th + 5th digits → feels numb ; HA (R side - temporal_

**Past Medical History:**

_Asthma, (takes Cingular); legally blind in L eye_

# Examination

**Postural Observation:**

The patient's posture was observed during examination. The patient's posture was

__Poor __Good __Unremarkable

Other Postural Findings:_____

**Muscle Tension:**

Upon examination the patient was found to have pain and tightness of:

N/A

Neck __Left  __Right __Bilaterally

Shoulders __Left  __Right __Bilaterally

Mid Back __Left  __Right __Bilaterally

Low Back __Left  __Right __Bilaterally

Other Areas _____

**Cervical Ranges of Motion:**

Examination of the patient's cervical ranges of motion revealed the following:

N/A

Flexion __Restricted __ Not Restricted

Extension __Restricted __Not Restricted

Right Rotation __Restricted __Not Restricted

Left Rotation __Restricted __Not Restricted

Right Lat. Flexion __Restricted __Not Restricted

Left Lat. Flexion __Restricted __Not Restricted

**Lumbar Ranges of Motion:**

Examination of the patient's lumbar ranges of motion revealed the following:

N/A

Flexion __Restricted __Not Restricted

Extension __Restricted __Not Restricted

Right Rotation __Restricted __Not Restricted

Left Rotation __Restricted __Not Restricted

Right Lat. Flexion __Restricted __Not Restricted

Left Lat. Flexion __Restricted __Not Restricted

**Palpation:**

Palpation of meridians indicated pain and/or sensitivity along the following pathways:

_✓_Urinary Bladder  _✓_Gall Bladder  __Small Intestine  _✓_Large Intestine  __ San Jiao

Other Palpation findings: _____ St, LiV, Sp, Kd _____

Pain Level: ___No Pain  ___Mild  ___Moderate  _✓_Very Painful  ___Severe

**Additional Examinations :**

TMC Tongue Analysis: _dusky_

Pulse: _thready_

**Impression:**

Based upon my examination of the patient today, my initial TCM diagnosis

is: _____ Qi + Blood Sty _____

_✓_Taiyang (SI/UB)          _✓_Shaoyang (GB/SJ)

_✓_Yangming (LI/St)         _✓_Taiyin (Lu, Sp)

_✓_Shaoyin (Ht, Kid)        _✓_Jueyin (PC, Liv)

___Du                        ___Ren

___Other _____

**Treatment Plan:**

Based upon my findings, I recommend Acupuncture treatment _3_ times per week, with a re-evaluation after 2 weeks. The patient should continue regular treatment until relief and/or correction is observed through continued clinical observation. The patient's progress will be monitored during each treatment session. All findings and results will be recorded in SOAP note format for each treatment.

**Prognosis:**  _✓_Guarded  __Poor  __Excellent

_[signature]_                                    _4/27/02_

Acupuncturist Signature                          Date

(3)

 

### NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
### ASSIGNMENT OF BENEFITS FORM

#### (FOR ACCIDENTS ON AND AFTER 3/1/02)

I Kizzy Soye ("Assignor") hereby assign to _____ ("Assignee") all

(print patient name)

rights, privileges and remedies to payment for health care services provided by assignee to which I am entitled

under Article 51 (The No-Fault Statute) of the Insurance Law. The Assignee hereby certifies that they have not

received any payment from or on behalf of the Assignor and shall not pursue payment directly from the Assignor for

services provided by said Assignee for injuries sustained due to the motor vehicle accident, which occurred on

04/22/200 not withstanding any other agreement to the contrary.

(print accident date)

This agreement may be revoked by the assignee when benefits are not payable based upon the assignor's lack of

coverage and/or violation of a policy condition due to the actions or conduct of the assignor.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER
PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR STATEMENT OF CLAIM FOR ANY
COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE
INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY
FACT MATERIAL THERETO, ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM,
KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF
THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLES OR AN INSURANCE
COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE
SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF
THE CLAIM FOR EACH SUCH VIOLATION.

Kizzy Soye
(Print Name of Patient)

x _____
(Signature of Patient)

_____
(Address)

_____
(Date of Signature)

x Jeanette Kimlan
(Print Provider Name)

x _____
(Signature of Provider)

3626 Bailey Avenue, Bronx, NY 10463
(Address of Provider)

4/27/07
_____
(Date of Signature)

NYS FORM NF-AOB (REV 1/2004)                    **END OF FORM**

#### AUTHORIZATION

I FURTHER AUTHORIZE THE RELEASE OF MY MEDICAL RECORDS AND RECORDS OF INFORMATION TO
THE PROVIDER LISTED IN THE NYS FORM NF-AOB, ITS REPRESENTATIVES, OR ASSIGNS AND
SPECIFICALLY WAIVE ANY PRIVILEGE THAT MAY BE ASSOCIATED THEREWITH.

_____
(Signature of Patient)

4/27/07
_____
(Date of signature)

**3625 Bailey Avenue**
**Bronx, NY 10463**

Patient's Name: _Jorge, Kizzy_

DOA __4/22/07__

**Treatment Zones:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Lower Back | BL 22, 23, 24, 25, 26, 27, 28, 31, 32, 48 | | | | | |
| Upper Back | GB 21 | TH 15 | SI 3, 11, 12, 13, 14, 15 | UB 13, 14 | | |
| Neck | GB 20 | UB 10 | TH 17 | | | |
| Shoulder | LI 15, 16 | TH 14 | SI 9, 10 | | | |
| Hip | GB 29, 30 | | | | | |
| Knee | ST 34, 35, 36 | SP 9, 10 | GB 34 | KID 10 | | |
| Headache (& eye) | LI 4 | | | | | |
| Elbow | LI 10, 11, 12 | SI 8 | TH 10, 11 | HT 3 | | |
| Wrist | LI 5 | TH 4 | SI 5, 6 | LU 8, 9 | P 6, 7 | HT 6, 7 |
| Ankle | ST 41 | GB 40 | SP 6 | LV 4 | BL 60, 62 | KID 3 |

Foot P

r/o/dx

| DATE | SYMPTOMS | TREATMENT | PLAN | COMMENTS |
|---|---|---|---|---|
| 4/27/07 | R foot | R EB 41, CV5 (ES) | 2-8 weeks 2 weeks | Pt tolerated tx well |
| 4/30/07 | (R) foot pain | (L) LI 4, SU3 (ES) | | Cont T° |
| 5/2/07 | (R) foot pain | (R) Liv 3, GB 41 (ES) | | Pt does not want Ac on hands. Prefers local T°. |
| 5/4/07 | (R) foot pain | (R) Lv 3, GB 41 (E) | | Cont T° |
| 5/7/07 | (R) foot pain | (R) Lv 3, UB 60 (ES) | | Pain w/ flexion of toes lateral of foot. Cont T° |

**3626 Bailey Avenue**
**Bronx, NY 10463**

Patient's Name: _Kizzy Joye_     DOA _4/22/07_

**Treatment Zones:**

| Lower Back | BL 22, 23, 24, 25, 26, 27, 28, 31, 32, 48 |
| Upper Back | GB 21    TH 15    SI 3, 11, 12, 13, 14, 15    UB 13, 14 |
| Neck | GB 20    UB 10    TH 17 |
| Shoulder | LI 15, 16    TH 14    SI 9, 10 |
| Hip | GB 29, 30 |
| Knee | ST 34, 35, 36    SP 9, 10    GB 34    KID 10 |
| Headache | LI 4 |
| Elbow | LI 10, 11, 12    SI 8    TH 10, 11    HT 3 |
| Wrist | LI 5    TH 4    SI 5, 6    LU 8, 9    P 6, 7    HT 6, 7 |
| Ankle | ST 41    GB 40    SP 5    LV 4    BL 60, 62    KID 3 |

| DATE | SYMPTOMS | TREATMENT | PLAN | COMMENTS |
|---|---|---|---|---|
| 5/9/07 | (R) foot pain ↓B cb | (L) UB60, 65  (ES) | | Cont Tx — part func 2.5 c |
| 5/15/07 | R ft P | F- GB41, UB65  (ES) | | cont Tx  UB9 -2.78; foot pain 9 4 |
| 5/16/07 | R-Spasle N | GB34  (7L) | | |
| 5/16/07 | LBP rad 7 ut leg, R AP? | GB34  (R) Adj LT (L) | | |
| 5/22/07 | R LBP- | L-Light Adj BM, Uj Tn Sm Chn (R) | | Cont tx |

3626 Bailey Avenue
Bronx, NY 10463

Patient's Name _Kim Jong_

DOA _4/22/02_

**Treatment Zones:**

| | | | | | |
|---|---|---|---|---|---|
| Lower Back | BL 22, 23, 24, 25, 26, 27, 28, 31, 32, 48 | | | | |
| Upper Back | GB 21 | TH 15 | Si 3, 11, 12, 13, 14, 15 | UB 13, 14 | |
| Neck | GB 20 | UB 10 | TH 17 | | |
| Shoulder | LI 15, 16 | TH 14 | SI 9, 10 | | |
| Hip | GB 29, 30 | | | | |
| Knee | ST 34, 35, 36 | SP 9, 10 | GB 34 | KID 10 | |
| Headache | LI 4 | | | | |
| Elbow | LI 10, 11, 12 | SI 8 | TH 10, 11 | HT 3 | |
| Wrist | L 5 | TH 4 | SI 5, 6 | LU 8, 9 | P 6, 7 | HT 6, 7 |
| Ankle | ST 41 | GB 40 | SP 5 | LV 4 | BL 60, 62 | KID 3 |

| DATE | SYMPTOMS | TREATMENT | PLAN | COMMENTS |
|---|---|---|---|---|
| 5/25/07 | R LBP | L- Li₃ K₁ DₐPᵤₐ Uᵦ₁ B₄ ㊾ | | onphy, CBA and tenderness over Trish needles |
| 5/3/07 | NP/UBP | GB21, SI 15 ㊾ | | cont tx. |
| 6/5/07 | NP (R) | R- GB21, SI 15, Aₕₐₕᵢ (R) ㊽ | | cont TX |
| 6/7/07 | R foot pain | R- GB34, GB41 - ㊿ | 3x week 4 weeks | R foot pain feels like sharp pain CBP distal needling NP UBP tender > Lt tender |
| 6/18/07 | R foot number | L- Ahshi on Chull 4th ㊾ digit ㊾ | | cont tx |

**3626 Bailey Avenue**
**Bronx, NY 10463**

Patient's Name: _Jorge, Kinzzy_                DOA _4/22/62_

**Treatment Zones:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Lower Back | BL 22, 23, 24, 25, 28, 27, 28, 31, 32, 48 | | | | | |
| Upper Back | GB 21 | TH 15 | SI 3, 11, 12, 13, 14, 15 | UB 13, 14 | | |
| Neck | GB 20 | UB 10 | TH 17 | | | |
| Shoulder | LI 15, 16 | TH 14 | SI 9, 10 | | | |
| Hip | GB 29, 30 | | | | | |
| Knee | ST 34, 35, 36 | SP 8, 10 | GB 34 | KID 10 | | |
| Headache | LI 4 | | | | | |
| Elbow | LI 10, 11, 12 | SI 8 | TH 10, 11 | HT 3 | | |
| Wrist | LI 5 | TH 4 | SI 5, 6 | LU 8, 9 | P 6, 7 | HT 6, 7 |
| Ankle | ST 41 | GB 40 | SP 5 | LV 4 | BL 60, 62 | KID 3 |

| DATE | SYMPTOMS | TREATMENT | PLAN | COMMENTS |
|---|---|---|---|---|
| 6/14/07 | R foot p= | L - SI 3, SI 3 (R) | | Cont Tx |
| 6/15/07 | R foot pain | SP 6, GB34, UB64, ST 43 | | Cont. t x |
| 6/18/07 | (R) Foot pain | (R) UB60, 64, GB 44 (ES) | | Cont Tx |
| 6/20/07 | (R) foot pain / 3rd toe numb | (R) GB40, Ashi bet 2 3rd web (ES) | | Cont Tx |
| 7/6/07 | (R) Foot pain | (R) GB 40, Lv 3, GB42 (ES) | | Cont Tx |

**3626 Bailey Avenue**
**Bronx, NY 10463**

Patient's Name _Joye Kizzy_          DOA _4/22/0?_

**Treatment Zones:**

| Zone | | | |
|---|---|---|---|
| Lower Back | BL 22, 23, 24, 25, 26, 27, 28, 31, 32, 48 | | |
| Upper Back | GB 21 | SI 3, 11, 12, 13, 14, 15 | UB 13, 14 |
| Neck | GB 20 | TH 15 | UB 10   TH 17 |
| Shoulder | LI 15, 16 | TH 14 | SI 9, 10 |
| Hip | GB 29, 30 | | |
| Knee | ST 34, 35, 36 | SP 9, 10 | GB 34   KID 10 |
| Headache | LI 4 | | |
| Elbow | LI 10, 11, 12 | SI 8 | TH 10, 11   HT 3 |
| Wrist | LI 5 | TH 4 | SI 5, 6   LU 8, 9   P 6, 7   HT 6,7 |
| Ankle | ST 41 | GB 40 | SP 5   LV 4   BL 60, 62   KID 3 |

| DATE | SYMPTOMS | TREATMENT | PLAN | COMMENTS |
|---|---|---|---|---|
| 7/30/07 | (R) foot pain | (R) GB 40, Ba Xie (E) | 2x/week For 4 week | (R) Foot -8/10 1-A -9/10 Cont 7° |
| 8/3/07 | (R) Foot pain | (R) GB40, UB60, GB41 (E) | | Cont 7° |
| 8/27/07 | (R) FP | (R) GB 40, 41, UB60 | | Cut 7° |
| 8/27/07 | (R) foot tightness | (R) GB 40, 42 z Ashi web of pinky & 4th toe. (E) | 1x/week For 2 weeks | Pt clams no foot pain only tightness 8/10 |

```
                    Bronx Medical Health Services,PC
                          3626 Bailey Avenue
                           Bronx, NY 10463
                             718-601-1713
                           ID#: 11-3544727
                      Wednesday August 15, 2007
```

Patient           : Kizzy Joye #2741
Itemized Statement: 05/04/2007 - 08/15/2007
DOB               : 04/28/1977
Onset date        : 04/22/2007


        Mail to:
        Kizzy Joye
        1510 Jesup Avenue apt #1-7
        Bronx NY 10452


**Insured**                          **Insurance Carrier (primary)**
Kizzy Joye                           Mercury Indemnity Company of Americ
1510 Jesup Avenue apt #1-7
Bronx NY 10452                       P. O. Box 5919
DOB: 04/28/1977                      Bridgewater NJ 08807
Policy#:

**Attorney**                         **Employer**
Craig Rosenbaum, Esq.
50 Broadway  Suite 26th floor
New York NY 10004

| Date | Description | Amount |
|------|-------------|--------|
| 05/04/07 | 99205 Medical Doctor Initial Visit | $ 154.30 |
| 05/07/07 | 97001 Physical therapy initial EVAL | $ 80.02 |
| 05/07/07 | 97010 hot/cold pack | $ 20.03 |
| 05/07/07 | 97014 electrical stimulation | $ 22.48 |
| 05/09/07 | 97010 hot/cold pack | $ 20.03 |
| 05/09/07 | 97014 electrical stimulation | $ 22.48 |
| 05/11/07 | 97010 hot/cold pack | $ 20.03 |
| 05/11/07 | 97014 electrical stimulation | $ 22.48 |
| 05/11/07 | 97124 Massage | $ 22.14 |
| 05/15/07 | 97010 hot/cold pack | $ 20.03 |
| 05/15/07 | 97014 electrical stimulation | $ 22.48 |
| 05/15/07 | 97124 Massage | $ 22.14 |
| 05/15/07 | 97010 hot/cold pack | $ 20.03 |
| 05/15/07 | 97014 electrical stimulation | $ 22.48 |
| 05/15/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 05/17/07 | 97010 hot/cold pack | $ 20.03 |
| 05/17/07 | 97014 electrical stimulation | $ 22.48 |
| 05/17/07 | 97124 Massage | $ 22.14 |
| 05/18/07 | 97010 hot/cold pack | $ 20.03 |
| 05/18/07 | 97014 electrical stimulation | $ 22.48 |
| 05/18/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 05/22/07 | 97010 hot/cold pack | $ 20.03 |
| 05/22/07 | 97014 electrical stimulation | $ 22.48 |
| 05/22/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 05/29/07 | 97010 hot/cold pack | $ 20.03 |
| 05/29/07 | 97014 electrical stimulation | $ 22.48 |
| 05/29/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 05/31/07 | 97010 hot/cold pack | $ 20.03 |
| 05/31/07 | 97014 electrical stimulation | $ 22.48 |
| 05/31/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 06/05/07 | 97010 hot/cold pack | $ 20.03 |
| 06/05/07 | 97014 electrical stimulation | $ 22.48 |
| 06/05/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 06/07/07 | 97010 hot/cold pack | $ 20.03 |
| 06/07/07 | 97014 electrical stimulation | $ 22.48 |
| 06/07/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 06/12/07 | 97010 hot/cold pack | $ 20.03 |
| 06/12/07 | 97014 electrical stimulation | $ 22.48 |
| 06/12/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 06/14/07 | 97010 hot/cold pack | $ 20.03 |
| 06/14/07 | 97014 electrical stimulation | $ 22.48 |
| 06/14/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |

Page 2   Patient: Kizzy Joye

| Date | Description | | Amount |
|------|-------------|---|--------|
| 06/15/07 | 97010 hot/cold pack | $ | 20.03 |
| 06/15/07 | 97014 electrical stimulation | $ | 22.48 |
| 06/15/07 | 97110 S2 Therapeutic Exercises Modified | $ | 25.09 |
| 06/18/07 | 95903 NCV Right Peroneal Motor | $ | 166.47 |
| 06/18/07 | 95903 NCV Right Tibial Motor | $ | 166.47 |
| 06/18/07 | 95904 NCV Right Sural Sensory | $ | 106.47 |
| 06/18/07 | 95903 NCV Left Peroneal Motor | $ | 166.47 |
| 06/18/07 | 95903 NCV Left Tibial Motor | $ | 166.47 |
| 06/18/07 | 95904 NCV Left Sural Sensory | $ | 106.47 |
| 06/18/07 | 95934 NCV Right S1 | $ | 119.99 |
| 06/18/07 | 95934 NCV Left S1 | $ | 119.99 |
| 06/18/07 | 99214 Medical Follow Up Visit  - Med. Complex | $ | 71.49 |
| 06/20/07 | 97010 hot/cold pack | $ | 20.03 |
| 06/20/07 | 97014 electrical stimulation | $ | 22.48 |
| 06/20/07 | 97110 S2 Therapeutic Exercises Modified | $ | 25.09 |
| 06/27/07 | 97010 hot/cold pack | $ | 20.03 |
| 06/27/07 | 97014 electrical stimulation | $ | 22.48 |
| 06/27/07 | 97110 S2 Therapeutic Exercises Modified | $ | 25.09 |
| 07/16/07 | 97010 hot/cold pack | $ | 20.03 |
| 07/16/07 | 97014 electrical stimulation | $ | 22.48 |
| 07/16/07 | 97110 S2 Therapeutic Exercises Modified | $ | 25.09 |
| 07/18/07 | 97010 hot/cold pack | $ | 20.03 |
| 07/18/07 | 97014 electrical stimulation | $ | 22.48 |
| 07/18/07 | 97110 S2 Therapeutic Exercises Modified | $ | 25.09 |
| 07/30/07 | 99214 Medical Follow Up Visit  - Med. Complex | $ | 71.49 |
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 05/04/07 - 05/04/07 | $ | -154.30 |
| 08/06/07 | Payer payment Chk#111016... applied to 97001 (05/07/07) | $ | -40.00 |
| 08/06/07 | Payer payment Chk#111016... applied to 97014 (05/07/07) | $ | -22.48 |
| 08/06/07 | Payer payment Chk#111016... applied to 97014 (05/09/07) | $ | -22.48 |
| 08/06/07 | Payer payment Chk#111016... applied to 97014 (05/11/07) | $ | -22.48 |
| 08/06/07 | Payer payment Chk#111016... applied to 97124 (05/11/07) | $ | -22.14 |
| 08/06/07 | Payer payment Chk#111016... applied to 97014 (05/15/07) | $ | -22.48 |
| 08/06/07 | Payer payment Chk#111016... applied to 97124 (05/15/07) | $ | -22.14 |
| 08/06/07 | Payer payment Chk#111016... applied to 97110 (05/15/07) | $ | -22.90 |
| 08/06/07 | Payer payment Chk#111016... applied to 97014 (05/17/07) | $ | -22.48 |
| 08/06/07 | Payer payment Chk#111016... applied to 97124 (05/17/07) | $ | -22.14 |
| 08/06/07 | Payer payment Chk#111016... applied to 97014 (05/18/07) | $ | -22.48 |
| 08/06/07 | Payer payment Chk#111016... applied to 97110 (05/18/07) | $ | -25.09 |
| 08/06/07 | Payer payment Chk#111016... applied to 97014 (05/22/07) | $ | -22.48 |
| 08/06/07 | Payer payment Chk#111016... applied to 97110 (05/22/07) | $ | -25.09 |
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 05/29/07 - 05/29/07 | $ | -38.06 |
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 05/31/07 - 06/07/07 | $ | -114.17 |
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 06/12/07 - 06/14/07 | $ | -76.11 |
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 06/15/07 - 06/20/07 | $ | -130.51 |
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 06/18/07 - 06/18/07 | $ | -677.14 |
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 06/27/07 - 06/27/07 | $ | -38.06 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 05/07/07 - 05/11/07 | $ | -100.11 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 05/15/07 - 05/17/07 | $ | -84.76 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 05/18/07 - 05/22/07 | $ | -40.06 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 05/29/07 - 05/29/07 | $ | -29.54 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 05/31/07 - 06/07/07 | $ | -88.63 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 06/12/07 - 06/14/07 | $ | -59.09 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 06/15/07 - 06/20/07 | $ | -76.18 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 06/18/07 - 06/18/07 | $ | -441.66 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 06/27/07 - 06/27/07 | $ | -29.54 |

```
Total Sales Tax          : $       0.00
Total Late Charges       : $       0.00
Total Interest Charges   : $       0.00
Patients-Cash Rcvd       : $       0.00
Patients-Chks Rcvd       : $       0.00
Patients-Crdt Crd        : $       0.00
Payer Payments           : $    1565.21
REDUCED PER FEE SCHEDULE  : $     949.57

Total Charges            : $    2721.47
Total Received           : $    1565.21
Total Adjustment         : $     949.57
Balance (based on search) : $     206.69
```

**Bronx Medical Health Services, P.C.**
**Jean Daniel Francois, M.D. - Neurologist**
**3626 Bailey Avenue**
**Bronx, NY 10463**
**718 601-1713**

| | |
|---|---|
| Patient's Name: | Kizzy Joye |
| Date of Accident: | 4/22/07 |
| Date of Exam: | 5/4/07 |

### Initial Medical Evaluation

**History:**
Ms. Kizzy Joye a 30-year-old female presented herself today for an examination of her injuries that she sustained during a motor vehicle accident. Ms. Joye states that on 4/22/07 she was sitting in the front passenger seat with her seatbelt on when the vehicle was forcefully hit on the driver's side. Then, while Ms. Joye entered the car form the front passenger side, her foot was on the street pavement when an 18-wheeler crashed into the car. Ms. Joye is unsure about head trauma. Subsequently, she was taken to the emergency room of Columbia Presbyterian Hospital where she was evaluated for her injuries, treated and later released. Since her pain persisted, she presented today for medical attention and treatment.

**Present Complaints:**
- Frontal headaches/Dizziness/loss of balance
- Neck pain radiating into her shoulders with numbness into her hands
- Lower back pain with numbness to her feet
- Right shoulder/foot pain (right foot trauma)

**Past Medical History:**
- Work injuries - negative
- Motor vehicle accidents – negative
- Serious illness/surgeries - Asthma
- Medication – Ibuprofen, Singuliar, Albuterol, Vicodines

**Occupational Status:**
Ms. Joye stated that at the time of her accident, she was working full time as a commercial collector. To date, she has not yet returned to work and is, in my opinion, disabled from her original line of work due to her condition.

**Musculoskeletal Examination:**
Ms. Joye is a 30-year-old female. She is right-handed, measures 5'6 tall and weighs 330 pounds. Her hair color is black and her eyes are brown. A visible scar was noted on the left wrist. Visible tattoo markings were noted on her right ankle, left shoulder, neck. Ms. Joye last menstrual period was 4/23/07. Vital signs were checked and noted in stable condition.

Upon further examination, pain and discomfort was noted when palpating Ms. Joye's cervical spine. Reproduction of the patient's pain was also noted when evaluating the cervical spinal joints and paraspinal tissues. Protective guarding and splinting at the end range of motion was also noted. Furthermore, upon digital palpation of the muscles surrounding the affected areas, palpable tenderness and muscle spasms were felt along the muscle belly and insertion points. Evaluation of the lumbar spine reveled paraspinal tenderness and muscle spasms. There were complaints of tenderness when palpating along the interspinous spaces as well. In addition, restricted movement accompanied with pain at the end range of motion was also noted. Additionally, digital palpation of the musculature around the areas of involvement, revealed point tenderness and spasm.

Palpable pain and discomfort was noted during the evaluation of Ms. Joye's right shoulder. Assessment of the patient's motion showed restricted movement with protective guarding at the end range. Further palpation of the muscles surrounding the injured areas, revealed multiple sites of tenderness and spasm.

**Patient's Name:**   Kizzy Joye
**Date of Accident:**  4/22/07
**Date of Exam:**     5/4/07
Page 2.

Assessment of Ms. Joye's right ankle and right foot revealed palpable pain and discomfort. In addition, further evaluation of the injured areas revealed multiple sites of myofascial irritation and spasm along the surrounding musculature. Palpable signs of right foot swelling were also noted.

## Orthopedic Tests:
- The cervical compression tests were positive for neck pain in all directions.
- Kemp's test produced lower back pain with radiation into both lower extremities.
- The straight leg raise test was positive at 45 degrees bilaterally.
- Ms. Joye's orthopedic testing was partial due to patient's limited range of motion in the right foot, pain/bruising.

## Neurological Examination:
The patient is awake, alert, oriented, speech is fluent, judgement is fair, insight is normal, abstraction, vocabulary, perception and emotional response are normal. Ms. Joye is legally blind in the left eye, no recuperation. Vision in the right eye.

Evaluation of the cranial nerves revealed end gaze nystagmus and a subjective feeling of vertigo during the visual field of gaze examination.

## Range of Motion Testing:
The patient's ranges of motion were evaluated and her active measurements were reported utilizing statistical goniometric norms (values are given in degrees).

*Cervical Spine*

|  | Normal | Exam | Strength |
|---|---|---|---|
| Flexion | 45 | 40 | 5-/5 |
| Extension | 45 | 35 | 5-/5 |
| Right Lat. Flexion | 45 | 40 | 5-/5 |
| Left Lat. Flexion | 45 | 40 | 5-/5 |
| Right Rotation | 80 | 70 | 5-/5 |
| Left Rotation | 80 | 70 | 5-/5 |

*Lumbar Spine*

|  | Normal | Exam | Strength |
|---|---|---|---|
| Flexion | 90 | 65 | 5-/5 |
| Extension | 30 | 25 | 5-/5 |
| Right Lat. Flexion | 30 | 25 | 5-/5 |
| Left Lat. Flexion | 30 | 25 | 5-/5 |
| Right Rotation | 30 | 25 | 5-/5 |
| Left Rotation | 30 | 25 | 5-/5 |

## Right Ankle
Range of motion testing of the right ankle was inconclusive due to patient's pain and tenderness.

## Diagnosis:
Based on today's history and examination findings, the following is my diagnosis for Ms. Joye's condition as a result of a motor vehicle accident occurring on 4/22/07:

1. Traumatic musculo-ligamentous sprain/strain of the cervical spine rule out disc pathology - MRI pending
2. Traumatic musculo-ligamentous sprain/strain of the lumbar spine rule out disc pathology - MRI pending
3. Traumatic right shoulder sprain/sprain rule out internal derangement
4. Traumatic right foot sprain/strain
5. Musculoskeletal Pain Syndrome

## Recommendations:
The history, subjective complaints and objective findings show evidence that the injuries sustained by Ms. Joye are due to the accident that occurred on 4/22/07. Ms. Joye sustained multiple spinal and extremity injuries as a result of this automobile related accident. Regarding the medical treatment of her spinal and extremity complaints, Ms. Joye will begin a complete physical therapy rehabilitation program consisting of electrical muscle stimulation, superficial/deep heat modalities as well as ultrasound to the affected areas. In addition to this, passive and active range of motion as well as

Patient's Name:       Kizzy Joye
Date of Accident:    4/22/07
Date of Exam:         5/4/07
Page 3

isometric exercises will be gradually initiated.  While in this initial phase of care, treatment will rendered at a frequency of 4 times a week for 4 weeks at which point she will be re-evaluated.

At this time, an MRI of her cervical and lumbar spine is pending her response to conservative therapy.  Further consideration will be determined at her next re-examination.  The following diagnostic tests are deferred pending

## Recommendations cont'd:

Ms. Joye's response to treatment:  an extremity needle EMG/NCV study to rule out neuropathic involvement and a video electronystagmography to rule out central versus vestibular pathology as a cause of Ms. Joye's continued post-concussive complaints.  As an adjunct to this treatment program, Ms. Joye was also prescribed an analgesic and muscle relaxant to help alleviate her pain and discomfort.  Activities of daily living modifications such as avoiding heavy lifting, bending/straining and prolonged sitting were also given.  Additionally, special instructions were explained to Ms. Joye these include resting in bed when her pain is present, applying ice to the affected areas (15min. on - 1hr off) as well as applying heat to the affected areas (15min. on - 1hr off).  As an added part of the management of Ms. Joye 's condition, consultations with additional allied health care specialists are in order specifically including an orthopedist.

## Prognosis/Disability:

Pending further testing and Ms. Joye's response to treatment, my prognosis in this case for now is reserved.

_Jean D. Francois_ M.D.

Jean Daniel Francois, M.D.
Member of the American Academy of Neurological and Orthopaedic Surgeons
Member of the American Academy of Neurology
Member of the American Medical Association
Member of the New York Medical Society

**Bronx Medical Health Services, P.C.**
**Jean Daniel Francois, M.D. - Neurologist**
**3626 Bailey Avenue**
**Bronx, NY 10463**
**718 601-1713**

Patient's Name:     Kizzy Joye
Date of Accident:   4/22/07
Date of Exam:       7/30/07

### Follow-up Examination

Ms. Kizzy Joye was seen today for a follow-up visit relating to the injuries she sustained during her motor vehicle accident occurring on 4/22/07. Ms. Joye is currently receiving physical therapy regularly. She reports, however, that at this time she no longer notices an improvement in her condition with the prescribed treatment. At this time she complains of neck pain radiating into her shoulders, upper, middle, and lower back pain, and right shoulder pain. She also reports of right leg, ankle, and foot pain. Provocative factors include: walking, stretching, and standing. She reports that she experienced an exacerbation of her pain yesterday.

**Physical Examination:**
Pain and discomfort as well as restricted movement with protective guarding was noted during the evaluation of Ms. Joye's cervical and lumbar spine. Active myofascial trigger points were still present along the involved muscles; however, the referral pattern is now less severe.  Additionally, her range of motion showed restricted movement with pain now noted at the extremes of motion.

Palpation of the upper extremity structures produced pain along the right shoulder. Also, latent myofascial trigger points were now noted along the involved musculature. Decreased motion and protective guarding was also observed at the end range of the affected joints, now to a lesser extent.

When palpating Ms. Joye's lower extremities tenderness was noted along the right foot. Moreover, digital palpation revealed latent myofascial trigger points along the affected muscles. Restricted movement and end range pain at the affected sites, though still present, was less severe.

No signs of joint swelling were present. Today's neurological examination revealed no significant changes from the previous evaluation.

**Orthopedic Tests:**
- The cervical compression tests were positive for neck pain with radiation into both upper extremities indicating the presence of a cervical spine disc lesion with nerve root irritation.
- Kemp's test produced lower back pain with radiation into both lower extremities.
- The straight leg raise test was positive at 50 degrees bilaterally.
- Upon palpation, the right foot presented with tenderness and stiffness.

**Present Diagnosis:**
At this time, my diagnosis for Ms. Joye remains unchanged.

**Occupational Status/Disability:**
To date, Ms. Joye has not yet returned to work and is, in my opinion, still disabled from her original line of work..

**Recommendations:**
It is in my opinion that Ms. Joye has achieved the maximum improvement her condition will allow with the present course of care; therefore, in office physical therapy treatments at this time will cease. Ms. Joye has been given advice to continue with the other forms of care that may be continuing to help her. Home care instructions including rehabilitative exercises were given as well as instructions to return if she should experience a flare-up or exacerbation. Activities of daily living modifications should also be maintained until next re-examination.

**Patient's Name:**    Kizzy Joye
**Date of Accident:**    4/22/07
**Date of Exam:**    7/30/07
**Page 2**

**Prognosis:**
In my opinion, Ms. Joye's condition is chronic and my prognosis for her is fair. In regards to permanency, her residual deficits are permanent and will result in future pain and discomfort.

_(signature)_ M.D.

Jean Daniel Francois, M.D.
Member of the American Academy of Neurological and Orthopaedic Surgeons
Member of the American Academy of Neurology
Member of the American Medical Association
Member of the New York Medical Society

**Bronx Medical Health Services, P.C.**
3626 Bailey Avenue
Bronx, NY 10463
718-610-1713

| | | |
|---|---|---|
| Patient: JOYE, KIZZY | Age/DOB: 30 | Date 6-18-2007 |
| Patient ID: NCV L | Height: 5'5 | |
| Sex: Female | Weight: 330 | |

**Patient History:**
Patient complains of persistent lower back pain radiating down in the right lower extremity.

**Nerve Conduction Report:**

Motor Nerves

| Nerve | Site | Onset Lat (ms) | Peak Lat (ms) | Amplitude | Area (mVms) | Duration (ms) | Seg Name | Delta (ms) | Distance (cm) | Velocity (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|
| R PostTib | AbdHal | | | O-P (mV) | Neg | Neg | | 0 | | |
| | Ankle | 3.94 | 7.64 | 6.86 | 13.845 | 5.16 | Knee-Ankle | 5.34 | 34.00 | 63.6 |
| | Knee | 9.28 | 13.59 | 0.23 | 0.563 | 5.48 | | | | |
| R Peroneal | EDB | | | O-P (mV) | Neg | Neg | | 0 | | |
| | Ankle | 2.67 | 5.25 | 6.70 | 16.874 | 4.45 | B Fib-Ankle | 7.27 | 34.00 | 46.8 |
| | B Fib | 9.94 | 12.42 | 0.96 | 2.279 | 4.08 | | | | |
| L PostTib | AbdHal | | | O-P (mV) | Neg | Neg | | 0 | | |
| | Ankle | 3.84 | 7.73 | 5.88 | 13.741 | 5.20 | Knee-Ankle | 6.05 | 35.00 | 57.9 |
| | Knee | 9.89 | 13.88 | 0.32 | 0.823 | 5.25 | | | | |
| L Peroneal | EDB | | | O-P (mV) | Neg | Neg | | 0 | | |
| | Ankle | 2.53 | 5.11 | 6.38 | 16.760 | 4.64 | B Fib-Ankle | 7.92 | 33.00 | 41.7 |
| | B Fib | 10.45 | 12.80 | 0.67 | 1.846 | 4.50 | | | | |

Sensory Nerves

| Nerve | Site | Onset Lat (ms) | Peak Lat (ms) | Amplitude | Area (mVms) | Duration (ms) | Seg Name | Delta (ms) | Distance (cm) | Velocity (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|
| R Sural | LatMal | | | P-T (µV) | Neg | Neg | | P | | |
| | 10 cm | 2.09 | 2.91 | 4.78 | ...... | ..... | 10 cm-LatMal | 2.91 | 14.00 | 48.2 |
| R S Peron | Ankle | | | P-T (µV) | Neg | Neg | | P | | |
| | 14 cm | 1.94 | 3.03 | 3.99 | ...... | ..... | 14 cm-Ankle | 3.03 | 14.00 | 46.2 |
| L Sural | LatMal | | | P-T (µV) | Neg | Neg | | P | | |
| | 10 cm | 2.06 | 2.53 | 6.55 | 0.001 | 0.75 | 10 cm-LatMal | 2.53 | 12.00 | 47.4 |

JOYE, KIZZY

2

| Nerve | Site | Onset Lat (ms) | Peak Lat (ms) | Amplitude | Area (mVms) | Duration (ms) | Seg Name | Delta (ms) | Distance (cm) | Velocity (m/s) |
|-------|------|----------------|---------------|-----------|-------------|---------------|----------|-------------|---------------|----------------|
| L S Peron Ankle | | | | P-T (µV) | Neg | Neg | | P | | |
| | 14 cm | 1.34 | 2.59 | 6.62 | ...... | ..... | 14 cm-Ankle | 2.59 | 12.00 | 46.3 |

## F/H Report:

| Nerve | Muscle | Lat1 (ms) | Lat2 (ms) | Lat2 - Lat1 (ms) | Amplitude (µV) |
|-------|--------|-----------|-----------|------------------|----------------|
| R Tibial F | AHB | 48.44 | | 48.44 | |
| R H-Reflex H | Gast-Soleus | 32.50 | | 32.50 | |
| R Peroneal F | EDB | 43.91 | | 43.91 | |
| L Tibial F | AHB | 49.84 | | 49.84 | |
| L H-Reflex H | Gast-Soleus | 32.81 | | 32.81 | |
| L Peroneal F | EDB | 43.91 | | 43.91 | |

## Findings:
### Motor Nerve Conduction Study:
Normal latencies, amplitudes and velocities in all nerves studied.

### Sensory Nerve Study:
Sensory nerve conduction study showed normal latencies and amplitudes in all nerves studied.

### Late Responses:
F-wave and H-reflex studies of bilateral tibial and peroneal nerves showed symetrical latencies.

### EMG:
Patient declined needle examination.

### Conclusion:
Nerve conduction study is normal at the present time.

Respectfully,

Jean D. Francois, M.D.

JOYE, KIZZY

3



JOYE, KIZZY

4



# BRONX MEDICAL HEALTH SERVICES, P.C.
## 3626 Bailey Avenue, Bronx, NY 10463
## Tel: (718) 601-1713   Fax: (718) 601-1712

## INITIAL EVALUATION
## PHYSICAL THERAPY PROGRAM

PATIENT'S NAME: _Gaye, Kitty_     DATE: _5/7/07_

AGE: _40 y/o_     SEX: _F_     HANDEDNESS _(R)_

OCCUPATION:     CURRENTLY WORKING? Y (N)

DIAGNOSIS: _Neck, (R) Shoulder Pain_     CODE:

_Low Back, (R) foot Pain._

---

HISTORY OF PRESENT INJURY / ILLNESS: _Present condition started 4/22/07 when she_
_had MVA. She was the restrained front passenger s/ seatbelt engaged when_
_a vehicle struck on the driver's side. She doesn't recall any head trauma_
_or LOC. She sought urgent care @ Columbia Presbyterian H. came in_
_today for PT eval & tx._

PMH: _asthma_

SOCIAL HISTORY:

MEDICATIONS: _All the R meds_

CHIEF COMPLAINT: _P. c/o pain in Neck, (R) Shoulder, lo back & numbness_
_& pain in (R) foot_

WHAT INCREASES PAIN: _Constant_

WHAT DECREASES PAIN:

HOW SYMPTOMS INTERFERE WITH ADL'S / SLEEP: _____

---

## OBJECTIVE:

VITAL SIGNS:

☑ Minimal / Moderate / Severe mm spasm c/s guarding C/T/L/S paraspinals and _____

☑ Grade ____ tenderness at C/T/L/S and (R) foot

☑ Trigger points on C/T/L/S paraspinal, R/L Trapezius and _____

☐ Crepitus c/s pain on _____

☑ Postural deviation:
( ) flat neck  (✓) forward head  ( ) inc. thoracic kyphosis  ( ) dec. thoracic kyphosis  (✓) rounded shoulder
( ) flat back  ( ) dextro / levo scoliosis  ( ) Others _____

☐ Gait deviation:
(✓) antalgic  ( ) stiff knee  (✓) dec. R/L step length  ( ) Others _____

# BRONX MEDICAL HEALTH SERVICES, P.C.
## 3626 Bailey Avenue, Bronx, NY 10463
### Tel: (718) 601-1713    Fax: (718) 601-1712

All mms. of Cervical spine are grossly graded ___/5, and all jts. of Cervical spine are WNL actively done painfree, EXCEPT for the ff:

| LEFT | | | | RIGHT | |
|---|---|---|---|---|---|
| ROM | MMT | MUSCLE | NORMAL | ROM | MMT |
| | | FLEXION | 0 - 45° | | |
| | | EXTENSION | 0 - 45° | | |
| | | ROTATION | 0 - 60° | | |
| | | LATERAL FLEXION | 0 - 45° | | |

Pain level  1  2  3  4  5  6  7  8  9  10 / 10

All mms. of Lumbar spine are grossly graded ___/5, and all jts. of Lumbar spine are WNL actively done painfree, EXCEPT for the ff:

| LEFT | | | | RIGHT | |
|---|---|---|---|---|---|
| ROM | MMT | MUSCLE | NORMAL | ROM | MMT |
| | | FLEXION | 0 – 80 ° / 4" | | |
| | | EXTENSION | 0 - 25° | | |
| | | LAT FLEXION | 0 - 35° | | |
| | | ROTATION | 0 - 45° | | |

Pain level  1  2  3  4  5  6  7  8  9  10 / 10

All mms. of  UE / LE  are grossly graded ___/5, and all jts. of UE / LE  are WNL actively done painfree, EXCEPT for the ff:

| LEFT | | | | | | LEFT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROM | MMT | MOTION MUSCLE | N° | ROM | MMT | ROM | MMT | MOTION MUSCLE | N° | ROM | MMT |
| | | S FLEX | 0-180° | | | | | H FLEX | 0-120° | | |
| | | S EXT | 0-45° | | | | | H EXT | 0-30° | | |
| | | S ABD | 0-180° | | | | | H ABD | 0-45° | | |
| | | INT ROT | 0-70° | | | | | H ADD | 20-30° | | |
| | | EXT ROT | 0-90° | | | | | INT ROT | 0-35° | | |
| | | E FLEX | 0-150° | | | | | EXT ROT | 0-45° | | |
| | | E EXT | 0 | | | | | K FLEX | 0-135 | | |
| | | PRON | 0-80° | | | | | K EXT | 0 | | |
| | | SUPIN | 0-80° | | | | | DF | 0-20° | | |
| | | W FLEX | 0-80° | | | | | PF | 0-50° | | |
| | | W EXT | 0-70° | | | | | INV | 0-35° | | |
| | | RAD DEV | 0-20° | | | | | EV | 0-15° | | |
| | | ULN DEV | 0-30° | | | | | | | | |

Pain level  1  2  3  4  5  6  7  8  9  10 / 10

# BRONX MEDICAL HEALTH SERVICES, P.C.
## 3626 Bailey Avenue, Bronx, NY 10463
### Tel: (718) 601-1713   Fax: (718) 601-1712

Pt. experiences pain and/or difficulty in the ff ADLs:
- ☑ Ambulates c / s  assistive device,  ≅ _____ blocks + _____
- ☑ Standing / Sitting Tolerance  ≅ _____minutes
- ☑ Lifts light / medium / heavy weights c / s modification
- ☑ Bed mobility  ( ) independent  ( ) assist
- ☑ Turns head  ( ) all direction  ( ) limitation
- ☑ Faulty body mechanics
- ☐ Others

SPECIAL TEST: _____

ASSESSMENT:  Pt. Rehabilitation Potential for functional improvement is ( ) poor ( ) fair (✓) good
( ) excellent. Pt. will benefit from Skilled PT intervention to achieve the ff. goals:
- ☑ Decrease pain on  C T L S  region, _____
- ☐ Improve strength of trunk _____ (R)shulder, (R)foot
- ☐ Increase ROM on C T L S  region, _____
- ☑ Decrease spasm / guarding on C T L S  paaspinals
- ☐ Improve posture / body mechanics in ADLs
- ☑ Improve patient's functional deficits.
- ☐ Others: _____

PLAN:
Pt. will undergo PT  _4_ x / wks for  _4_ wks. As D.O. dated 5/4/07
- ☑ HMP / Cold pack on C T L S region _____ (R)foot, (R)shulder
- ☑ ES / TENS on C T L S region _____
- ☑ Therapeutic massage on C T L S region _____
- ☐ US on C T L S region
- ☐ Paraffin Wax Bath on  ( R ) ( L )  Hand
- ☑ Therapeutic Exercise
    - Cervical stability / mobility exercises
    - Lumbosacral stability / mobility exercises
- ☑ ROM / Stretching / Joint Mobility / PRE's
- ☑ Pt. education on home exercise program and proper body mechanics
- ☐ Others _____

REPORTED BY:

_EDDA R. LOMANTAS, RPT_
PHYSICAL THERAPIST
NY LICENSE # _026888_

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Joye, Kizzy_     DOI: _____     Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _5/7/07_     _INITIAL EVAL_

SUBJECTIVE COMPLAINTS: _pain in neck, ® shoulder, lw back, lw back, ® foot_

OBJECTIVE FINDINGS: _(+) tenderness on c/s, l/s, ® foot_

ASSESSMENT/ PLAN/TREATMENT: _HWP, Estim x15 on neck ® shoulder & lw back_

Therapeutic Exercises: _____     PT1 / PT2

Home Exercises Program: _____

| ☐ Macro 1 | ☐ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____     Physical Therapist Signature: _____

Patient's Signature: _____     Doctor's Approval: _Jean D. ___ M.D._

1. Date of Visit: _5/9/07_

SUBJECTIVE COMPLAINTS: _pain in neck, ® shoulder, lw back, ® foot_

OBJECTIVE FINDINGS: _STQ_

ASSESSMENT/ PLAN/TREATMENT: _HWP, Estim x15 on neck ® shoulder, HWP & lw back, HWP x15 on ® foot_

Therapeutic Exercises: _____     PT1 / PT2

Home Exercises Program: _____

| ☐ Macro 1 | ☐ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____     Physical Therapist Signature: _____

Patient's Signature: _____     Doctor's Approval: _Jean D. ___ M.D._

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Joye, Kizzy_     DOI: _____     Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _5/11/07_

SUBJECTIVE COMPLAINTS: _pain on neck, shoulder, lw back, R foot_

OBJECTIVE FINDINGS: _S/O_

ASSESSMENT/ PLAN/TREATMENT: _HMP, EStim X15 on neck/shoulder &_
_lw back_
_HMP X15 on R foot_

Therapeutic Exercises: _Massage c deepture_

Home Exercises Program: _____

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 1 | ☐ Macro 2 | ☐ Macro 3 | ☑ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____     Physical Therapist Signature: _____

Patient's Signature: _____     Doctor's Approval: _____ M.

1. Date of Visit: _5/15/07_

SUBJECTIVE COMPLAINTS: _pain on neck, shoulder, lw back, R foot_

OBJECTIVE FINDINGS: _S/O_

ASSESSMENT/ PLAN/TREATMENT: _HMP, EStim X15 on neck/shoulder &_
_lw back_
_HMP X15 on R foot_

Therapeutic Exercises: _AROME, PROME as Tol._

Home Exercises Program: _____

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____     Physical Therapist Signature: _____

Patient's Signature: _____     Doctor's Approval: _____ M.

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Jaye, Fizzy_     DOI: _____     Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _5/7/07_

SUBJECTIVE COMPLAINTS: _pain on neck, shoulder, lw back, ® foot_

OBJECTIVE FINDINGS: _SLR_

ASSESSMENT/ PLAN/TREATMENT: _MHP, Estim x18 on neck/shoulder & lw back
HMP x18 on ® foot
Massage c traction_

Therapeutic Exercises: _____

Home Exercises Program: _____

| ☐ Macro 1 | ☐ Macro 2 | ☐ Macro 3 | ☑ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☑ Macro 18 |

Treatment Frequency: _____     Physical Therapist Signature: _____

Patient's Signature: _____     Doctor's Approval: _Jean D. _____ M.D_

1. Date of Visit: _5/18/07_

SUBJECTIVE COMPLAINTS: _pain on neck, shoulder, lw back, ® foot_

OBJECTIVE FINDINGS: _SLR_

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim x18 on neck/shoulder & lw back
HMP x18 on ® foot
Massage c error_

Therapeutic Exercises: _Mimie, Annie_

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☑ Macro 18 |

Treatment Frequency: _____     Physical Therapist Signature: _____

Patient's Signature: _____     Doctor's Approval: _Jean D. _____ M.D_

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Jaye, Kizzy_     DOI: _____     Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _5/22/07_

SUBJECTIVE COMPLAINTS: _pain en neck, shoulder, lw back, ® foot_

OBJECTIVE FINDINGS: _____

ASSESSMENT/ PLAN/TREATMENT: _HWP, Estim VES en neck/shoulder & lw back_
_HWP VES en ® foot_
_____

Therapeutic Exercises: _PROME, AROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☑ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____     Physical Therapist Signature: _____ M.D.

Patient's Signature: _____     Doctor's Approval: _____

1. Date of Visit: _5/29/07_

SUBJECTIVE COMPLAINTS: _pain en neck, shl, lw back, ® foot_

OBJECTIVE FINDINGS: _____

ASSESSMENT/ PLAN/TREATMENT: _HWP, Estim XS en neck shl & lw back_
_HWP XS en ® foot_

Therapeutic Exercises: _PROME, AROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____     Physical Therapist Signature: _____ M.D.

Patient's Signature: _____     Doctor's Approval: _____

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Joye, Kizzy_    DOI: _____    Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _5/31/07_

SUBJECTIVE COMPLAINTS: _pain on neck, shoulder, lw back, ® foot_

OBJECTIVE FINDINGS: _S/O_

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim X15' on neck/shl & lw back_
_HMP X15' on ® foot._

Therapeutic Exercises: _PROME, AROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____    Physical Therapist Signature: _____

Patient's Signature: _____    Doctor's Approval: _____ MD

1. Date of Visit: _6/5/07_

SUBJECTIVE COMPLAINTS: _pain on neck, shl, lw back, ® foot_

OBJECTIVE FINDINGS: _S/O_

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim X15' on neck/shl & lw back_
_HMP X15' on ® foot_

Therapeutic Exercises: _PROME, AROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____    Physical Therapist Signature: _____

Patient's Signature: _____    Doctor's Approval: _____ MD

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Jaye, Kizny_          DOI: _____          Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _6/7/07_

SUBJECTIVE COMPLAINTS: _pain en neck, lw back, shl, (R) foot_

OBJECTIVE FINDINGS: _STD_

ASSESSMENT/ PLAN/TREATMENT: _HVP, Estim x15 en neck/shl & lw back_
_HVP x15 (R) foot_

Therapeutic Exercises: _ROME, AROME es tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____          Physical Therapist Signature: _____

Patient's Signature: _____          Doctor's Approval: _____ M.D

---

1. Date of Visit: _6/12/07_

SUBJECTIVE COMPLAINTS: _pain en neck, lw back, Shl, (R) foot_

OBJECTIVE FINDINGS: _STD_

ASSESSMENT/ PLAN/TREATMENT: _HVP, Estim x15 en neck/shl &_
_lw back_
_HVP x15 en foot_

Therapeutic Exercises: _ROME, AROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____          Physical Therapist Signature: _____

Patient's Signature: _____          Doctor's Approval: _____ M.D

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Joye, Kizzy_    DOI: _____    Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _6/14/07_

SUBJECTIVE COMPLAINTS: _pain on neck, lw back, shl, (R) foot_

OBJECTIVE FINDINGS: _S/b_

ASSESSMENT/ PLAN/TREATMENT: _Hvp, Estim x15' on neck/shlder & lw back_

Therapeutic Exercises: _PROME, AROME as tol._

Home Exercises Program: _____

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____    Physical Therapist Signature: _____

Patient's Signature: _____    Doctor's Approval: _____ M.D.

---

1. Date of Visit: _6/15/07_

SUBJECTIVE COMPLAINTS: _pain on neck, lw back, shl, (R) foot_

OBJECTIVE FINDINGS: _S/b_

ASSESSMENT/ PLAN/TREATMENT: _Hvp, Estim x15' on neck/shl & lw back_

Therapeutic Exercises: _PROME, AROME as tol._

Home Exercises Program: _____

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____    Physical Therapist Signature: _____

Patient's Signature: _____    Doctor's Approval: _____ M.D.

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Jaye, Kizzy_ _____ DOI: _____ Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _6/20/07_

SUBJECTIVE COMPLAINTS: _pain en neck, Shl, lw back, @foot_

OBJECTIVE FINDINGS: _STD_

ASSESSMENT/ PLAN/TREATMENT: _HVP, Estim XIS en neck/shoulder & lw back_

Therapeutic Exercises: _AROME, AROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____ Physical Therapist Signature: _____

Patient's Signature: _____ Doctor's Approval: _____ Jean D. Francois _____ M.D.

1. Date of Visit: _6/27/07_

SUBJECTIVE COMPLAINTS: _pain en neck, Shl, lw back, @foot._

OBJECTIVE FINDINGS: _(+) trigger pts en paravertebral ms_

ASSESSMENT/ PLAN/TREATMENT: _HVP, Estim XIS en neck/shoulder & lw back_

Therapeutic Exercises: _AROME, AROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____ Physical Therapist Signature: _____

Patient's Signature: _____ Doctor's Approval: _____ Jean D. Francois _____ M.D.

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Joye, Kizzy_    DOI: _____    Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _7/16/07_

SUBJECTIVE COMPLAINTS: _pain on nuch, lw back, ⓇFoot_

OBJECTIVE FINDINGS: _____

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim X10 on nuch & lw back_

Therapeutic Exercises: _AROME, AROME as tul._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____    Physical Therapist Signature: _____

Patient's Signature: _____    Doctor's Approval: _____ M.D.

---

1. Date of Visit: _7/14/07_

SUBJECTIVE COMPLAINTS: _pain on nuch, lw back, Ⓡfoot_

OBJECTIVE FINDINGS: _____

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim X18 on nuch & lw back_

Therapeutic Exercises: _AROME, AROME as tul._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____    Physical Therapist Signature: _____

Patient's Signature: _____    Doctor's Approval: _____ M.D.

Jacob Lichy, M.D.
Thomas M. Kolb, M.D.

# LENOX HILL RADIOLOGY & MEDICAL IMAGING ASSOCIATES P.C.

61 East 77th Street, New York, NY 10021 • TEL: 212-772-3111 • FAX: 212-288-1637 • www.lenoxhillradiology.com

May 17, 2007

JOYE, KIZZY
1510 Jesup Avenue
Bronx, New York 10452
Acct:  423960

J. Francois, M.D.
3626 Bailey Avenue
Bronx, New York 10463

Dear Dr. Francois:

MAGNETIC RESONANCE IMAGING OF THE CERVICAL SPINE:  5-14-07

The discs and vertebrae are normal.  Bony alignment is unremarkable.  There is straightening of the normal cervical lordosis.

IMPRESSION:     There is straightening of the normal cervical lordosis representing pain and muscle spasm.

Thank you for referring this patient to our office.

Sincerely,

Jacob Lichy, M.D.

JL/cb
films delivered to the above address

Jacob Lichy, M.D.
Thomas M. Kolb, M.D.

# LENOX HILL RADIOLOGY & MEDICAL IMAGING ASSOCIATES P.C.

61 East 77th Street, New York, NY 10021 • TEL: 212-772-3111 • FAX: 212-288-1637 • www.lenoxhillradiology.com

May 17, 2007

JOYE, KIZZY
1510 Jesup Avenue
Bronx, New York 10452
Acct:   423960

J. Francois, M.D.
3626 Bailey Avenue
Bronx, New York 10463

Dear Dr. Francois:

MAGNETIC RESONANCE IMAGING OF THE LUMBAR SPINE:    5-14-07

The discs and vertebrae are normal.  The contents of the thecal canal are unremarkable.

IMPRESSION:    Normal MRI of the lumbar spine.

Thank you for referring this patient to our office.

Sincerely,

Jacob Lichy, M.D.

JL/cb
films delivered to the above address

**LENOX HILL RADIOLOGY & MEDICAL IMAGING ASSOCIATES P.C.**

Jacob Lichy, M.D.
Thomas M. Kolb, M.D.

61 East 77th Street, New York, NY 10021 • TEL: 212-772-3111 • FAX: 212-288-1637 • www.lenoxhillradiology.com

June 7, 2007

JOYE, KIZZY
1510 Jesup Avenue Apt. 17
Bronx, New York 10452
Acct:  423960

J. Cohen, M.D.
3626 Bailey Avenue
Bronx, New York 10463

Dear Dr. Cohen:

MAGNETIC RESONANCE IMAGING OF THE RIGHT FOOT:    6-04-07

Examination is centered on the tarsal and metatarsal regions. The marrow signal is normal with no evidence of acute fracture. There are no soft tissue masses or fluid collections. Correlation with plain films is necessary.

IMPRESSION:    Normal examination of the mid foot. Correlation with plain films is necessary.

Thank you for referring this patient to our office.

Sincerely,

Thomas M. Kolb, M.D.

TK/cb
films delivered to the above address

Copy



Jacob Lichy, M.D.
Thomas M. Kolb, M.D.

# LENOX HILL RADIOLOGY & MEDICAL IMAGING ASSOCIATES P.C.

61 East 77th Street, New York, NY 10021 • TEL: 212-772-3111 • FAX: 212-288-1637 • www.lenoxhillradiology.com

June 7, 2007

JOYE, KIZZY
1510 Jesup Avenue Apt. 17
Bronx, New York 10452
Acct: 423960

J. Cohen, M.D.
3626 Bailey Avenue
Bronx, New York 10463

Dear Dr. Cohen:

MAGNETIC RESONANCE IMAGING OF THE RIGHT SHOULDER:     6-04-07

The rotator cuff tendons are unremarkable.  There are tears of both the anterior and posterior glenoid labra.  There is a surrounding joint effusion.  The marrow signal is normal.

IMPRESSION:     Tears of the anterior and posterior glenoid labra.  Joint effusion.

Thank you for referring this patient to our office.

Sincerely,

Thomas M. Kolb, M.D.

TK/cb
films delivered to the above address

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK - COUNTY OF NEW YORK: SS

I, *Michelle Ortiz*, being duly sworn, say:

I am not a party to the action, am over 18 years of age and reside in Bronx, New York.

On *April 30, 2008*, I served the within

### RESPONSE TO COMBINED DEMANDS, VERIFIED BILL OF PARTICULARS, PLAINTIFF'S COMBINED DISCOVERY DEMAND and PLAINTIFF'S DEMAND FOR BILL OF PARTICULARS.

by depositing a true copy thereof enclosed in a postpaid wrapper, in an official depository under the

exclusive care and custody of the U.S. Postal Service within New York State, addressed to the

following person at the last known address set forth after the name:

*LAW OFFICES OF JOHN P. HUMPHREYS*
*Attorney(s) for Defendant(s)*
*JAIME LOPEZ and EDGAR MEZA OVANDO*
*D/b/a 3 BULLS TRUCKING*
*485 Lexington Avenue, 7th Floor*
*New York, New York 10017*
*(917) 778-6600*

*JENINE SHAW*
*Co-Defendant*
*40 A Spruce Street*
*Newark, New Jersey 07102*

*Michelle Ortiz*

Sworn to before me this

30th day of April, 2008.

Notary Public

James L Ferrara
Notary Public State of New York
No. 02FE6001941
Qualified in Richmond County
Commission Expires January 26, 20__

Exhibit C

Date: 7/2/2007   Time: 1:54 PM   To: NORTHLANDS-CLAIMS @ 16513104093          + LI...  ...0   @ 003/003
07/02/2007 11:43 FAX

THE PORT AUTHORITY OF NY & NJ        02538           FACILITY: GWB      N□□   PAGE NO. 1 of 1
MOTOR VEHICLE ACCIDENT REPORT                        DETAILED LOCATION: GWB-UPPER LEVEL, E/B,
                                                     LN#6 @ POST 20.

YR REF. NO. [0][4][2][2][6][1]  DATE REPORTED (MM DD YY) [0][4][2][2][0][7]
CAD NO. [0][0][2][4]  TIME 24 HOUR [2][7][8][8]  P.A. PROP. DAMG □Yes □No   MAINTENANCE WORK ORDER NO. 614-07

Officer's Name R. SISSERSON     Officer's PA Employee No. 42825   Officer's Signature R. ...son

**VEHICLE 1**                                        **VEHICLE 2**

Driver Name: JENINE L. SHAW                          Driver Name: OVANDO, EDGAR MEZA
Address: 40 A SPRUCE ST                              Address: PO BOX 1691
City or Town: NEWARK   State: NJ   Zip Code: 07102   City or Town: HIDALGO   State: TX   Zip Code: 78557
Driver's License Number: S3264 39573 54757           Driver's License Number: 01352362
Date of Birth: [0][4][2][1][3]  Sex: F  No. of Occ: 2   Date of Birth:   Sex:   No. of Occ:

Owner Name: S/A/A                                    Owner Name: JAIME LOPEZ
Address: ...                                         Address: 3605 N CHAMPAGNE
City or Town:   State:   Zip Code:                   City or Town: PHARR   State: TX   Zip Code: 78577

Plate No: VTC849   State: NJ   Vehicle Year & Make: TOYOTA 02   Model: 4DR   Plate No: R7BX30   State: TX   Year: 99   Make: KW
VIN No: 2T1LCF28P92CC9253                             VIN No: 1XKWD0QX4YE779262   Carrier: NILAY'S DIS. MERCH.
Insurance Carrier: N/A   Policy Number: N/A          Insurance Carrier:   Policy Number: 02.144.108   TBA 011167
Violations: NONE                                     Violations: NONE
Towed By: GWB   Towed To: GWB-POST 6                 Towed By: DESIGN AMB   Towed To:
Towing Authorized by:                                Towing Authorized by:

**FOR PORT AUTHORITY VEHICLES ONLY:**

P.A. Vehicle No.   N/A   Driver Unit:                 P.A. Vehicle No.
P.A. Employee No.                                     P.A. Employee No.

INJURY: JOYE, KRIZZY  1095 UNIVERSITY AVE 11F, BRONX, NY 10452
INJURY TO RIGHT FOOT
Treated by: NY PRES. AMB.  Taken to by: NY PRES.  Hospital at: NY PRES. AMB

**COLLISION SYMBOLS**

Rear End → → | Overtaking ⤳ | Backing K→ | Angle Collision ↘ | Fixed Object →● | Right Turn ↱ | Head On → ← | Sideswipe ⇉ | Left Turn ↰

13 ROOF
14 UNDERCARRIAGE
15 OVERTURNED
16 TOTALLED
17 NONE
18 OTHER

AREAS DAMAGED
INITIAL / PRINCIPAL IMPACT
VEH 1:  9  9
VEH 2:  12  12

**ACCIDENT DIAGRAM**

LN#2
LN#4
LN#6
UPPER LEVEL
E/B →

COMMERCIAL CARRIER NAME: N/A

ACCIDENT DESCRIPTION:
DRIVER OF VEH. #1 STATED THAT WHILE ON UPPER LEVEL, E/B, OF GWB, SHE STOPPED AND EXITED HER VEH. TO DISCUSS A POSSIBLE M.V.A. INVOLVING HERSELF AND ANOTHER MOTORIST. WHILE EXITING HER VEH.  ... STRUCK HER OPEN DRIVER SIDE DOOR. DRIVER OF VEH. #2 STATED THAT WHILE ON THE UPPER LEVEL, LN#6, HE DID NOT SEE VEH. #1'S OPEN DOOR WHEN THAT VEH.'S DR STRUCK VEH.  ... GAVE PAX IN VEH #1 COMPLAINED OF PAIN TO AND WAS TRANSPORTED IN PRES. HOSPITAL

FULL NAMES AND ADDRESSES OF PASSENGERS:
01  F  3  JOYE, KRIZZY 1095 UNIVERSITY AVE 11F, BRONX NY 10452

9561
2191
9295

**THE PORT AUTHORITY OF NY & NJ** PAGE NO. 2 OF 2

PA 6215-N-02

MOTOR VEHICLE ACCIDENT REPORT
SUPPLEMENTARY SHEET

TE Ref. No: ▓▓▓▓  Accident Date (MM DD YY): |0|4|2|2|0|7|  Time (24 Hour) |2|7|0|0|

Facility: GWB  NY X NJ ___  Case No. _____  MVA 614-07  Officer's Signature _____ #224φ

| Full Name and Address of Injured | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nature of Injuries | | Wearing ☐ Yes Seat Belts ☐ No | Age | ☐ Male ☐ Female | In Veh. No. | ☐ Pedestrian ☐ Driver | ☐ Passenger ☐ Fatality |
| Medical Attention ☐ Refused Medical Attention | ☐ Will See Own Doctor | | | | | | |
| Treated By _____ | At _____ | | | | | | |
| First Aid By _____ | Taken To _____ | | | | Hospital By _____ | | |
| Full Name and Address of Injured | | | | | | | |
| Nature of Injuries | | Wearing ☐ Yes Seat Belts ☐ No | Age | ☐ Male ☐ Female | In Veh. No. | ☐ Pedestrian ☐ Driver | ☐ Passenger ☐ Fatality |
| Medical Attention ☐ Refused Medical Attention | ☐ Will See Own Doctor | | | | | | |
| Treated By _____ | At _____ | | | | | | |
| First Aid By _____ | Taken To _____ | | | | Hospital By _____ | | |
| Full Name and Address of Injured | | | | | | | |
| Nature of Injuries | | Wearing ☐ Yes Seat Belts ☐ No | Age | ☐ Male ☐ Female | In Veh. No. | ☐ Pedestrian ☐ Driver | ☐ Passenger ☐ Fatality |
| Medical Attention ☐ Refused Medical Attention | ☐ Will See Own Doctor | | | | | | |
| Treated By _____ | At _____ | | | | | | |
| First Aid By _____ | Taken To _____ | | | | Hospital By _____ | | |

**WITNESSES** (Attach separate sheet, if necessary)

Name                Address                Phone

_____

_____

_____

**ACCIDENT DESCRIPTION - ADDENDUM**

VEH. #1 WAS BROUGHT TO POST 6 OF THE GWB AND VEH.
WAS IMPOUNDED (GWB IMP #▓▓▓). DRIVER OF VEH. #1
WAS UNABLE TO PRODUCE AN INSURANCE CARD.

| 37 | 38 | 39 | 40 | 41 | FULL NAMES AND ADDRESS OF ALL OCCUPANTS - IF DECEASED, GIVE DATE OF DEATH |
|---|---|---|---|---|---|
| | | | | | |

Exhibit D

F. Schmidt

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X
KIZZY JOYE,                                    Index No.: 301553-08

                        Plaintiff,

        - against -
                                               **RESPONSE TO**
JENINE SHAW, EDGAR MEZA OVANDO              **COMBINED**
and JAIME LOPEZ,                               **DEMANDS**

                        Defendants.
------------------------------------------------------------------X

        Plaintiff, by her attorneys, ROSENBAUM & ROSENBAUM, P.C., responds to defendants'

Combined Demands as follows:

### WITNESSES

        Plaintiff is currently not aware of the names of the witnesses to this accident.

### EXPERT DISCLOSURE

        Plaintiff has not retained an expert witness with respect to the trial of this matter.  Upon

such retainer, full disclosure will be made pursuant to CPLR section 3101(d).

### STATEMENTS

        Plaintiff is not in possession of any adverse party statements.

### MEDICAL RECORDS and AUTHORIZATIONS

        A copy of all medical records in plaintiffs' possession are annexed hereto.

Authorizations for the following medical providers are attached:

        1.    New York Presbyterian Hospital
              622 West 168th Street
              New York, New York 10032

LAW OFFICE OF
JOHN P. HUMPHREYS
MAY – 2 2008

2.    Bronx Medical Health Services
      3626 Bailey Avenue
      Bronx, New York 10463

3.    Lenox Hill Radiology & Medical Imaging
      61 East 77th Street
      New York, New York 10021

4.    Oasis Acupuncture, P.C.
      10 Hillside Place
      Elmsford, New York 10523

## PHOTOGRAPHS

Plaintiff is not in possession of any photographs.

## LIENS

Plaintiff is not aware of any liens at this time.

## INCOME TAX RECORDS

To be provided.

## COLLATERAL SOURCE

Annexed hereto is an authorization for plaintiff's no-fault file.

## EMPLOYMENT AUTHORIZATION

Annexed hereto is an authorization for plaintiff's employment records from Time Warner

Cable located at 5120 Broadway, New York, N.Y. 10034.

Dated: New York, New York
       April 29, 2008

James L. Ferrara, Esq.
ROSENBAUM & ROSENBAUM, P.C.
Attorney(s) for Plaintiff(s)
50 Broadway, 26th Floor
New York, New York 10004
212-514-5007

To:    LAW OFFICE OF JOHN P. HUMPHREYS
       Attorney(s) for Defendant(s)
       JAIME LOPEZ and EDGAR MEZA OVANDO
       D/b/a 3 BULLS TRUCKING
       485 Lexington Avenue, 7th Floor
       New York, New York 10017
       (917) 778-6600
       File No.: 0913855FS

       JENINE SHAW
       Co-Defendant
       40 A Spruce Street
       Newark, New Jersey 07102

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**          Civil Index No. : 08 CIV 4998

KIZZY JOYE,

                                                                    Plaintiff,

                              -against-

JENINE SHAW, EDGAR MEZA OVANDO AND JAIME LOPEZ,

                                                                    Defendants.

## PETITION FOR REMOVAL

### Law Office of
### JOHN P. HUMPHREYS

Attorneys for Defendant
**JAIME LOPEZ**
**EDGAR MEZA-OVANDO**
Office & P.O. Address
**485 Lexington Avenue, 7th Floor**
**New York, New York 10017**

Tel. No.: (917) 778-6600
Fax No.: (917) 778-7020
            (917) 778-7022

TO:

Service of a copy of the within                                    is hereby admitted.

Dated:                        _____

                              Attorney(s) for

**NOTICE OF ENTRY:**

        **PLEASE TAKE NOTICE** that the within is a true copy of an order entered in office of the Clerk of the above
Court on the ____ day of _____ 200 .

**NOTICE OF SETTLEMENT:**

        **PLEASE TAKE NOTICE** that the within proposed order will be presented for settlement and entry at the
Courthouse on the ____ day of _____ 200 , at 10:00 a.m. at the office of the Clerk of the Part of this Court
where the within described motion was heard.

Dated:      New York, New York                          **Law Office of**
                                                        **JOHN P. HUMPHREYS**
                                                        Attorneys for Defendant(s)
                                                        As Designated Above