```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
KIZZY JOYE,                     :
                                :
              Plaintiff,        :   08 Civ. 4998 (LAP)
                                :
     -against-                  :   ORDER TO SHOW CAUSE
                                :
JENNIE SHAW, et al.,            :
                                :
              Defendants.       :
--------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

LORETTA A. PRESKA, U.S.D.J.

According to the Petition for Removal (dkt. no. 1), the defendants received the Summons and Complaint in this case on March 17, 2008, and the Petition for Removal was filed on May 30, 2008. The defendants shall show cause why this action should not be remanded to the Supreme Court of the State of New York for failure to comply with 28 U.S.C. § 1446(b) on June 19, 2008 at 10:30 a.m. in Courtroom 12A at the U.S. Courthouse, 500 Pearl St., New York, New York 10007.

Papers in opposition to remand shall by filed by June 13, 2008; any response shall be filed by June 17, 2008.

SO ORDERED:

Dated: June 9, 2008
       New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.