UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KIZZY JOYE,                                                08 Civ. 4998

                                     Plaintiff,            **DECLARATION OF
                                                           OPPOSITION**

          -against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                                     Defendants.
------------------------------------------------------------------------X

          I, FREDERICK D. SCHMIDT, JR., ESQ., being of full age, declare and say under

penalties of perjury:

          1.        That I am an attorney at law admitted to practice in the Southern District,

associated with the LAW OFFICE OF JOHN P. HUMPHREYS, attorneys for the defendants,

EDGAR MEZA OVANDO and JAIME LOPEZ, and as such am fully familiar with the facts of

this case.

          2.        That I make this affirmation upon information and belief, the source of my

information and belief being the files and records maintained in the LAW OFFICE OF JOHN P.

HUMPHREYS.

          3.        This affirmation is submitted in opposition to the *sua sponte* Order to Show Cause

which seeks to remand the instant matter to the Supreme Court of the State of New York for

defendants' alleged failure to comply with 28 U.S.C. §1446(b).

          4.        It is respectfully submitted that defendants have demonstrated that the

requirements of 28 U.S.C. §1446(b) are satisfied in their entirety and that this Court has original

jurisdiction under 28 U.S.C. §1332(a) by reason of diversity of citizenship of the parties.

5.    The above-entitled action was commenced in the Supreme Court of the State of New York, County of Bronx, by plaintiff's counsel, upon information and belief, on or about February 26, 2008 by service of a Summons and Verified Complaint on the defendants. Copies of plaintiff's Summons and Verified Complaint were received by the within defendants on or about March 17, 2008.

6.    The instant action is one for recovery of damages sustained as a result of a motor vehicle accident. Plaintiff's Verified Complaint alleged that she sustained a "serious injury" as a result of the subject accident.

7.    Defendants EDGAR MEZA OVANDO and JAIME LOPEZ served a Verified Answer to plaintiff's Verified Complaint on April 14, 2008. Along with defendants' Verified Answer, defendants served various discovery demands, including a Demand for a Verified Bill of Particulars and a Demand Pursuant to CPLR 3017(c), which demanded that the plaintiff set forth the total damages sought in each cause of action. Annexed as **Exhibit "A"**.

8.    Plaintiff's Verified Complaint reflected that diversity of citizenship existed between the parties. Specifically, it alleged that defendant EDGAR MEZA OVANDO is a citizen of Texas, defendant JAIME LOPEZ is a citizen of Texas, and that defendant JENINE SHAW is a citizen of New Jersey.

9.    The Verified Complaint did not specify the amount of damages claimed by plaintiff.

10.    Plaintiff served a Verified Bill of Particulars which was received by defendants on or about May 2, 2008. Therein, plaintiff alleged that she received permanent injuries as a result of the underlying motor vehicle accident and asserted specified damages for economic loss received as a result thereof. Specifically, plaintiff alleged sustaining:

2

- Tears of the anterior and posterior glenoid labra of the right shoulder;
- Right shoulder joint effusion;
- Pavement burns to right foot;
- Severe right foot sprain;
- Pain and swelling at 4th and 5th toes of right foot;
- Lumbar sprain/strain;
- Cervical sprain/strain;
- Straightening of the normal cervical lordosis; and
- Pain and suffering.

See plaintiff Verified Bill of Particulars, ¶8(a) (**"Exhibit "B""**).  This is when this office first obtained a statement as to the injuries claimed.

11.    Notably, plaintiff did not specify damages for non-economic loss which is very relevant given her age is about 31 years.

12.    To date, plaintiff has not responded to defendants' Demand Pursuant to CPLR 3017(c).

13.    Defendants then filed a Petition for Removal with this Honorable Court on May 30, 2008, well within the 30 day time limit required by 28 U.S.C. §1446(b).

14.    28 U.S.C. §1446(b) permits removal of a civil action or proceeding provided that it be done within 30 days after receipt by the defendant of paperwork from which it may be ascertained that the case is one which is removable, provided that a case may not be removed more than 1 year after commencement of the action.

15.    Here, the pleadings exchanged prior to May 2, 2008 did not permit the amount in controversy to be ascertained in good faith.  If, and until, plaintiff serves a response to defendants' Demand Pursuant to CPLR 3017(c) the precise alleged amount in controversy will remain unknown.

16.    However, given plaintiff's alleged injuries, noted above, as first pled in plaintiff's Verified Bill of Particulars and the allegation that she sustained a "serious injury" as defined by

New York State Insurance Law §5102(d), it seems reasonable that the amount in controversy will exceed the $75,000 threshold contained in 28 U.S.C. §1332(a).

17.    Defendants respectfully ask that the Court not allow precious judicial time and resources be wasted by remanding the matter to State Court, inasmuch as the plaintiff may continually detain defendants' Petition for Removal by delaying her response to defendants' demand for damages.  Defendant would be stuck "between a rock and a hard place" as the one year period could elapse for removal without getting a response to the demand for damages.

18.    Defendants believe there is a good faith basis for removal now as they are in possession of at least a Verified Bill of Particulars mentioning the above-claimed injuries.

19.    The Court is respectfully directed to the annexed memorandum of law as to why this case should remain in the Court's jurisdiction as well as why the Petition for Removal was filed timely.

WHEREFORE, these defendants' request that the Order to Show Cause be denied in its entirety, together with such other relief as this Court deems just and proper.

I certify under penalties of perjury, under 28 U.S.C. §1746, that the above statements are true and correct.

Dated: New York, New York
       June 12, 2008

BY: FREDERICK D. SCHMIDT JR. (FDS8821)
LAW OFFICE OF JOHN P. HUMPHREYS
Attorneys for Defendants
**JAIME LOPEZ AND EDGAR MEZA-OVANDO d/b/a 3 BULLS TRUCKING**
485 Lexington Avenue, 7th Floor
New York, NY  10017
(917) 778-6600
Matter No.:  0913855FS

4

TO:

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KIZZY JOYE,                                                08 Civ. 4998

                              Plaintiff,

          -against-
                                                    Hon. Loretta A. Preska

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                              Defendants.
-----------------------------------------------------------------------X


## MEMORANDUM OF LAW IN OPPOSITION TO
## PLAINTIFF'S ORDER TO SHOW CAUSE TO REMAND

## BRIEF STATEMENT OF FACTS

The Court's attention is respectfully directed to the accompanying Affirmation of Frederick D. Schmidt, Jr., Esq. which is submitted in opposition to plaintiff's Order to Show Cause which seeks to remand the instant matter to the Supreme Court of the State of New York for defendants' alleged failure to comply with 28 U.S.C. §1446(b) for a recitation of the relevant facts. Briefly, it is the position of the defendants, Edgar Meza Ovando and Jaime Lopez, that they have properly demonstrated that the requirements of 28 U.S.C. §1446(b) are satisfied in their entirety and that this Court has original jurisdiction under 28 U.S.C. §1332(a) by reason of diversity of citizenship of the parties.

## POINT I
## THE COURT HAS ORIGINAL JURISDICTION OF THE INSTANT MATTER PURSUANT TO 28 U.S.C. §§ 1332 AND 1446

"Where ... jurisdictional facts are challenged, the party asserting jurisdiction must support those facts with 'competent proof' and justify [its] allegations by a preponderance of evidence." United Food Commercial Workers' Union v. CenterMark Properties Meridian Square, Inc., 30 F.3d 298, 305 (2d Cir.1994), citing McNutt v. General Motors Acceptance Corp., 298 U.S. 178, 189, 56 S.Ct. 780, 80 L.Ed. 1135 (1936).

The defendant "has the burden of proving that it appears to a reasonable probability that the claim is in excess of the statutory jurisdictional amount." Mehlenbacher v. Akzo Nobel Salt, Inc., 216 F.3d 291, 296 (2d Cir.2000), citing United Food, 30 F.3d at 305. "To determine whether that burden has been met, [courts] look first to the [plaintiffs'] complaint and then to [defendants'] petition for removal." Mehlenbacher, 216 F.3d at 296.

Moreover, "[w]here the pleadings themselves are inconclusive as to the amount in controversy ... federal courts may look outside those pleadings to other evidence in the record." United Food, 30 F.3d at 305, Osorai v. Airbus Industrie, 2008 WL 545009 (E.D.N.Y.).

Here, based on the injuries alleged by plaintiff, as plead in plaintiff's Verified Bill of Particulars and her allegation that she sustained a "serious injury" as defined by New York State Insurance Law §5102(d)and the enclosed medical reports, it seems reasonable that the amount in controversy will exceed the $75,000 threshold contained in 28 U.S.C. §1332(a).

## POINT II
## THE PETITION FOR REMOVAL IS TIMELY
## PURSUANT TO 28 §U.S.C. 1446

28 U.S.C. §1446(b) provides, in pertinent part, that:

> If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant ... of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable ... .

In Whitaker v. American Telecasting, Inc., 261 F.3d 196 (2d Cir. 2001), the Second Circuit held that the "triggering event" to begin the thirty day limitations period of §1446(b) for removal purposes began on the defendant's receipt of the "initial pleading". The Court defined "initial pleading" for §1446(b) removal purposes as "any pleading (and not necessarily the complaint) containing sufficient information to enable the defendant to intelligently ascertain the basis for removal." Id. at 198.

In Pinson v. Knoll, Inc., 2007 WL 1771554 (S.D.N.Y.), the Court recognized that a pleading, which does not include an *ad damnum* clause in the complaint, thus complying with

N.Y.C.P.L.R. §3017(c), is not an "initial pleading" as articulated in <u>Whitaker</u>, and does not trigger the thirty day window articulated in §1446(b).

Here, plaintiff's complaint did not include an *ad damnum* clause. The "initial pleading" for removal purposes, if one has yet to be served, was plaintiff's Verified Bill of Particulars. It is respectfully submitted that defendants' Petition for Removal is timely, inasmuch as defendants filed the Petition for Removal within thirty days of receiving plaintiff's Verified Bill of Particulars.


## **CONCLUSION**

For all of the foregoing reasons, the defendants Edgar Meza Ovando and Jaime Lopez respectfully request that this Honorable Court deny plaintiff's Order to Show Cause in its entirety together with such other and further relief as this Court deems just, proper and equitable.

Dated: New York, New York
      June 12, 2008

Respectfully submitted,

BY: FREDERICK D. SCHMIDT JR. (FDS8821)
LAW OFFICE OF JOHN P. HUMPHREYS
Attorneys for Defendants
**JAIME LOPEZ AND EDGAR MEZA-
OVANDO d/b/a 3 BULLS TRUCKING**
485 Lexington Avenue, 7th Floor
New York, NY 10017
(917) 778-6600
Matter No.: 0913855FS

TO:

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------------X
KIZZY JOYE,                                                    Index No.: 301553/08

                                        Plaintiff.             **VERIFIED ANSWER**

            -against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                                        Defendants.
-----------------------------------------------------------------------X

C O U N S E L O R:

    The Law Office of JOHN P. HUMPHREYS, as attorney and on behalf of defendants

JAIME LOPEZ AND EDGAR MEZA-OVANDO d/b/a 3 BULLS TRUCKING, answering the

Verified Complaint of the plaintiff herein, upon information and belief, respectfully alleges:

    1.    Denies any sufficient knowledge or information to form a belief as to the truth or

falsity of the allegations contained in the paragraphs of the Complaint designated "1", "2", "3",

"4", "5", "12" and "13".

    2.    Denies each and every allegation contained in the paragraphs of the Complaint

designated "6", "11", "15", "16", "17" and "18".

    3.    Denies each and every allegation contained in the paragraphs of the Complaint

designated "9", "19" and "20", and refers all questions of law to the Court.

<u>**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**</u>

    4.    That by entering into the activity in which plaintiff was engaged at the time of the

occurrence set forth in the Complaint, said plaintiff knew the hazards thereof, the risks inherent

thereto and had full knowledge of the dangers thereof; that whatever injuries and damages were

sustained by plaintiff as alleged in the Complaint arose from and were caused by reason of such

inherent risks voluntarily undertaken by the plaintiff in his/her activities and such risks were assumed and accepted by him/her in performing and engaging in said activities.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

5.    That the plaintiff's alleged damages representing the cost of medical care, dental care, custodial care or rehabilitation services, loss of earnings or other economic loss were or will, with reasonable certainty, be replaced or indemnified, in whole or in part, by or from a collateral source and this Court shall, pursuant to CPLR Section 4545(c), reduce the amount of such alleged damages by the amount such damages were or will be replaced or indemnified by such collateral source.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

6.    This party's responsibility for non-economic loss, if any, which is expressly denied herein, is less than 50% of any responsibility attributed to any tortfeasor, whether or not a party hereto, who is or may be responsible for the happening of plaintiff's alleged accident and, thus, this party is entitled to a limitation of damages as set forth in CPLR Article 16.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

7.    The injuries and damages allegedly sustained by plaintiff were caused in whole or in part by the culpable conduct of plaintiff, including negligence and assumption of risk, as a result of which the claim of plaintiff is therefore barred or diminished in the proportion that such culpable conduct of plaintiff bears to the total culpable conduct causing the alleged injuries and damages.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

8.    Upon information and belief plaintiff failed to mitigate damages.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

9.    That the plaintiff has failed to join, as defendants, all necessary and proper parties in this action.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

10.    Plaintiff's injuries, if any, were caused by the culpable conduct of parties other than the answering defendant and over when defendant had no control.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

11.    That if it is determined that plaintiff failed to use available seatbelts, defendant hereby pleads such fact in mitigation of damages.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

12.    That plaintiff's own actions were the sole proximate cause of any claimed injuries sustained by plaintiff.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

13.    That this action is barred by reason of the fact that plaintiff did not sustain a "serious injury" as defined in Section 5102 of the Insurance Law and, thus, has no right of recovery under Sec. 5104 of the Insurance Law.

### AS AND FOR A CROSS-CLAIM FOR COMMON LAW NEGLIGENCE AGAINST CO-DEFENDANT JENINE SHAW, THIS DEFENDANT ALLEGES THE FOLLOWING:

That if plaintiff was caused to sustain injuries and/or damages at the time and place set forth in the Complaint through any carelessness, recklessness and/or negligence other than the plaintiff's own, such damages were sustained in whole or in part by any reason of the

carelessness, recklessness and negligence and/or negligent acts of omission or commission of co-defendant, its agent(s), servant(s) and/or employee(s).

Further, if plaintiff should recover judgment against this answering defendants, the co-defendant shall be liable to this defendant on the basis of apportionment of responsibility for the alleged occurrence and these defendants are entitled to contribution from and judgment over and against co-defendant for all or part of any verdict or judgment which plaintiff may recover in such amounts as a jury or Court may direct.

These defendants demand judgment dismissing the Complaint herein as to the answering defendants, and further demands judgment over and against co-defendant for the amount of any judgment which may be obtained herein by plaintiff against these answering defendants or in such amount as the Court or jury may determine, together with the costs and disbursements of the action.

WHEREFORE, defendants, demand judgment dismissing the Verified Complaint together with the costs and disbursements of this action.

Dated: New York, New York
       April 11, 2008

       LAW OFFICE OF JOHN P. HUMPHREYS
       FREDERICK D. SCHMIDT JR.
       Attorneys for Defendants
       **JAIME LOPEZ AND EDGAR MEZA-OVANDO d/b/a 3 BULLS TRUCKING**
       485 Lexington Avenue, 7th Floor
       New York, NY  10017
       (917) 778-6600
       Matter No.: 0913855FS

TO:

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------------X
KIZZY JOYE,                                                    Index No.: 301553/08

                                        Plaintiff.            **DEMAND PURSUANT
                                                               TO CPLR 3017(c)**

            -against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                                        Defendants.
-------------------------------------------------------------------------X

C O U N S E L O R:

        Pursuant to CPLR §3017(c) within fifteen (15) days from the date of service of this

request, you are hereby required to set forth the total damages to which plaintiff deems

himself/herself entitled and list same separately for each cause of action.

Dated: New York, New York
       April 11, 2008


                                LAW OFFICE OF JOHN P. HUMPHREYS
                                FREDERICK D. SCHMIDT JR.
                                Attorneys for Defendants
                                **JAIME LOPEZ AND EDGAR MEZA-
                                OVANDO d/b/a 3 BULLS TRUCKING**
                                485 Lexington Avenue, 7th Floor
                                New York, NY 10017
                                (917) 778-6600
                                Matter No.: 0913855FS

TO:

ROSENBAUM & ROSENBAUM
Attorneys for Plaintiff
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

### *ATTORNEY VERIFICATION*

Frederick D. Schmidt. Jr., affirms as follows:

I am an attorney at law admitted to practice in the Courts of the State of New York, and am associated with The Law Office of JOHN P. HUMPHREYS, attorneys for defendants, **JAIME LOPEZ AND EDGAR MEZA-OVANDO d/b/a 3 BULLS TRUCKING** in the within action, and as such, I am fully familiar with all the facts and circumstances therein.

That the foregoing Answer is true to the knowledge of affirmant, except as to those matters therein stated to be alleged upon information and belief, and that as to those matters affirmant believes it to be true.

Affirmant further states that the reason that this verification is made by affirmant and not by defendants is that the defendants are not within this County of New York where affirmant maintains his/her office.

Affirmant further states that the sources of her knowledge and information are reports of investigations, conversations, writings, memoranda, and other data concerning the subject matter of the litigation.

The undersigned attorney affirms that the foregoing statements are true, under the penalties of perjury pursuant to Rule 2106 of the CPLR.

Dated: New York, New York
      April 11, 2008

FREDERICK D. SCHMIDT, JR.

STATE OF NEW YORK                              **AFFIDAVIT OF SERVICE**
COUNTY OF NEW YORK                                    **BY MAIL**


       I, MARIA PIZZO, being duly sworn, deposed and says that deponent is a secretary of the LAW OFFICE OF JOHN P. HUMPHREYS, attorneys for one of the parties herein; is over 18 years of age; is not a party to the action. The deponent served the papers noted below by regular mail, the same securely enclosed in the postage paid wrapper in the Letter Box maintained and exclusively controlled by the United States Postal Service at 485 Lexington Avenue, New York, New York 10017; directed to the said attorney(s) at the address indicated below; that being the address within the state designated by said attorney(s) for that purpose, or the place where said attorneys(s) then kept an office, between which places there then was and now is a regular communication by mail as follows:

**Date mailed:**       April 14, 2008

**Papers Served:**     **VERIFIED ANSWER WITH COMBINED DEMANDS**

**TO:**

ROSENBAUM & ROSENBAUM, P.C.
Attorneys for Plaintiff
50 Broadway, 26th Floor
New York, New York 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102


                                        MARIA PIZZO

Sworn to before me this
14TH day of April , 2008


       Notary Public


FREDERICK D. SCHMIDT, JR.
Notary Public, State of New York
No. 4942786
Qualified in Westchester County
Commission Expires Oct. 3 49__

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------X
KIZZY JOYE,                                                         *Index No.: 301553/08*

                                    Plaintiff,

                    -against-                                       **VERIFIED BILL OF**
                                                                    **PARTICULARS**
JENINE SHAW, EDGAR MEZA OVANDO
and JAIME LOPEZ,

                                    Defendants.
-------------------------------------------------------------------X

   Plaintiff, by her attorneys, ROSENBAUM & ROSENBAUM, P.C., in response to the

Defendants, JAIME LOPEZ and EDGAR MEZA-OVANDO d/b/a 3 BULLS TRUCKING, by

their attorneys, LAW OFFICE OF JOHN P. HUMPHREYS's demand, sets forth the following as

and for her Verified Bill of Particulars:

   1.  Upon information and belief, the accident occurred on April 22, 2007 at

approximately 9:00 P.M.

   2.  The accident occurred on the George Washington Bridge, Upper Level,

Eastbound, Lane 6 at Post 20.  Plaintiff also refers defendants to the accident report.

   3.  Upon information and belief, Defendant, JENINE SHAW of 40 A Spruce Street,

New ark, N.J. 07102 was the owner and operator of vehicle 1. Defendant, EDGAR MEZA

OVANDO of P.O. Box 1691, Hidalgo, Texas 78557 operated vehicle 2.  Defendant, JAIME

LOPEZ of 3605 N. Champagne, Pharr, Texas 78577 is the owners of vehicle 2.

   4.  Plaintiff was a passenger in a 2002 Toyota with New Jersey State license plate

number VJC844.  Defendants were the owners and operators of a 1999 KW tractor trailer with

Texas State license plate number R7B-430.

5.    The vehicles were facing eastbound on the George Washington Bridge.  Plaintiff refers defendants to the accident report.

6.    Not applicable.

7.    Upon information and belief, the accident was caused by defendants' EDGAR MEZA OVANDO and JAIME LOPEZ negligence in the ownership, operation control and maintenance of their tractor trailer motor vehicle; in causing, allowing and permitting their motor vehicle to be operated at a greater rate of speed than care and caution would permit under the circumstances; in failing to provide and/or make timely and adequate use of  brakes, signaling devices, horns and steering mechanisms; in failing to keep a safe distance between their vehicle and the vehicle in which plaintiff was a passenger; in failing to stay within its own lane; in colliding with a stopped vehicle;  in failing to observe and be alert to traffic signals and road conditions then and there existing; in failing  to maintain their motor vehicle in optimum functional condition;  in failing to observe and be alert to the traffic conditions than and there existing;  in failing to reasonably maintain and control their vehicle;  in failing to yield the right of way; and was otherwise negligent in failing to properly manage, operate and control their motor vehicle resulting in the collision of said motor vehicles, causing injuries to plaintiff, without any fault or want of care on the part of the plaintiff contributing thereto.

8.    (a) By reason of the negligence of defendants, the plaintiff sustained the following injuries which were caused, activated, aggravated and/or exacerbated by defendants actions:

I.    Tears of the anterior and posterior glenoid labra of the right shoulder;

II.    Right shoulder joint effusion;

III.    Pavement burns to right foot;

IV.    Severe right foot sprain;

V.      Pain and swelling at 4th and 5th toes of right foot;

VI.     Sprains of right 4th and 5th toes;

VII.    Lumbar sprain/strain;

VIII.   Cervical sprain/strain;

IX.     Straightening of the normal cervical lordosis; and

X.      Pain and suffering.

(b) Upon information and belief, all injuries claimed herein are permanent in

nature.

(c) Plaintiff received treatment from the following medical providers:

New York-Presbyterian Hospital
622 West 168th Street
New York, New York 10032

Bronx Medical Health Services
3626 Bailey Avenue
Bronx, New York 10463

Lenox Hill Radiology & Medical Imaging
61 East 77th Street
New York, New York 10021

Oasis Acupuncture, P.C.
10 Hillside Place
Elmsford, New York 10523

9.      (A) Plaintiff, KIZZY JOYE, was confined to bed for approximately 2 months

following the accident;

(B) Plaintiff was confined to home for approximately 2 months following the

accident;

(C) Plaintiff was treated and released at New York Presbyterian Hospital on April 22, 2007.

10.    (A) Plaintiff, KIZZY JOYE was born on April 28, 1977. Plaintiff is not known by any other names than that set forth above. Plaintiff's social security number is 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;

(B) Plaintiff was employed as a Collections Clerk;

(C) Plaintiff was employed by Time Warner Cable located at 5120 Broadway, New York, New York 10034;

(D) Plaintiff was earning $13 per hour at the time of the accident and was working 20 hours per week. Plaintiff would also receive a monthly bonus of $450.00;

(E) Not applicable;

(F) Plaintiff missed 2 months from work from April 23, 2007 through approximately June 26, 2007.

11.    The following are the total amounts claimed as special damages as incurred by plaintiff, KIZZY JOYE:

| | | | |
|---|---|---|---|
| a) | Hospital, clinic or other medical | - | $1,500.00 |
| b) | X-rays | - | Included above |
| c) | Physicians | - | Not applicable |
| d) | Nurses | - | Not applicable |
| e) | Medical supplies: | - | Not applicable |
| f) | Loss of earnings | - | $3,000.00 |
| g) | Other special damages | | Not applicable |

12.     Plaintiff, KIZZY JOYE, sustained a serious injury as defined in the

Insurance Law, Section 5102(d) in that she sustained a permanent loss of use of a body organ,

member, function or system; permanent consequential limitation of use of a body organ or

member; significant limitation of use of a body function or system; and/or a medically

determined injury or impairment of a non-permanent nature which prevented the plaintiff from

performing substantially all of the material acts which constituted his usual and customary daily

activities for not less than 90 days during the 180 days immediately following the occurrence of

the injury or impairment.

13.     Plaintiff, KIZZY JOYE, resides at 1510 Jesup Avenue, Apt. 1-7, Bronx, New

York 10452.

14.     Upon information and belief, defendants violated the following: New York

Vehicle and Traffic Law § 375(1), §1180, §1212, §1128, §1129. Plaintiff also states that the

Court will take Judicial Notice of all other laws, rules, regulations and ordinances that are

applicable to the occurrence and/or violated herein.


Dated: New York, New York
       April 29, 2008

                                        _____
                                        James L. Ferrara, Esq.
                                        ROSENBAUM & ROSENBAUM, P.C.
                                        Attorney(s) for Plaintiff(s)
                                        50 Broadway, 26th Floor
                                        New York, New York 10004
                                        (212) 514-5007

To:    LAW OFFICE OF JOHN P. HUMPHREYS
       Attorney(s) for Defendant(s)
       JAIME LOPEZ and EDGAR MEZA OVANDO
       D/b/a 3 BULLS TRUCKING
       485 Lexington Avenue, 7th Floor
       New York, New York 10017
       (917) 778-6600
       File No.: 0913855FS

       JENINE SHAW
       Co-Defendant
       40 A Spruce Street
       Newark, New Jersey 07102

# *VERIFICATION*

STATE OF NEW YORK - COUNTY OF NEW YORK

I, **James L. Ferrara**, an attorney associated with the **ROSENBAUM & ROSENBAUM,**

**P.C.,** the attorney of record for the plaintiff in the within action; I have read the foregoing *BILL OF*

*PARTICULARS,* and know the contents thereof; the same is true to my own knowledge, excepted

as to those matters therein stated to be alleged upon information and belief, and as to those matters,

I believe it to be true. The reason this Verification is made by me and not by plaintiff, is that plaintiff

resides outside of the county in which I maintain my law office.

The grounds of my belief as to all matters not stated upon my own knowledge are as

follows: a review of the file maintained by this office, books records and investigation.

I affirm that the foregoing statements are true, under penalties of perjury.

Dated: New York, New York
      April 29, 2008

By: James L. Ferrara
ROSENBAUM & ROSENBAUM, P.C.
Attorney(s) for Plaintiff(s)
50 Broadway, 26th Floor
New York, New York 10004
(212) 514-5007



*U082462*

Yem
E

DOB
4/28/77

# NewYork-Presbyterian
The University Hospital of Columbia and Cornell

ARRIVED VIA: ☒ AMBULANCE  ☐ WALK
☐ WHEELCHAIR  ☐ OTHER

PATIENT CLASSIFICATION: ☐ EMERGENT  ☒ URGENT  ☐ NON-URGENT

NAME OF PRIMARY M.D.:

## EMERGENCY SERVICES TRIAGE

DATE: 4/22/07    TIME: 10 PM

NAME: Kizzy Joye

AGE: 29    CHECK ONE: ☐ MALE  ☒ FEMALE

ACCOMPANIED BY: EMS.

| TIME | TRIAGE 10 PM | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TEMP | 97.6 | ☐O ☐R | ☐O ☐R | ☐O ☐R | ☐O ☐R | ☐O ☐R | ☐O ☐R | ☐O ☐R |
| BP | 100/60 | | | | | | | |
| PULSE | 83 | | | | | | | |
| RESP | 18 | | | | | | | |
| O₂ SAT | 100% | | | | | | | |
| PEF | | | | | | | | |
| INITIAL | | | | | | | | |

MENTAL STATUS:

PERSON ✓    PLACE ✓    TIME ✓

PATIENT STATEMENT/CHIEF COMPLAINT:
R toes/foot injury.

ASSESSMENT: TIME:
from pavement burns- Denies other c/o
@ present
Open car door hit by another vehicle

STATUS PER MOR:

knocked foot against window

Immunizations: ☐ Tetanus < 5 yrs  ☒ Tetanus > 5 yrs

Pain: 0  1  2  3  4  5  6  7  8  9  10

Character _____
Duration _____
Frequency _____

**Domestic Violence:** are you here because you are now or have been physically hit, hurt, or frightened by someone important in your life? ☐ Yes  ☒ No
Would you like to speak to a social worker? ☐ Yes  ☒ No

**Advanced Directive:**
Do you have a Health Care Proxy? ☐ Yes  ☐ No
If yes, Name, Telephone #:
If no, do you wish to see someone about obtaining one? ☐ Yes  ☒ No

PAST MEDICAL HISTORY: asthma legally blind Lt eye

ALLERGIES: Shellfish

MAINTENANCE MEDICATIONS: Albuterol Singulan
(Intubated x1)

LAST TETANUS: ___    LMP: now

NURSE'S SIGNATURE: _____    TITLE: _____

| DOCTORS NAME | DATE | TIME | ORDERS (CHECK ALLERGIES) | R.N.'S NAME | TIME |
|---|---|---|---|---|---|
| Ho DEES | 4/22/07 | 1115 | T2 0.5cc IM | | 11:05 p |
| | | | Ibuprofin 600mg po | po | |
| | | | Vicodin 1 po | | |
| | | | Xray ® foot | sent | 30 11p |
| | | | Icon negative | | |
| | 4/23/ | 12:22 | D/c c cest shoe | | |
| | | | | | |

☐ Continued

| ☐ CBC | | ☐ CHEMISTRY #7 #13 | | ARTERIAL BLOOD GASES #1 #2 | | ☐ URINALYSIS | | ☐ X-RAY INTERPRETATION | |
|---|---|---|---|---|---|---|---|---|---|
| TIME | | TIME | | | | Sp. Gr. | | | |
| WBC | | NA+ | | pH | | pH | | | |
| Hgb | | K+ | | PCO2 | | Protein | | | |
| Hct | | Cl- | | PO2 | | Glucose | | | |
| PLATELETS | | HCO3- | | O2Sat | | Ketone | | | |
| ☐ PROTIME | | BUN | | Amt. O2 L/M | | Blood | | ☐ EKG INTERPRETATIONS | |
| ☐ PTT | | Creatinine | | | | Leuk. Est. | | | |
| Amylase | | Glucose | | TOXICOLOGY | | Bact. | | | |
| Lipase | | Ca++ | | | | WBC/HPF | | | |
| Troponin | | Mg | | | | RBC/HPF | | | |
| | | | | | | Pregnancy | | | |

| DATE | TIME | PROGRESS NOTES |
|------|------|----------------|

☑ Attend ☐ PGY _____ ☐ PA ☐ NP
☐ Student

Hyper extend
distal (R) foot

c/o pain at base of 4th/5th
toes

Mild swell + pain +
base of 4th/5th toes

Lest of foot / ankle ✓

X-ray ⊖

A: Sprain 4th/5th toes
P: NSAIDs
Cast Shoe

**SUPERVISING ATTENDING PHYSICIAN NOTE**
☐ I reviewed resident's HX, PE and AP and personally assessed pt.
Signature: _____

☐ See Continuation Sheet

| TIME | IV SITE | IV SOLUTION | RATE | BAG VOLUME | AMT. INFUSED | MEDS | P.O. INTAKE | URINE OUTPUT | R.N. INITIAL |
|------|---------|-------------|------|------------|--------------|------|------|------|------|

**CALL INFORMATION**

Agency ID: 0 5 0 2  Branch #: 3  Shift #: 3  Today's Date: 0 4 / 2 8 / 0 7
1st Resp. Agency | Call #

### Call Times (24hr)

| | |
|---|---|
| Time Call Received | 2 1 0 0 |
| Patient Contact Time | 2 1 0 4 |
| Dispatched | |
| Left Scene | |
| En Route | 2 1 0 0 |
| At Destination | |
| On Scene | 2 1 0 1 |
| In Service | 2 1 1 1 |

**Mileage (Odometer)**
Start · 0
On Scene · 0
At Destination · 0

**Crew Member ID**
1. K I C A
2. 8 3 0 4
3.
4.
5.

**Vehicle Unit #** | **Requested By**

911 / Private
Requested By Code
Other Vehicle

### Run Disposition

- [x] Treated / Transferred
- [ ] Treated / Transferred Care
- [ ] Treated / No Transport
- [ ] Transported / Refused Care
- [ ] Cancelled
- [ ] Pronounced Dead
- [ ] Treat/Transport Private Veh.
- [ ] No Transport/Refused Care
- [ ] Other
- [ ] No Patient Found

### Dispatch Reason
EMD Code
Type (01-99) Priority (A-O) Desc (1-9)

Lights/Siren [ ] Upgraded [ ] Downgraded
[x] To Scene
[ ] To Destination

### Run Type
- [ ] Emergency (Immediate)
- [x] Non-Emergency
- [ ] Mutual Aid
- [ ] Interfacility
- [ ] Stand-By
- [ ] Intercept
- [ ] Scheduled

### Destination Determination
- [x] Nearest Facility
- [ ] Weather / Supervisor
- [ ] Law Enforcement
- [ ] Hospital Diversion
- [ ] Medical Protocol
- [ ] Online Physician
- [ ] Mass Casualty
- [ ] Special Resources
- [ ] Patient/Family Choice
- [ ] Managed Care
- [ ] Patient Physician
- [ ] Other

Diverted From Code
Nearest Facility Passed  Est. Miles Beyond  Diverted Time

### Transport From
1 [ ] Home / Residence
2 [ ] Residential, Custodial Facility
3 [ ] Scene of Accident or Acute Event
- [ ] Educational Inst.
- [ ] Farm
- [ ] Industrial Place
- [ ] Mine / Quarry
- [ ] Public Building
- [ ] Recreation/Sport
- [ ] Street/Hwy
- [ ] Other
- [ ] Unspecified
4 [ ] Site of Transfer (Between Ambulances)

-- Or Use --
Transport From Code (i.e. Hosp, SNF)
Transport To Code

# of Patients Transported  # of Patients at Scene

**Incident Address** [ ] (Check the Box if same as Transport From Code)

W 178   FT WASHINGTON AVE   Apt. Number
City: NEW YORK   County Code   State / Prov: NY   Zip Code

**PATIENT INFO**

First Name: KIZZY   MI   Last Name: JOYE
Street Address [ ] (Check the Box if same as Incident Address): 1095 UNIVERSITY AVE   Apt. Number 10F4   County Code   Age 29 [ ] Days [ ] Months [x] Years
City: BRONX   State/Prov: NY   Zip Code: 10452   Gender [x] M [ ] F   Weight 80 (lbs)
Home Phone: 646-408-...   Social Security Number: 076 92 242   Date of Birth: 04 28 1977

Medicare #   Medicaid #
Ethnicity:
- [ ] Unknown
- [ ] Asian
- [ ] Black
- [ ] White
- [ ] Black, Hispanic
- [ ] Native American
- [ ] Pacific Islander
- [ ] White, Hispanic

Insurance Company Name   Payer ID
- [ ] Auto Ins.
- [ ] Private Ins.
- [ ] Supplemental
- [ ] Workers Comp.
- [ ] Self Pay

Policy Number   Group Number
Policy Holder First Name   Policy Holder Last Name   Same As Patient Address [ ]   Phone
Guarantor First Name (Needed if under 18 or Disabled)   Guarantor Last Name [ ]   Same As Patient Address [ ]   Phone

**INITIAL ASSESSMENT**

### Airway
- [x] Patent
- Partially Obstructed
  - [ ] Stridor [ ] Choking
  - [ ] Drooling [ ] Grunting
  - [ ] Difficulty Swallowing
  - [ ] Nasal Flaring
  - [ ] Intercostal Retraction
  - [ ] Other
- [ ] Completely Obstructed

### Breathing
**Rate**
- [x] Normal
- [ ] Slow
- [ ] Rapid
- [ ] Apneic

**Quality**
- [ ] Unlabored
- [ ] Labored
- [ ] Shallow
- [ ] Irregular

**Lung Sounds** L R
- [ ] Clear
- [ ] Wet
- [ ] Wheeze
- [ ] Diminished
- [ ] Absent

### Circulation (Skin)
**Color**: Normal Cyanotic Pale Flush
**Temp.**: Normal Hot Cool Cold
**Cond.**: Normal Diaphoretic Moist Dry
- Hives Itchy Rash Swollen Erythema
**Cap. Refill**: <2Sec >2Sec Absent
**Edema**: Normal 1+ 2+ 3+ Pitting

### Pupils
- Reacts
- Sluggish
- Unreactive
- Dilated
- Constricted

### Glasgow
Eyes:
- 4 Spontaneous
- 3 To Speech
- 2 To Pain
- 1 Not at all

Verbal:
- 5 Orientated
- 4 Confused
- 3 Inappr. Words
- 2 Inappr. Sounds
- 1 None

Motor:
- 6 Obeys Command
- 5 Localized Pain
- 4 Withdraws to Pain
- 3 Flexes to Pain
- 2 Extends to Pain
- 1 None

Totals (3 to 15)

### Provider Impression
- [ ] Abdominal Pain
- [ ] GI -Bleed
- [ ] GI -Constipation
- [ ] GI -Diarrhea
- [ ] Vomiting
- [ ] Vomiting Blood
- [ ] Nausea
- [ ] Cardiac Arrest *
- [ ] Asthma Symptoms
- [ ] Hyperventilation
- [ ] Dyspnea-SOB
- [ ] Apnea
- [ ] Cough W/Blood
- [ ] Airway Obstruction

### Mechanism of Injury
- [ ] Carbon Mon. Poison
- [ ] Obvious Death
- [ ] Hemorrhage (severe)
- [ ] Shock
- [ ] Trauma Injury (matrix)
- [ ] Post-Op Complication
- [ ] Eye Symp.(no trauma)
- [ ] Alcohol Intox. Suspect
- [ ] Alcohol Intox Severe
- [ ] Animal Bite
- [ ] Assault Firearms
- [ ] Assault Sexual
- [ ] Fall 2X Height
- [ ] Fall > 20 ft
- [ ] Fall
- [ ] Fight / Brawl
- [ ] Fire

ECG:
- [ ] NSR
- [ ] S. Tach.
- [ ] S. Brady.
- [ ] PAC's
- [ ] SVT
- [ ] A. Flutter
- [ ] Atrial Fib.
- [ ] PVC's
- [ ] PVC's >6
- [ ] Bi / Trigem.
- [ ] AV Block
- [ ] Junctional
- [ ] V. Tach
- [ ] V. Fib
- [ ] P.E.A
- [ ] Asystole
- [ ] Paced

**N**
- ☐ Cancelled
- ☐ Pronounced Dead
- ☐ Treat/Transport Private Veh
- ☐ No Transport/Refused Care
- ☐ Other
- ☐ No Patient Found

Type (01-99)  Priority (A-O)  Desc (1-9)

- ☐ Interfacility
- ☐ Stand-By
- ☐ Intercept
- ☐ Scheduled

**Lights/Siren**  Upgraded  Downgraded
- ☐ To Scene
- ☐ To Destination

Nearest Facility Passed  Est. Miles Beyond

- ☐ Hospital Diversion
- ☐ Medical Protection
- ☐ Online Physician
- ☐ Mass Casualty
- ☐ Special Resources

☐ Patient Physician
☐ Other

Diverted From Code

Diverted Time

**3 Scene of Accident or Acute Event**
- ☐ Educational Inst.  ☐ Street/Hwy
- ☐ Farm  ☐ Other
- ☐ Industrial Place  ☐ Unspecified
- ☐ Mine / Quarry
- ☐ Public Building
- ☐ Recreation/Sport

(i.e. Hosp, SNF)

5 ☐

**Transport To Code**

**4** ☐ Site of Transfer (Between Ambulances)  # of Patients Transported  # of Patients at Scene

**Incident Address**  ☐ (Check the Box if same as Transport From Code)  Apt. Number

City                    County Code  State / Prov.  Zip Code

**First Name**  MI  **Last Name**

**Street Address**  ☐ (Check the Box if same as Incident Address)  Apt. Number  County Code  Age
- ☐ Days
- ☐ Months
- ☐ Years

City  State/Prov.  Zip Code  Intl.  Gender ☐ M ☐ F  Weight (lbs) (kg)

Home Phone  Social Security Number  Date of Birth

Medicare #  Medicaid #

**Ethnicity**
- ☐ Unknown  ☐ Black, Hispanic
- ☐ Asian  ☐ Native American
- ☐ Black  ☐ Pacific Islander
- ☐ White  ☐ White, Hispanic

Insurance Company Name  Payer ID

Policy Number  Group Number

- ☐ Auto Ins.
- ☐ Private Ins.
- ☐ Supplemental
- ☐ Workers Comp.
- ☐ Self Pay

Policy Holder First Name  Policy Holder Last Name  Same As Patient Address ☐  Phone

Guarantor First Name (Needed if under 18 or Disabled)  Guarantor Last Name  Same As Patient Address ☐  Phone

---

**Airway**
- ☑ Patent
- **Partially Obstructed**
  - ☐ Stridor  ☐ Choking
  - ☐ Drooling  ☐ Grunting
  - ☐ Difficulty Swallowing
  - ☐ Nasal Flaring
  - ☐ Intercostal Retraction
  - ☐ Other
- ☐ Completely Obstructed

**Breathing**
Rate | Quality
- ☐ Normal  ☐ Unlabored
- ☐ Slow  ☐ Labored
- ☐ Rapid  ☐ Shallow
- ☐ Apneic  ☐ Irregular

**L Lung Sounds R**
- ☐ Clear
- ☐ Wet
- ☐ Wheeze
- ☐ Diminished
- ☐ Absent

**Circulation (Skin)**
**Color**  Normal  Cyanotic  Pale  Flush
**Temp.**  Normal  Hot  Cool  Cold
**Cond.**  Normal  Diaphoretic  Moist  Dry
☐ Hives  ☐ Itchy  ☐ Rash  ☐ Swollen  ☐ Erythema
**Cap. Refill**  <2Sec  >2Sec  Absent
**Edema**  Normal  1+  2+  3+  Pitting

**Pupils R      L**
- ☐ Reacts
- ☐ Sluggish
- ☐ Unreactive
- ☐ Dilated
- ☐ Constricted

A    V    P
- ☐ NSR  ☐ PVC's >6
- ☐ S. Tach.  ☐ Bi / Trigem
- ☐ S. Brady.  ☐ AV Block
- ☐ PAC's  ☐ Junctional
- ☐ SVT  ☐ V. Tach
- ☐ A. Flutter  ☐ V. Fib
- ☐ Atrial Fib.  ☐ P.E.A
- ☐ PVC's  ☐ Asystole
          ☐ Paced

**Glasgow**
E O ☐4 Spontaneous ☐4
y p ☐3 To Speech ☐3
e n ☐2 To Pain ☐2
s   ☐1 Not at all ☐1

V ☐5 Orientated ☐5
e ☐4 Confused ☐4
r ☐3 Inappr. Words ☐3
b ☐2 Inappr. Sounds ☐2
a ☐1 None ☐1
l

M ☐6 Obeys Command ☐6
o ☐5 Localized Pain ☐5
t ☐4 Withdraws to Pain ☐4
o ☐3 Flexes to Pain ☐3
r ☐2 Extends to Pain ☐2
  ☐1 None ☐1

**Totals (3 to 15)**

**Provider Impression**
- Abdominal Pain
- GI -Bleed
- GI -Constipation
- GI -Diarrhea
- Vomiting
- Vomiting Blood
- Nausea
- Dehydration Symp.
- Urinary Bleeding
- Urination Problem
- Anxiety
- Behavioral Disorder
- Depression (acute)
- Dizziness
- Weakness
- Psychiatric Emerg.
- Headache (no trauma)
- Migraine
- Level Conscious
- Seizure
- TIA/Stroke *
- Unconscious
- Cardiac Symptoms
- Chest Pain
- Syncope / Fainting

- ☐ Cardiac Arrest *
- ☐ Asthma Symptoms
- ☐ Hyperventilation
- ☐ Dyspnea-SOB
- ☐ Apnea
- ☐ Cough W/Blood
- ☐ Airway Obstruction
- ☐ Pulmonary Edema
- ☐ Pneumonia Symptoms
- ☐ Respiratory Failure
- ☐ Respiratory Arrest
- ☐ Newborn
- ☐ Ob / Gyn
- ☐ OB-GYN (complicated)
- ☐ Flu Symptoms
- ☐ Elevated Temp./Fever
- ☐ Sore Throat
- ☐ Nose Bleed (severe)
- ☐ Allergic Reaction
- ☐ Medication Reaction
- ☐ Diabetic Symptoms
- ☐ Back Pain (no trauma)
- ☐ Hyperthermia
- ☐ Hypothermia
- ☐ Poisoning

- ☐ Carbon Mon. Poison
- ☐ Obvious Death
- ☐ Hemorrhage-(severe)
- ☐ Shock
- ☐ Trauma Injury (matrix)
- ☐ Post-Op Complication
- ☐ Eye Symp.(no trauma)
- ☐ Restraints Required
- ☐ Monitoring Required
- ☐ Seclusion Required
- **Special Handling**
- ☐ Isolation Required
- ☐ Orth. Device Required
- ☐ Positioning Required
- ☐ Unknown Medical
- ☐ No Medical Problem

(1) Other PI (2)

1° Protocol

2° Protocol

**Mechanism of Injury**
- ☐ Alcohol Intox. Suspect
- ☐ Alcohol Intox Severe
- ☐ Animal Bite
- ☐ Assault Firearms
- ☐ Assault Sexual
- ☐ Assault Stabbing
- ☐ Bicycle Accident
- ☐ Blunt Trauma
- ☐ Burn/Scald-Non Fire
- ☐ Diving Injury
- ☐ Near Drowning
- ☐ Drug Overdose
- ☐ Elderly Abuse
- ☐ Electrocution
- ☐ Excessive Cold
- ☐ Excessive Heat

**Injury Intent:**
- ☐ Unintentional  ☐ Unknown
- ☐ Intentional  ☐ N/A
- ☐ Intentional Self

- ☐ Fall 2X Height
- ☐ Fall > 20 ft
- ☐ Fall
- ☐ Fight / Brawl
- ☐ Fire
- ☐ Hazardous Materials
- ☐ Machinery
- ☐ Med. Device Failure
- ☐ MVA / Bicycle *
- ☐ MVA / Fixed Object *
- ☐ MVA / MVA *
- ☐ MVA Non-Traffic *
- ☐ MVA to Pedestrian *
- ☐ Smoke Inhalation
- ☐ Suicide
- ☐ NA
- ☐ Unknown

Other MOI

**Injury**

| | Amputation | Penetrating | Bleeding | Bruising | Burn | Dislocation | Fracture | Pain | Laceration | Paralysis / Numbness | Swelling | Soft Tissue Injury |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Major / Internal Injuries | | | | | | | | | | | | |
| Head | | | | | | | | | | | | |
| Face | | | | | | | | | | | | |
| Eye | | | | | | | | | | | | |
| Neck | | | | | | | | | | | | |
| Chest | | | | | | | | | | | | |
| Back | | | | | | | | | | | | |
| Shoulder | | | | | | | | | | | | |
| Upper Arm | | | | | | | | | | | | |
| Elbow / Forearm | | | | | | | | | | | | |
| Wrist | | | | | | | | | | | | |
| Hand | | | | | | | | | | | | |
| Fingers | | | | | | | | | | | | |
| Abdomen | | | | | | | | | | | | |
| Pelvis / Hip | | | | | | | | | | | | |
| Genitals | | | | | | | | | | | | |
| Upper Leg | | | | | | | | | | | | |
| Knee | | | | | | | | | | | | |
| Lower Leg | | | | | | | | | | | | |
| Ankle / Foot | | | | | | | | | | | | |
| Toes | | | | | | | | | | | | |

**Chief Complaint**



U ☐ + ☐ −
U ☐ + ☐ −
U ☐ + ☐ −
U ☐ + ☐ −
U ☐ + ☐ −
U ☐ + ☐ −
U ☐ + ☐ −
U ☐ + ☐ −

**Narrative History:** Key Words: (Onset, Provokes, Quality, Radiates, Severity, Position, Changes En Route, Medications, Other Vital Signs) — **Illness / Injury Onset Date:** 04 / 22 / 07

**Medical need** (Must be supported in documentation): ☐ Medically Necessary ☐ Bed Confined ☐ Required Stretcher ☐ Unconscious ☐ Severe Pain ☐ Needed Restraining ☐ Visible Bleeding ☐ Non-Ambulatory

**PMH:** ☑ Asthma ☐ Amputee ☐ Chronic Renal Failure ☐ Chronic Respiratory Failure ☐ Cancer ☐ Cardiac ☐ CVA / Stroke ☐ Diabetes ☐ Dialysis ☐ Emphysema ☐ HIV / AIDS ☐ Hypertension ☐ Psychiatric Problems ☐ Seizure Disorder ☐ Substance Abuse ☐ Tracheostomy ☐ Tuberculosis ☑ Other

**Allergies:** ☐ No Shellfish [illegible]

**Medication:** [illegible]

29 y/o ♀ [illegible] on [illegible] Pt [illegible] car
but claims No injuries from accident however she tried to
step out of the vehicle in fast moving traffic [illegible] her
foot got [illegible] the occupied car (R) foot [illegible]
& has minor [illegible] of (R) foot [illegible]
No bleeding, No deformity [illegible] able to
ambulate [illegible] [illegible]
[illegible]
[illegible]
[illegible] but had to stop
[illegible]
[illegible] while trying to walk back [illegible]

**Moved to Ambulance By:** Chair / Stretcher ☐ Scoop Stretcher ☐ Carried ☐ Walked with Assist ☐ Met at Ambulance

**Transport Position:** ☐ Supine ☐ Sitting ☐ Shock ☐ Prone ☐ Semi / Full Fowlers ☐ Left Lateral Recumbent

**Medication / Treatment Authorization:** ☐ Protocol ☐ On-Line ☐ Written Orders ☐ NA ☐ On-Scene — On-Line Physician — On-Line Med. Facility

| Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

Agency Definable 1 ___ 2 ___

**[Auth]orization for Billing / Release of Patient Information / Assumption of Financial Responsibility:** I request that payment of authorized Medicare/Medicaid and/or [in]surance benefits be made to the pre-hospital care provider ("Provider") for any services furnished to me. I authorize any holder of hospital or medical information about me to be [release]d to the Provider, Centers for Medicare and Medicaid Services, and/or my insurance carriers and their agents, including any other information needed to determine these benefits or [b]enefits payable for related services. I permit a copy of this authorization to be used in place of the original. I understand this authorization may be used by the Provider for all [service]s furnished in the future until such time as I revoke this authorization in writing. I agree to assume full financial responsibility for payment of all charges not covered by my insurance [a]s well as any collection costs and/or attorney's fees as allowed by law. Patient: ☐ Unable to Sign ☐ Refused to Sign ☐ PCS Collected ☐ Other Insurance Collected

[Autho]rization Signature: [signature] Date: Guarantor Signature:

[Privac]y Notice: I hereby acknowledge that I have been provided with a copy of [Pro]vider's Notice of Privacy Practices explaining how my personal health [inform]ation is used and understand my individual rights related to this information: Privacy Notice Signature: Date:

[Receiving]s Physician Name (please print): Receiving RN / MD Signature: [signature] Technician Signature: [signature] 8307

I Refuse Treatment / Transportation and understand the consequences of my refusal: Witness Signature for Refusal: On-Line Medical Control Signature:

Copyright 2001- 2006 ScanHealth, Inc.

(valenti) 2473313 JOYE, KIZZY

## X-Ray of Foot, 3 Views 2007-04-23 00:08

| | |
|---|---|
| Document Number | TX |
| Examination Type | RFOOT 3 VIEWS |
| Clinical Information | PAIN BASE OF 4TH/5TH TOES |
| Impression | No displaced fracture or dislocation. |
| Description | History: Pain at base of the fourth and fifth toes. |
| | Findings: Three views of the right foot dated 4/23/07 reveal no evidence of a displaced fracture or dislocation. No other bony abnormality is seen. |
| Dictated by | RASIEJ, MICHAEL |
| Attending Radiologist | REAGAN, KATHLEEN |
| Ordering Physician | HODGES, KIMBERLEE J. M.D. |
| Dictation Date | 04/23/2007 |
| Typing Date | 04/23/2007 03:20 |
| Transcriber | msi |
| Number | XV07-20744 |
| Electronic signature | Attending Radiologist REAGAN, KATHLEEN |
| | Images Reviewed, |
| | Report Edited and |
| | Signed by: |
| | KATHLEEN REAGAN M.D. |
| | 04/23/200720:17 |

Status: final, Accno XV07-20744

2473313 ● JOYE, KIZZY ● 1977-04-28 ● F

```
                           OASIS ACUPUNCTURE PC
                             10 HILLSIDE PLACE
                           ELMSFORD, NY 10523
                              914-909-2089
                             ID#: 20-5006945
                      NIVEDITA REVANKAV LAC LAC   55#:
                          Wednesday April 30, 2008
```

Patient            : KIZZY JOYE #1116
Itemized Statement: 04/27/2007 - 04/30/2008
DOB                : 04/28/1977
Onset date         : 04/22/2007


          Mail to:
          KIZZY JOYE
          1510 JESSUP AVE
          BRONX, NY 10452


**Insured**                          **Insurance Carrier (primary)**
KIZZY JOYE                           MERCURY INDEMINITY
1510 JESSUP AVE                      PO BOX 5919
BRONX NY 10452                       BRIDGEWATER NJ 08807
DOB: 04/28/1977
Policy#: NJP58169##491764

**Current Diagnosis**
719.40    PAIN IN JOINT SITE UNS
784.0     HEADACHE

| Date | Description | Amount |
|------|-------------|--------|
| 04/27/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 04/27/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 04/30/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 04/30/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 05/02/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 05/02/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 05/04/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 05/04/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 05/07/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 05/07/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 05/09/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 05/09/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 05/15/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 05/15/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 05/16/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 05/16/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 05/18/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 05/18/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 05/22/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 05/22/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 05/29/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 05/29/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 05/31/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 05/31/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 06/05/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 06/05/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 06/07/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 06/07/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 06/12/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 06/12/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 06/13/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 06/13/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 06/15/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 06/15/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 06/18/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 06/18/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 06/20/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 06/20/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 07/16/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 07/16/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 07/30/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 07/30/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |

Page 2  Patient: KIZZY JOYE

| Date | Description | Amount |
|---|---|---|
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 05/29/07 - 06/12/07 | $ -380.00 |
| 08/13/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 08/13/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 08/23/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 08/23/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 08/27/07 | 97813 ACUPUNCTURE INITIAL 15 MIN W/ES | $ 50.00 |
| 08/27/07 | 97814 ACUPUNCTURE ADDITIONAL 15 MIN W/ES | $ 45.00 |
| 09/10/07 | Payer payment Chk#111016... applied to svcs: 06/13/07 - 06/20/07 | $ -304.00 |
| 09/10/07 | AS PER FEE SCHEDULE applied to svcs: 06/13/07 - 06/20/07 | $ -76.00 |
| 09/24/07 | Payer payment Chk#111017... applied to svcs: 07/16/07 - 07/16/07 | $ -76.00 |
| 09/24/07 | AS PER FEE SCHEDULE applied to svcs: 07/16/07 - 07/16/07 | $ -19.00 |
| 10/04/07 | Payer payment Chk#111017... applied to svcs: 07/30/07 - 08/27/07 | $ -364.37 |
| 10/04/07 | AS PER FEE SCHEDULE applied to svcs: 07/30/07 - 08/27/07 | $ -15.63 |

```
Total Sales Tax        : $    0.00
Total Late Charges     : $    0.00
Total Interest Charges : $    0.00
Patients-Cash Rcvd     : $    0.00
Patients-Chks Rcvd     : $    0.00
Patients-Crdt Crd      : $    0.00
Payer Payments         : $ 1124.37
AS PER FEE SCHEDULE     : $  110.63

Total Charges          : $ 2280.00
Total Received         : $ 1124.37
Total Adjustment       : $  110.63
Balance (based on search) : $ 1045.00
```

# Acupuncture Initial Exam

Patient Name: _Joye, Lizzy_                          DOB: _4/28/77_

Date of Accident: _4/22/07_                          Exam Date: _4/27/07_

## History:

___ The patient stated that he/she was a driver/front seat/rear seat passenger behind the driver/ behind the passenger of a car/ bus/truck/ bicycle/motorcycle, when it was involved in a collision with another vehicle. *Pt. went to Columbia Presbyterian. She was in the process of getting into the car when she was hit.*

___ The patient was sitting in the driver's /passenger's seat of the parked car when the car was struck by another motor vehicle.

___ The patient was hit by a motor vehicle while crossing the street.

He/She ___ was ___ was not working at the time of the accident.

## Chief Complaints:

*radiates upward to legs - (to Gibor (B channels)*
*R foot - 4th + 5th digits → feels numb ; HA (R side - temporal)*

## Past Medical History:

*Asthma (takes Singulair) ; legally blind in L eye*

## Examination

## Postural Observation:

The patient's posture was observed during examination. The patient's posture was

___Poor ___Good _✓_Unremarkable

Other Postural Findings:_____

(1)

**Muscle Tension:**

Upon examination the patient was found to have pain and tightness of:

N/A

Neck    __Left    __Right    __Bilaterally

Shoulders    __Left    __Right    __Bilaterally

Mid Back    __Left    __Right    __Bilaterally

Low Back    __Left    __Right    __Bilaterally

Other Areas _____

**Cervical Ranges of Motion:**

Examination of the patient's cervical ranges of motion revealed the following:

N/A

Flexion    __Restricted    __ Not Restricted

Extension    __Restricted    __Not Restricted

Right Rotation    __Restricted    __Not Restricted

Left Rotation    __Restricted    __Not Restricted

Right Lat. Flexion    __Restricted    __Not Restricted

Left Lat. Flexion    __Restricted    __Not Restricted

**Lumbar Ranges of Motion:**

Examination of the patient's lumbar ranges of motion revealed the following:

N/A

Flexion    __Restricted    __Not Restricted

Extension    __Restricted    __Not Restricted

Right Rotation    __Restricted    __Not Restricted

Left Rotation    __Restricted    __Not Restricted

Right Lat. Flexion    __Restricted    __Not Restricted

Left Lat. Flexion    __Restricted    __Not Restricted

(2)

**Palpation:**

Palpation of meridians indicated pain and/or sensitivity along the following pathways:

__Urinary Bladder  ✓Gall Bladder  __Small Intestine  ✓Large Intestine  __San Jiao

Other Palpation findings:  _St, Liv, SP, Kid_

Pain Level: ___No Pain  ___Mild  ___Moderate  ✓Very Painful  ___Severe

**Additional Examinations :**

TMC Tongue Analysis:  _dusky_

Pulse:  _thready_

**Impression:**

Based upon my examination of the patient today, my initial TCM diagnosis

is:  _Qi + Blood Sty_

✓Taiyang (SI/UB)              ✓Shaoyang (GB/SJ)

✓Yangming (LI/St)            ✓Taiyin (Lu, Sp)

✓Shaoyin (Ht, Kid)          ✓Jueyin (PC, Liv)

___Du                                ___Ren

___Other _____

**Treatment Plan:**

Based upon my findings, I recommend Acupuncture treatment 3 times per week, with a
re-evaluation after 2 weeks. The patient should continue regular treatment until relief
and/or correction is observed through continued clinical observation. The patient's
progress will be monitored during each treatment session. All findings and results will be
recorded in SOAP note format for each treatment.

**Prognosis:**  ✓Guarded  __Poor  __Excellent

_____                    _4/27/02_

Acupuncturist Signature                          Date

(3)



**NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW**
**ASSIGNMENT OF BENEFITS FORM**

**(FOR ACCIDENTS ON AND AFTER 3/1/02)**

I _Kizzy Soye_ , ("Assignor") hereby assign to _____ ("Assignee") all
(print patient name)

rights, privileges and remedies to payment for health care services provided by assignee to which I am entitled

under Article 51 (The No-Fault Statute) of the Insurance Law.  The Assignee hereby certifies that they have not

received any payment from or on behalf of the Assignor and shall not pursue payment directly from the Assignor for

services provided by said Assignee for injuries sustained due to the motor vehicle accident, which occurred on

_04 / 22 / 200__ not withstanding any other agreement to the contrary.

(print accident date)

This agreement may be revoked by the assignee when benefits are not payable based upon the assignor's lack of

coverage and/or violation of a policy condition due to the actions or conduct of the assignor.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER
PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR STATEMENT OF CLAIM FOR ANY
COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE
INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY
FACT MATERIAL THERETO, ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM,
KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF
THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLES OR AN INSURANCE
COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE
SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF
THE CLAIM FOR EACH SUCH VIOLATION.

_Kizzy Soye_                              x _____
(Print Name of Patient)                      (Signature of Patient)

_____                   _____
                                             (Date of Signature)

_____
(Address)

x _Jeanette Kim-Lau_                       x _____
(Print Provider Name)                        (Signature of Provider)

3626 Bailey Avenue, Bronx, NY 10463              _4/27/07_
(Address of Provider)                        (Date of Signature)

NYS FORM NF-AOB (REV 1/2004)                        END OF FORM

**AUTHORIZATION**

I FURTHER AUTHORIZE THE RELEASE OF MY MEDICAL RECORDS AND RECORDS OF INFORMATION TO
THE PROVIDER LISTED IN THE NYS FORM NF-AOB, ITS REPRESENTATIVES, OR ASSIGNS AND
SPECIFICALLY WAIVE ANY PRIVILEGE THAT MAY BE ASSOCIATED THEREWITH.

x _____                   _4/27/07_
(Signature of Patient)                       (Date of signature)

3626 Bailey Avenue
Bronx, NY 10463

Patient's Name ___Jorge, Freddy___          DOA __4/2/07__

**Treatment Zones:**

Lower Back     BL  22,  23,  24,  25,  26,  27,  28,  31,  32,  48

Upper Back     GB 21          TH 15          SI 3, 11, 12, 13, 14, 15          UB 13, 14

Neck           GB 20          UB 10          TH 17

Shoulder       LI 15, 16      TH 14          SI 9, 10

Hip            GB 29, 30

Knee           ST 34, 35, 36  SP 9, 10       GB 34          KID 10

Headache (R Tmp)   LI 4

Elbow          LI 10, 11, 12  SI 8           TH 10, 11      HT 3

Wrist          LI 5           TH 4           SI 5, 6        LU 8, 9        P 6, 7          HT 6, 7

Ankle          ST 41          GB 40          SP 5           LV 4           BL 60, 62       KID 3

(Foot F)

| DATE | SYMPTOMS | TREATMENT | PLAN | | COMMENTS |
|------|----------|-----------|------|------|----------|
| 4/28/07 | (R) foot | R-GB 41, CV3 (ES) | 3-4 week 2 weeks | | Pt. referred to wrap |
| 4/30/07 | (R) foot pain | (L) L'4, ST 3 (ES) | | | Cont T° |
| 5/2/07 | (R) foot pain | (R) Liv 3, GB 41 (ES) | | | Pt does not want Ac on hands prefers local T° |
| 5/4/07 | (R) foot pain | (R) Liv 3, GB 41 (EI) | | | Cont T° |
| 5/7/07 | (R) foot pain | (R) Liv 3, UB 60 (ES) | | | Pain w/ flexion of toes lateral foot Cont T° |

**3626 Bailey Avenue**
**Bronx, NY 10463**

Patient's Name: _Kizzy Doye_     DOA _4/22/07_

**Treatment Zones:**

| Zone | | | | |
|---|---|---|---|---|
| **Lower Back** | BL 22, 23, 24, 25, 26, 27, 28, 31, 32, 48 | | | |
| **Upper Back** | GB 21 | TH 15 | SI 3, 11, 12, 13, 14, 15 | UB 13, 14 |
| **Neck** | GB 20 | UB 10 | TH 17 | |
| **Shoulder** | LI 15, 16 | TH 14 | SI 9, 10 | |
| **Hip** | GB 29, 30 | | | |
| **Knee** | ST 34, 35, 36 | SP 9, 10 | GB 34 | KID 10 |
| **Headache** | LI 4 | | | |
| **Elbow** | LI 10, 11, 12 | SI 8 | TH 10, 11 | HT 3 |
| **Wrist** | LI 5 | TH 4 | SI 5, 8 | LU 8, 9 | P 6, 7 | HT 6, 7 |
| **Ankle** | ST 41 | GB 40 | SP 5 | LV 4 | BL 60, 62 | KID 3 |

| DATE | SYMPTOMS | TREATMENT | PLAN | COMMENTS |
|---|---|---|---|---|
| 5/9/07 | ® foot pain, LB ch | Ⓛ UB 60, 65 Ⓔ𝗌 | | Cont Tx |
| 5/15/07 | ® ft P | R – GB41, UB65 Ⓔ𝗌 | | cont ty ? P.t. abo dec. reeval; ~.5d |
| 5/16/07 | Rt Gr1/P N ⓂⒹ | GB34(P) SP6(P) Ⓣⓧ | | cont Tx UB6 →2,3/8; foot pain 9/k |
| 5/18/07 | LBP radi ® f Leg, ® A® | G34 ® MLu LT Ⓛ Ⓣ | | |
| 5/22/07 | ® LBP – | L – Light P, BA, 2h P in Em Ch ® | | cont Tx |

## 3626 Bailey Avenue
## Bronx, NY 10463

Patient's Name: _(signature)_

DOA __4/22/07__

**Treatment Zones:**

| Lower Back | BL 22, 23, 24, 25, 26, 27, 28, 31, 32, 48 |
| Upper Back | GB 21 | TH 15 | SI 3, 11, 12, 13, 14, 15 | UB 13, 14 |
| Neck | GB 20 | UB 10 | TH 17 |
| Shoulder | LI 15, 16 | TH 14 | SI 9, 10 |
| Hip | GB 29, 30 |
| Knee | ST 34, 35, 36 | SP 9, 10 | GB 34 | KID 10 |
| Headache | LI 4 |
| Elbow | LI 10, 11, 12 | SI 8 | TH 10, 11 | HT 3 |
| Wrist | LI 5 | TH 4 | SI 5, 6 | LU 8, 9 | P 6, 7 |
| Ankle | ST 41 | GB 40 | SP 5 | LV 4 | BL 60, 62 | HT 6, 7 | KID 3 |

| DATE | SYMPTOMS | TREATMENT | PLAN | COMMENTS |
|------|----------|-----------|------|----------|
| 5/22/07 | ↓ LBP | L- Li3, LiDiv, Di Bi Bi ⒺB | | Ont Tx; CBP numb better cond Thur needles |
| 5/21/07 | NP/UBP | GB21, SI15 ⒺP | | cont tx. |
| 05/07 | NP (R) | R- GB21, SI15, Ab shi (R) ⒺB | | cont tx |
| 6/7/07 | R foot pain | R- GB34, GtB41 ⒺB | 3x week 4 weeks | R foot pain - feels like ache/num legs - similar to what NP/UBP better 3 wk better |
| 6/11/07 | R toe numbers | L- Ah-shi on (Lwl) 4th ⒷR digit ⒺB | | cont tx |

**3626 Bailey Avenue**
**Bronx, NY 10463**

Patient's Name: _Joey, Kozzy_

DOA _4/22/02_

**Treatment Zones:**

| | | | | |
|---|---|---|---|---|
| Lower Back | BL 22, 23, 24, 25, 28, 27, 28, 31, 32, 48 | | | |
| Upper Back | GB 21 | TH 15 | SI 3, 11, 12, 13, 14, 15 | UB 13, 14 |
| Neck | GB 20 | UB 10 | TH 17 | |
| Shoulder | LI 15, 16 | TH 14 | SI 9, 10 | |
| Hip | GB 29, 30 | | | |
| Knee | ST 34, 35, 36 | SP 9, 10 | GB 34 | KID 10 |
| Headache | LI 4 | | | |
| Elbow | LI 10, 11, 12 | SI 8 | TH 10, 11 | HT 3 |
| Wrist | LI 5 | TH 4 | SI 5, 6 | LU 8, 9 | P 6, 7 | HT 6, 7 |
| Ankle | ST 41 | GB 40 | SP 5 | LV 4 | BL 60, 62 | KID 3 |

| DATE | SYMPTOMS | TREATMENT | PLAN | COMMENTS |
|---|---|---|---|---|
| 6/14/07 | R foot pnc | L - SI 3, 1, 3, 3, 3 (BR) | | Cont Tc |
| 6/15/07 | R foot pain | Sp6, GB34, UB64 ST 43 | | Cont. +x |
| 6/18/07 | ® Foot pain | ® UB60, 64, GB 41 (ES) | | Cont Tx |
| 6/20/07 | ® Foot pain / 3rd toe numb | ® GB40, Ashi bet 2nd web (ES) | | Cont Tx |
| 7/16/07 | ® Foot pain | ® GB 40, Lv 3, GB 42 (ES) | | Cont Tx |

3626 Bailey Avenue
Bronx, NY 10463

Patient's Name: Joye Kizzy                    DOA 4/22/0?

**Treatment Zones:**

| Lower Back | BL 22, 23, 24, 25, 26, 27, 28, 31, 32, 48 |
| Upper Back | GB 21 | SI 3, 11, 12, 13, 14, 15 | UB 13, 14 |
| Neck | GB 20 | UB 10 | TH 17 |
| Shoulder | LI 15, 16 | TH 14 | SI 9, 10 |
| Hip | GB 29, 30 |
| Knee | ST 34, 35, 36 | SP 9, 10 | GB 34 | KID 10 |
| Headache | LI 4 |
| Elbow | LI 10, 11, 12 | SI 8 | TH 10, 11 | HT 3 |
| Wrist | LI 5 | TH 4 | SI 5, 6 | LU 8, 9 | P 6, 7 | HT 6, 7 |
| Ankle | ST 41 | GB 40 | SP 5 | LV 4 | BL 60, 62 | KID 3 |

| DATE | SYMPTOMS | TREATMENT | PLAN | COMMENTS |
|---|---|---|---|---|
| 7/30/07 | (R) foot pain | (R) GB 40, Ba Xie (E) | 2x/week for 4 week | (R) foot -2/10 HA-2/10 Cont T° |
| 8/13/07 | (R) foot pain | (R) GB40, UB60, 64 (E) | | Cont T° |
| 8/23/07 | (R) FP | (R) GB 40, 41 UB 60 | | Cut T° |
| 8/27/07 | (R) foot tightness | (R) GB 40, 42, 2 Ashi web of pinky & 4th toe. (E) | 1 x/week for 2 weeks | Pt claims no foot pain only tightness @ 2/10 |

Bronx Medical Health Services,PC
3626 Bailey Avenue
Bronx, NY 10463
718-601-1713
ID#: 11-3544727
Wednesday August 15, 2007

Patient              : Kizzy Joye #2741
Itemized Statement: 05/04/2007 ~ 08/15/2007
DOB                  : 04/28/1977
Onset date           : 04/22/2007

Mail to:
Kizzy Joye
1510 Jesup Avenue apt #1-7
Bronx NY 10452

**Insured**
Kizzy Joye
1510 Jesup Avenue apt #1-7
Bronx NY 10452
DOB: 04/28/1977
Policy#:

**Insurance Carrier (primary)**
Mercury Indemnity Company of Americ

P. O. Box 5919
Bridgewater NJ 08807

**Attorney**
Craig Rosenbaum, Esq.
50 Broadway  Suite 26th floor
New York NY 10004

**Employer**

| Date | Description | Amount |
|------|-------------|--------|
| 05/04/07 | 99205 Medical Doctor Initial Visit | $ 154.30 |
| 05/07/07 | 97001 Physical therapy initial EVAL | $ 80.02 |
| 05/07/07 | 97010 hot/cold pack | $ 20.03 |
| 05/07/07 | 97014 electrical stimulation | $ 22.48 |
| 05/09/07 | 97010 hot/cold pack | $ 20.03 |
| 05/09/07 | 97014 electrical stimulation | $ 22.48 |
| 05/11/07 | 97010 hot/cold pack | $ 20.03 |
| 05/11/07 | 97014 electrical stimulation | $ 22.48 |
| 05/11/07 | 97124 Massage | $ 22.14 |
| 05/15/07 | 97010 hot/cold pack | $ 20.03 |
| 05/15/07 | 97014 electrical stimulation | $ 22.48 |
| 05/15/07 | 97124 Massage | $ 22.14 |
| 05/15/07 | 97010 hot/cold pack | $ 20.03 |
| 05/15/07 | 97014 electrical stimulation | $ 22.48 |
| 05/15/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 05/17/07 | 97010 hot/cold pack | $ 20.03 |
| 05/17/07 | 97014 electrical stimulation | $ 22.48 |
| 05/17/07 | 97124 Massage | $ 22.14 |
| 05/18/07 | 97010 hot/cold pack | $ 20.03 |
| 05/18/07 | 97014 electrical stimulation | $ 22.48 |
| 05/18/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 05/22/07 | 97010 hot/cold pack | $ 20.03 |
| 05/22/07 | 97014 electrical stimulation | $ 22.48 |
| 05/22/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 05/29/07 | 97010 hot/cold pack | $ 20.03 |
| 05/29/07 | 97014 electrical stimulation | $ 22.48 |
| 05/29/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 05/31/07 | 97010 hot/cold pack | $ 20.03 |
| 05/31/07 | 97014 electrical stimulation | $ 22.48 |
| 05/31/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 6/05/07 | 97010 hot/cold pack | $ 20.03 |
| 6/05/07 | 97014 electrical stimulation | $ 22.48 |
| 6/05/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 6/07/07 | 97010 hot/cold pack | $ 20.03 |
| 6/07/07 | 97014 electrical stimulation | $ 22.48 |
| 6/07/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 6/12/07 | 97010 hot/cold pack | $ 20.03 |
| 6/12/07 | 97014 electrical stimulation | $ 22.48 |
| 6/12/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 6/14/07 | 97010 hot/cold pack | $ 20.03 |
| 6/14/07 | 97014 electrical stimulation | $ 22.48 |
| 6/14/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |

Page 2   Patient: Kizzy Joye

| Date | Description | Amount |
|------|-------------|--------|
| 06/15/07 | 97010 hot/cold pack | $ 20.03 |
| 06/15/07 | 97014 electrical stimulation | $ 22.48 |
| 06/15/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 06/18/07 | 95903 NCV Right Peroneal Motor | $ 166.47 |
| 06/18/07 | 95903 NCV Right Tibial Motor | $ 166.47 |
| 06/18/07 | 95904 NCV Right Sural Sensory | $ 106.47 |
| 06/18/07 | 95903 NCV Left Peroneal Motor | $ 166.47 |
| 06/18/07 | 95903 NCV Left Tibial Motor | $ 166.47 |
| 06/18/07 | 95904 NCV Left Sural Sensory | $ 106.47 |
| 06/18/07 | 95934 NCV Right S1 | $ 119.99 |
| 06/18/07 | 95934 NCV Left S1 | $ 119.99 |
| 06/18/07 | 99214 Medical Follow Up Visit  - Med. Complex | $ 71.49 |
| 06/20/07 | 97010 hot/cold pack | $ 20.03 |
| 06/20/07 | 97014 electrical stimulation | $ 22.48 |
| 06/20/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 06/27/07 | 97010 hot/cold pack | $ 20.03 |
| 06/27/07 | 97014 electrical stimulation | $ 22.48 |
| 06/27/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 07/16/07 | 97010 hot/cold pack | $ 20.03 |
| 07/16/07 | 97014 electrical stimulation | $ 22.48 |
| 07/16/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 07/18/07 | 97010 hot/cold pack | $ 20.03 |
| 07/18/07 | 97014 electrical stimulation | $ 22.48 |
| 07/18/07 | 97110 52 Therapeutic Exercises Modified | $ 25.09 |
| 07/30/07 | 99214 Medical Follow Up Visit  - Med. Complex | $ 71.49 |
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 05/04/07 - 05/04/07 | $ -154.30 |
| 08/06/07 | Payer payment Chk#111016... applied to 97001 (05/07/07) | $ -40.00 |
| 08/06/07 | Payer payment Chk#111016... applied to 97014 (05/07/07) | $ -22.48 |
| 08/06/07 | Payer payment Chk#111016... applied to 97014 (05/09/07) | $ -22.48 |
| 08/06/07 | Payer payment Chk#111016... applied to 97124 (05/11/07) | $ -22.14 |
| 08/06/07 | Payer payment Chk#111016... applied to 97014 (05/11/07) | $ -22.48 |
| 08/06/07 | Payer payment Chk#111016... applied to 97124 (05/15/07) | $ -22.14 |
| 08/06/07 | Payer payment Chk#111016... applied to 97110 (05/15/07) | $ -22.90 |
| 08/06/07 | Payer payment Chk#111016... applied to 97014 (05/15/07) | $ -22.48 |
| 08/06/07 | Payer payment Chk#111016... applied to 97124 (05/17/07) | $ -22.14 |
| 08/06/07 | Payer payment Chk#111016... applied to 97014 (05/17/07) | $ -22.48 |
| 08/06/07 | Payer payment Chk#111016... applied to 97110 (05/18/07) | $ -25.09 |
| 08/06/07 | Payer payment Chk#111016... applied to 97014 (05/22/07) | $ -22.48 |
| 08/06/07 | Payer payment Chk#111016... applied to 97110 (05/22/07) | $ -25.09 |
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 05/29/07 - 05/29/07 | $ -38.06 |
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 05/31/07 - 06/07/07 | $ -114.17 |
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 06/12/07 - 06/14/07 | $ -76.11 |
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 06/15/07 - 06/20/07 | $ -130.51 |
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 06/18/07 - 06/18/07 | $ -677.14 |
| 08/06/07 | Payer payment Chk#111016... applied to svcs: 06/27/07 - 06/27/07 | $ -38.06 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 05/07/07 - 05/11/07 | $ -100.11 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 05/15/07 - 05/17/07 | $ -84.76 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 05/18/07 - 05/22/07 | $ -40.06 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 05/29/07 - 05/29/07 | $ -29.54 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 05/31/07 - 06/07/07 | $ -88.63 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 06/12/07 - 06/14/07 | $ -59.09 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 06/15/07 - 06/20/07 | $ -76.18 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 06/18/07 - 06/18/07 | $ -441.66 |
| 08/06/07 | REDUCED PER FEE SCHEDULE applied to svcs: 06/27/07 - 06/27/07 | $ -29.54 |

```
Total Sales Tax            : $     0.00
Total Late Charges         : $     0.00
Total Interest Charges     : $     0.00
Patients-Cash Rcvd         : $     0.00
Patients-Chks Rcvd         : $     0.00
Patients-Crdt Crd          : $     0.00
Payer Payments             : $  1565.21
REDUCED PER FEE SCHEDULE    : $   949.57

Total Charges              : $  2721.47
Total Received             : $  1565.21
Total Adjustment           : $   949.57
Balance (based on search)  : $   206.69
```

**Bronx Medical Health Services, P.C.**
Jean Daniel Francois, M.D. - Neurologist
3626 Bailey Avenue
Bronx, NY 10463
718 601-1713

Patient's Name:     Kizzy Joye
Date of Accident:   4/22/07
Date of Exam:       5/4/07

### Initial Medical Evaluation

**History:**
Ms. Kizzy Joye a 30-year-old female presented herself today for an examination of her injuries that she sustained during a motor vehicle accident. Ms. Joye states that on 4/22/07 she was sitting in the front passenger seat with her seatbelt on when the vehicle was forcefully hit on the driver's side. Then, while Ms. Joye entered the car form the front passenger side, her foot was on the street pavement when an 18-wheeler crashed into the car. Ms. Joye is unsure about head trauma. Subsequently, she was taken to the emergency room of Columbia Presbyterian Hospital where she was evaluated for her injuries, treated and later released. Since her pain persisted, she presented today for medical attention and treatment.

**Present Complaints:**
- Frontal headaches/Dizziness/loss of balance
- Neck pain radiating into her shoulders with numbness into her hands
- Lower back pain with numbness to her feet
- Right shoulder/foot pain (right foot trauma)

**Past Medical History:**
- Work injuries - negative
- Motor vehicle accidents – negative
- Serious illness/surgeries - Asthma
- Medication – Ibuprofen, Singuliar, Albuterol, Vicodines

**Occupational Status:**
Ms. Joye stated that at the time of her accident, she was working full time as a commercial collector. To date, she has not yet returned to work and is, in my opinion, disabled from her original line of work due to her condition.

**Musculoskeletal Examination:**
Ms. Joye is a 30-year-old female. She is right-handed, measures 5'6 tall and weighs 330 pounds. Her hair color is black and her eyes are brown. A visible scar was noted on the left wrist. Visible tattoo markings were noted on her right ankle, left shoulder, neck. Ms. Joye last menstrual period was 4/23/07. Vital signs were checked and noted in stable condition.

Upon further examination, pain and discomfort was noted when palpating Ms. Joye's cervical spine. Reproduction of the patient's pain was also noted when evaluating the cervical spinal joints and paraspinal tissues. Protective guarding and splinting at the end range of motion was also noted. Furthermore, upon digital palpation of the muscles surrounding the affected areas, palpable tenderness and muscle spasms were felt along the muscle belly and insertion points. Evaluation of the lumbar spine reveled paraspinal tenderness and muscle spasms. There were complaints of tenderness when palpating along the interspinous spaces as well. In addition, restricted movement accompanied with pain at the end range of motion was also noted. Additionally, digital palpation of the musculature around the areas of involvement, revealed point tenderness and spasm.

Palpable pain and discomfort was noted during the evaluation of Ms. Joye's right shoulder. Assessment of the patient's motion showed restricted movement with protective guarding at the end range. Further palpation of the muscles surrounding the injured areas, revealed multiple sites of tenderness and spasm.

Patient's Name:       Kizzy Joye
Date of Accident:     4/22/07
Date of Exam:         5/4/07
Page 2

Assessment of Ms. Joye's right ankle and right foot revealed palpable pain and discomfort. In addition, further evaluation of the injured areas revealed multiple sites of myofascial irritation and spasm along the surrounding musculature. Palpable signs of right foot swelling were also noted.

## Orthopedic Tests:
- The cervical compression tests were positive for neck pain in all directions.
- Kemp's test produced lower back pain with radiation into both lower extremities.
- The straight leg raise test was positive at 45 degrees bilaterally.
- Ms. Joye's orthopedic testing was partial due to patient's limited range of motion in the right foot, pain/bruising.

## Neurological Examination:
The patient is awake, alert, oriented, speech is fluent, judgement is fair, insight is normal, abstraction, vocabulary, perception and emotional response are normal. Ms. Joye is legally blind in the left eye, no recuperation. Vision in the right eye.

Evaluation of the cranial nerves revealed end gaze nystagmus and a subjective feeling of vertigo during the visual field of gaze examination.

## Range of Motion Testing:
The patient's ranges of motion were evaluated and her active measurements were reported utilizing statistical goniometric norms (values are given in degrees).

### Cervical Spine

|                    | Normal | Exam | Strength |
|--------------------|--------|------|----------|
| Flexion            | 45     | 40   | 5-/5     |
| Extension          | 45     | 35   | 5-/5     |
| Right Lat. Flexion | 45     | 40   | 5-/5     |
| Left Lat. Flexion  | 45     | 40   | 5-/5     |
| Right Rotation     | 80     | 70   | 5-/5     |
| Left Rotation      | 80     | 70   | 5-/5     |

### Lumbar Spine

|                    | Normal | Exam | Strength |
|--------------------|--------|------|----------|
| Flexion            | 90     | 65   | 5-/5     |
| Extension          | 30     | 25   | 5-/5     |
| Right Lat. Flexion | 30     | 25   | 5-/5     |
| Left Lat. Flexion  | 30     | 25   | 5-/5     |
| Right Rotation     | 30     | 25   | 5-/5     |
| Left Rotation      | 30     | 25   | 5-/5     |

## Right Ankle
Range of motion testing of the right ankle was inconclusive due to patient's pain and tenderness.

## Diagnosis:
Based on today's history and examination findings, the following is my diagnosis for Ms. Joye's condition as a result of a motor vehicle accident occurring on 4/22/07:

1. Traumatic musculo-ligamentous sprain/strain of the cervical spine rule out disc pathology - MRI pending
2. Traumatic musculo-ligamentous sprain/strain of the lumbar spine rule out disc pathology - MRI pending
3. Traumatic right shoulder sprain/sprain rule out internal derangement
4. Traumatic right foot sprain/strain
5. Musculoskeletal Pain Syndrome

## Recommendations:
The history, subjective complaints and objective findings show evidence that the injuries sustained by Ms. Joye are due to the accident that occurred on 4/22/07. Ms. Joye sustained multiple spinal and extremity injuries as a result of this automobile related accident. Regarding the medical treatment of her spinal and extremity complaints, Ms. Joye will begin a complete physical therapy rehabilitation program consisting of electrical muscle stimulation, superficial/deep heat modalities as well as ultrasound to the affected areas. In addition to this, passive and active range of motion as well as

Patient's Name:        Kizzy Joye
Date of Accident:     4/22/07
Date of Exam:          5/4/07
Page 3

isometric exercises will be gradually initiated.  While in this initial phase of care, treatment will rendered at a frequency of 4 times a week for 4 weeks at which point she will be re-evaluated.

At this time, an MRI of her cervical and lumbar spine is pending her response to conservative therapy.  Further consideration will be determined at her next re-examination.  The following diagnostic tests are deferred pending

## Recommendations cont'd:
Ms. Joye's response to treatment:  an extremity needle EMG/NCV study to rule out neuropathic involvement and a video electronystagmography to rule out central versus vestibular pathology as a cause of Ms. Joye's continued post-concussive complaints.  As an adjunct to this treatment program, Ms. Joye was also prescribed an analgesic and muscle relaxant to help alleviate her pain and discomfort.  Activities of daily living modifications such as avoiding heavy lifting, bending/straining and prolonged sitting were also given.  Additionally, special instructions were explained to Ms. Joye these include resting in bed when her pain is present, applying ice to the affected areas (15min. on - 1hr off) as well as applying heat to the affected areas (15min. on - 1hr off).  As an added part of the management of Ms. Joye's condition, consultations with additional allied health care specialists are in order specifically including an orthopedist.

## Prognosis/Disability:
Pending further testing and Ms. Joye's response to treatment, my prognosis in this case for now is reserved.

_(signature)_ M.D.

Jean Daniel Francois, M.D.
Member of the American Academy of Neurological and Orthopaedic Surgeons
Member of the American Academy of Neurology
Member of the American Medical Association
Member of the New York Medical Society

**Bronx Medical Health Services, P.C.**
Jean Daniel Francois, M.D. - Neurologist
3626 Bailey Avenue
Bronx, NY 10463
718 601-1713

| | |
|---|---|
| Patient's Name: | Kizzy Joye |
| Date of Accident: | 4/22/07 |
| Date of Exam: | 7/30/07 |

### Follow-up Examination

Ms. Kizzy Joye was seen today for a follow-up visit relating to the injuries she sustained during her motor vehicle accident occurring on 4/22/07. Ms. Joye is currently receiving physical therapy regularly. She reports, however, that at this time she no longer notices an improvement in her condition with the prescribed treatment. At this time she complains of neck pain radiating into her shoulders, upper, middle, and lower back pain, and right shoulder pain. She also reports of right leg, ankle, and foot pain. Provocative factors include: walking, stretching, and standing. She reports that she experienced an exacerbation of her pain yesterday.

### Physical Examination:
Pain and discomfort as well as restricted movement with protective guarding was noted during the evaluation of Ms. Joye's cervical and lumbar spine. Active myofascial trigger points were still present along the involved muscles; however, the referral pattern is now less severe. Additionally, her range of motion showed restricted movement with pain now noted at the extremes of motion.

Palpation of the upper extremity structures produced pain along the right shoulder. Also, latent myofascial trigger points were now noted along the involved musculature. Decreased motion and protective guarding was also observed at the end range of the affected joints, now to a lesser extent.

When palpating Ms. Joye's lower extremities tenderness was noted along the right foot. Moreover, digital palpation revealed latent myofascial trigger points along the affected muscles. Restricted movement and end range pain at the affected sites, though still present, was less severe.

No signs of joint swelling were present. Today's neurological examination revealed no significant changes from the previous evaluation.

### Orthopedic Tests:
- The cervical compression tests were positive for neck pain with radiation into both upper extremities indicating the presence of a cervical spine disc lesion with nerve root irritation.
- Kemp's test produced lower back pain with radiation into both lower extremities.
- The straight leg raise test was positive at 50 degrees bilaterally.
- Upon palpation, the right foot presented with tenderness and stiffness.

### Present Diagnosis:
At this time, my diagnosis for Ms. Joye remains unchanged.

### Occupational Status/Disability:
To date, Ms. Joye has not yet returned to work and is, in my opinion, still disabled from her original line of work..

### Recommendations:
It is in my opinion that Ms. Joye has achieved the maximum improvement her condition will allow with the present course of care; therefore, in office physical therapy treatments at this time will cease. Ms. Joye has been given advice to continue with the other forms of care that may be continuing to help her. Home care instructions including rehabilitative exercises were given as well as instructions to return if she should experience a flare-up or exacerbation. Activities of daily living modifications should also be maintained until next re-examination.

Patient's Name:     Kizzy Joye
Date of Accident:   4/22/07
Date of Exam:       7/30/07
Page 2

**Prognosis:**
In my opinion, Ms. Joye's condition is chronic and my prognosis for her is fair. In regards to permanency, her residual deficits are permanent and will result in future pain and discomfort.

_(signature)_ M.D.

Jean Daniel Francois, M.D.
Member of the American Academy of Neurological and Orthopaedic Surgeons
Member of the American Academy of Neurology
Member of the American Medical Association
Member of the New York Medical Society

**Bronx Medical Health Services, P.C.**
3626 Bailey Avenue
Bronx, NY   10463
718-610-1713

Date  6-18-2007

Patient: JOYE, KIZZY
Patient ID:  NCV L
Sex:  Female

Age/DOB:  30
Height:  5'5
Weight:  330

**Patient History:**
Patient complains of persistent lower back pain radiating down in the right lower extremity.

## Nerve Conduction Report:

### Motor Nerves

| Nerve | Site | Onset Lat (ms) | Peak Lat (ms) | Amplitude | Area (mVms) | Duration (ms) | Seg Name | Delta (ms) | Distance (cm) | Velocity (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|
| R PostTib | AbdHal | | | O-P (mV) | Neg | Neg | Knee-Ankle | 0 | | |
| | Ankle | 3.94 | 7.64 | 6.86 | 13.845 | 5.16 | | 5.34 | 34.00 | 63.6 |
| | Knee | 9.28 | 13.59 | 0.23 | 0.563 | 5.48 | | | | |
| R Peroneal | EDB | | | O-P (mV) | Neg | Neg | B Fib-Ankle | 0 | | |
| | Ankle | 2.67 | 5.25 | 6.70 | 16.874 | 4.45 | | 7.27 | 34.00 | 46.8 |
| | B Fib | 9.94 | 12.42 | 0.96 | 2.279 | 4.08 | | | | |
| L PostTib | AbdHal | | | O-P (mV) | Neg | Neg | Knee-Ankle | 0 | | |
| | Ankle | 3.84 | 7.73 | 5.88 | 13.741 | 5.20 | | 6.05 | 35.00 | 57.9 |
| | Knee | 9.89 | 13.88 | 0.32 | 0.823 | 5.25 | | | | |
| L Peroneal | EDB | | | O-P (mV) | Neg | Neg | B Fib-Ankle | 0 | | |
| | Ankle | 2.53 | 5.11 | 6.38 | 16.760 | 4.64 | | 7.92 | 33.00 | 41.7 |
| | B Fib | 10.45 | 12.80 | 0.67 | 1.846 | 4.50 | | | | |

### Sensory Nerves

| Nerve | Site | Onset Lat (ms) | Peak Lat (ms) | Amplitude | Area (mVms) | Duration (ms) | Seg Name | Delta (ms) | Distance (cm) | Velocity (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|
| R Sural | LatMal | | | P-T (µV) | Neg | Neg | 10 cm-LatMal | P | | |
| | 10 cm | 2.09 | 2.91 | 4.78 | ------ | ----- | | 2.91 | 14.00 | 48.2 |
| R S Peron | Ankle | | | P-T (µV) | Neg | Neg | 14 cm-Ankle | P | | |
| | 14 cm | 1.94 | 3.03 | 3.99 | ------ | ----- | | 3.03 | 14.00 | 46.2 |
| L Sural | LatMal | | | P-T (µV) | Neg | Neg | 10 cm-LatMal | P | | |
| | 10 cm | 2.06 | 2.53 | 6.65 | 0.001 | 0.75 | | 2.53 | 12.00 | 47.4 |

JOYE, KIZZY

| Nerve | Site | Onset Lat (ms) | Peak Lat (ms) | Amplitude P-T (µV) | Area (mVms) Neg | Duration (ms) Neg | Seg Name | Delta (ms) | Distance (cm) | Velocity (m/s) |
|-------|------|---------|---------|-----------|------|----------|----------|-------|----------|----------|
| L S Peron | Ankle | | | | | | | P | | |
| | 14 cm | 1.34 | 2.59 | 6.62 | ------ | ----- | 14 cm-Ankle | 2.59 | 12.00 | 46.3 |

### F/H Report:

| Nerve | Muscle | Lat1 (ms) | Lat2 (ms) | Lat2 - Lat1 (ms) | Amplitude (µV) |
|-------|--------|------|------|-----------|-----------|
| R Tibial F | AHB | 48.44 | | 48.44 | |
| R H-Reflex H | Gast-Soleus | 32.50 | | 32.50 | |
| R Peroneal F | EDB | 43.91 | | 43.91 | |
| L Tibial F | AHB | 49.84 | | 49.84 | |
| L H-Reflex H | Gast-Soleus | 32.81 | | 32.81 | |
| L Peroneal F | EDB | 43.91 | | 43.91 | |

### Findings:
### Motor Nerve Conduction Study:
Normal latencies, amplitudes and velocities in all nerves studied.

### Sensory Nerve Study:
Sensory nerve conduction study showed normal latencies and amplitudes in all nerves studied.

### Late Responses:
F-wave and H-reflex studies of bilateral tibial and peroneal nerves showed symetrical latencies.

### EMG:
Patient declined needle examination.

### Conclusion:
Nerve conduction study is normal at the present time.

Respectfully,

Jean D. Francois, M.D.

JOYE, KIZZY

3



JOYE, KIZZY                                                                    4



# BRONX MEDICAL HEALTH SERVICES, P.C.
## 3626 Bailey Avenue, Bronx, NY 10463
### Tel: (718) 601-1713   Fax: (718) 601-1712

## INITIAL EVALUATION
## PHYSICAL THERAPY PROGRAM

PATIENT'S NAME: _Jaye, Kitty_          DATE: _5/7/07_
AGE: _30 y/o_         SEX: _F_          HANDEDNESS: _(R)_
OCCUPATION: _____           CURRENTLY WORKING?  Y  (N)
DIAGNOSIS: _Neck, (R) Shoulder Pain_   CODE: _____
_Low Back, (R) foot Pain_

HISTORY OF PRESENT INJURY / ILLNESS: _Present condition started 4/22/07 when she_
_had MVA. She was the restrained front passenger c seatbelt engaged when_
_a vehicle struck on the driver's side. She doesn't recall any head trauma_
_or LOC. She sought urgent care @ Columbia Presbyterian. Pt came in_
PMH: _Asthma_                    _today for PT eval & tx._
SOCIAL HISTORY: _____
MEDICATIONS: _All the D-rates_
CHIEF COMPLAINT: _Pt. c/o pain in neck, (R) shoulder, low back & numbness_
_Pain on (R) foot_

WHAT INCREASES PAIN: _Constant_
WHAT DECREASES PAIN: _____
HOW SYMPTOMS INTERFERE WITH ADL'S / SLEEP: _____

## OBJECTIVE:

VITAL SIGNS: _____
☑ Minimal / Moderate / Severe mm spasm c/s guarding C/T/L/S paraspinals and _____
☑ Grade ____ tenderness at C/T/L/S and (R) foot
☑ Trigger points on C/T/L/S paraspinal, R / L Trapezius and _____
☐ Crepitus c/s pain on _____
☑ Postural deviation:
  ( ) flat neck  ( ) forward head  ( ) inc. thoracic kyphosis  ( ) dec. thoracic kyphosis  (✓) rounded shoulder
  ( ) flat back  ( ) dextro / levo scoliosis  ( ) Others _____
☐ Gait deviation:
  (✓) antalgic  ( ) stiff knee  (✓) dec. R / L step length  ( ) Ohers _____

# BRONX MEDICAL HEALTH SERVICES, P.C.
## 3626 Bailey Avenue, Bronx, NY 10463
## Tel: (718) 601-1713   Fax: (718) 601-1712

All mms. of Cervical spine are grossly graded ___/5, and all jts. of Cervical spine are WNL actively done painfree, EXCEPT for the ff:

| LEFT | | MUSCLE | NORMAL | RIGHT | |
|---|---|---|---|---|---|
| ROM | MMT | | | ROM | MMT |
| | | FLEXION | 0 - 45° | | |
| | | EXTENSION | 0 -45° | | |
| | | ROTATION | 0 - 60° | | |
| | | LATERAL FLEXION | 0 - 45° | | |

Pain level  1  2  3  4  5  6  7  8  9  10 / 10

All mms. of Lumbar spine are grossly graded ___/5, and all jts. of Lumbar spine are WNL actively done painfree, EXCEPT for the ff:

| LEFT | | MUSCLE | NORMAL | RIGHT | |
|---|---|---|---|---|---|
| ROM | MMT | | | ROM | MMT |
| | | FLEXION | 0 – 80 ° / 4" | | |
| | | EXTENSION | 0 - 25° | | |
| | | LAT FLEXION | 0 - 35° | | |
| | | ROTATION | 0 - 45° | | |

Pain level  1  2  3  4  5  6  7  8  9  10 / 10

All mms. of UE / LE are grossly graded ___/5, and all jts. of UE / LE are WNL actively done painfree, EXCEPT for the ff:

| LEFT | | RIGHT | | | | LEFT | | RIGHT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROM | MMT | MOTION MUSCLE | N° | ROM | MMT | ROM | MMT | MOTION MUSCLE | N° | ROM | MMT |
| | | S FLEX | 0-180° | | | | | H FLEX | 0-120° | | |
| | | S EXT | 0-45° | | | | | H EXT | 0-30° | | |
| | | S ABD | 0-180° | | | | | H ABD | 0-45° | | |
| | | INT ROT | 0-70° | | | | | H ADD | 20-30° | | |
| | | EXT ROT | 0-90° | | | | | INT ROT | 0-35° | | |
| | | E FLEX | 0-150° | | | | | EXT ROT | 0-45° | | |
| | | E EXT | 0 | | | | | K FLEX | 0-135 | | |
| | | PRON | 0-80° | | | | | K EXT | 0 | | |
| | | SUPIN | 0-80° | | | | | DF | 0-20° | | |
| | | W FLEX | 0-80° | | | | | PF | 0-50° | | |
| | | W EXT | 0-70° | | | | | INV | 0-35° | | |
| | | RAD DEV | 0-20° | | | | | EV | 0-15° | | |
| | | ULN DEV | 0-30° | | | | | | | | |

Pain level  1  2  3  4  5  6  7  8  9  10 / 10

# BRONX MEDICAL HEALTH SERVICES, P.C.
## 3626 Bailey Avenue, Bronx, NY 10463
## Tel: (718) 601-1713   Fax: (718) 601-1712

Pt. experiences pain and/or difficulty in the ff ADLs:
- ☑ Ambulates c / s assistive device, ≅ _____ blocks + _____
- ☑ Standing / Sitting Tolerance ≅ _____ minutes
- ☑ Lifts light / medium / heavy weights c / s modification
- ☑ Bed mobility ( ) independent ( ) assist.
- ☑ Turns head ( ) all direction ( ) limitation
- ☑ Faulty body mechanics
- ☐ Others _____

SPECIAL TEST: _____

**ASSESSMENT: Pt.** Rehabilitation Potential for functional improvement is ( ) poor ( ) fair (✓) good
( ) excellent. Pt. will benefit from Skilled PT intervention to achieve the ff. goals:
- ☑ Decrease pain on C T L S region, _____
- ☐ Improve strength of trunk _____ (R) shoulder, (R) foot_____
- ☐ Increase ROM on C T L S region, _____
- ☑ Decrease spasm / guarding on C T L S paaspinals
- ☑ Improve posture / body mechanics in ADLs
- ☑ Improve patient's functional deficits.
- ☐ Others: _____
  _____
  _____

**PLAN:**
Pt. will undergo PT __4__ x / wks for __4__ wks. As D.O. dated _5/4/07_
- ☑ HMP / Cold pack on C T L S region _____
- ☑ ES / TENS on C / T / L / S region _____ (R) foot, (R) shoulder_____
- ☑ Therapeutic massage on C T L S region _____
- ☐ US on C T L S region _____
- ☐ Paraffin Wax Bath on ( R ) ( L )  Hand _____
- ☑ Therapeutic Exercise
  - Cervical stability / mobility exercises
  - Lumbosacral stability / mobility exercises
- ☑ ROM / Stretching / Joint Mobility / PRE's
- ☑ Pt. education on home exercise program and proper body mechanics
- ☐ Others _____

**REPORTED BY:**

_EDDA R. COMANTAS, RPT_
**PHYSICAL THERAPIST**
**NY LICENSE #** _026858_

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Jaye, Kizzy_  DOI: ____  Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _5/7/07_   *INITIAL EVAL*

SUBJECTIVE COMPLAINTS: _pain on neck, (B) shoulder, lw back,_
_lw back, (R) foot_

OBJECTIVE FINDINGS: (+) tenderness on c/s, l/s, (R) foot

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim X15 on neck (R) shoulder_
_& lw back_

Therapeutic Exercises: _____    PT1

Home Exercises Program: _____   PT2

| ☐ Macro 1 | ☐ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____   Physical Therapist Signature: _____
Patient's Signature: _____   Doctor's Approval: _Jean D. Francois_ M.D.

1. Date of Visit: _5/9/07_

SUBJECTIVE COMPLAINTS: _pain on neck, (B) shoulder, lw back, (R) foot_

OBJECTIVE FINDINGS: _STQ_

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim X15 on neck (R) shoulder_
_& lw back_
_HMP X15 on (R) foot_

Therapeutic Exercises: _____   PT1

Home Exercises Program: _____   PT2

| ☐ Macro 1 | ☐ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____   Physical Therapist Signature: _____
Patient's Signature: _____   Doctor's Approval: _Jean D. Francois_ M.D.

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Joye, Kizzy_    DOI: _____    Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _5/11/07_

SUBJECTIVE COMPLAINTS: _pain on neck, shoulder, lw back, ® foot_

OBJECTIVE FINDINGS: _8/10_

ASSESSMENT/ PLAN/TREATMENT: _HMP, ESTm, X18 on neck/shoulder &_
_lw back_
_HMP X18 on ® foot_

Therapeutic Exercises: _Massage c_ _____

Home Exercises Program: _____

| ☐ Macro 1 | ☐ Macro 2 | ☐ Macro 3 | ☑ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____    Physical Therapist Signature: _____

Patient's Signature: _____    Doctor's Approval: _____ M.

1. Date of Visit: _5/15/07_

SUBJECTIVE COMPLAINTS: _pain on neck, shoulder, lw back, ® foot_

OBJECTIVE FINDINGS: _8/10_

ASSESSMENT/ PLAN/TREATMENT: _HMP, ESTm X18 on neck/shoulder &_
_lw back_
_HMP X18 on ® foot_

Therapeutic Exercises: _AROME, PROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____    Physical Therapist Signature: _____

Patient's Signature: _____    Doctor's Approval: _____ M.

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Joye, Kizzy_    DOI: _____    Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _5/7/07_

SUBJECTIVE COMPLAINTS: _pain in neck, shoulder, lw back, ® foot_

OBJECTIVE FINDINGS: _SID_

ASSESSMENT/ PLAN/TREATMENT: _MHP, Estim x18 in neck/shoulder & lw back_
_HMP x18 in ® foot_
_Massage c dractise_

Therapeutic Exercises: _____

Home Exercises Program: _____

| ☐ Macro 1 | ☐ Macro 2 | ☐ Macro 3 | ☑ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____    Physical Therapist Signature: _____

Patient's Signature: _____    Doctor's Approval: _____ M.

1. Date of Visit: _5/18/07_

SUBJECTIVE COMPLAINTS: _pain in neck, shoulder, lw back, ® foot_

OBJECTIVE FINDINGS: _SID_

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim x18 in neck/shoulder & lw back_
_HMP x18 in ® foot_
_Massage c evnst_

Therapeutic Exercises: _mmt, Annie_

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____    Physical Therapist Signature: _____ M.

Patient's Signature: _____    Doctor's Approval: _____

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Joye Kizzy_          DOI: _____          Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _5/22/07_

SUBJECTIVE COMPLAINTS: _pain en neck, shoulder, lw back, @ foot_

OBJECTIVE FINDINGS: _____

ASSESSMENT/ PLAN/TREATMENT: _HNP, Estim VES en neck/shoulder & lw back_
_HNP VES en @ foot_

Therapeutic Exercises: _prnme, Annme as ful._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☑ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____          Physical Therapist Signature: _____

Patient's Signature: _____          Doctor's Approval: _____ M.D.

1. Date of Visit: _5/29/07_

SUBJECTIVE COMPLAINTS: _pain in neck, she, lw back, @ foot_

OBJECTIVE FINDINGS: _____

ASSESSMENT/ PLAN/TREATMENT: _HNP, Estim XIS en neck she & lw back_
_HNP XIS en @ foot_

Therapeutic Exercises: _prnme, Annme as ful._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____          Physical Therapist Signature: _____

Patient's Signature: _____          Doctor's Approval: _____ M.D.

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Jaye, Kizzy_     DOI: _____     Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _5/31/07_

SUBJECTIVE COMPLAINTS: _pain on neck, shoulter, lw back, (R) foot_

OBJECTIVE FINDINGS: _S/O_

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim X15' on neck/shl & lw back_
_HMP X15' on (R) foot_

Therapeutic Exercises: _MOME, AROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☐ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____     Physical Therapist Signature: _____

Patient's Signature: _____     Doctor's Approval: _____ MD

1. Date of Visit: _6/5/07_

SUBJECTIVE COMPLAINTS: _pain on neck, shl, lw back, (R) foot_

OBJECTIVE FINDINGS: _S/O_

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim X15' on neck/shl & lw back_
_HMP X15' on (R) foot_

Therapeutic Exercises: _MOME, AROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____     Physical Therapist Signature: _____

Patient's Signature: _____     Doctor's Approval: _____ MD

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Joye, Kizny_    DOI: _____    Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _6/7/07_

SUBJECTIVE COMPLAINTS: _pain in neck, lw back, shl, @ foot_

OBJECTIVE FINDINGS: _S/O_

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim x18 in neck/shl & lw back_
_HMP x18 (R) foot_

Therapeutic Exercises: _Active, Active as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____    Physical Therapist Signature: _____

Patient's Signature: _____    Doctor's Approval: _____

---

1. Date of Visit: _6/12/07_

SUBJECTIVE COMPLAINTS: _pain in neck, lw back, shl @ foot_

OBJECTIVE FINDINGS: _S/O_

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim x18 in neck/shl &_
_lw back_
_HMP x18 on foot_

Therapeutic Exercises: _Active, Active as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____    Physical Therapist Signature: _____

Patient's Signature: _____    Doctor's Approval: _____ M.D

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Faye, Kizzy_          DOI: _____     Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _6/14/07_

SUBJECTIVE COMPLAINTS: _pain in neck, lw back, shl, (R) foot_

OBJECTIVE FINDINGS: _S/b_

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim X15' un neck/shulder & lw back_

Therapeutic Exercises: _PROME, AROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____          Physical Therapist Signature: _____

Patient's Signature: _____          Doctor's Approval: _____ M.D.

1. Date of Visit: _6/15/07_

SUBJECTIVE COMPLAINTS: _pain in neck, lw back, shl, (R) foot_

OBJECTIVE FINDINGS: _S/b_

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim X15' un neck / shl & lw back_

Therapeutic Exercises: _PROME, AROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|---|---|---|---|---|---|---|---|---|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____          Physical Therapist Signature: _____

Patient's Signature: _____          Doctor's Approval: _____ M.D.

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Faye, Kizzy_ ___ DOI: _____ Referring Doctor: Jean Daniel Francois, MD

1. Date of Visit: _6/20/07_

SUBJECTIVE COMPLAINTS: _pain en neck, shl, lw back, (R) foot_

OBJECTIVE FINDINGS: _S/O_

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim XIS en neck/shoulder & lw back_

Therapeutic Exercises: _PROME, AROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro 12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____  Physical Therapist Signature: _____

Patient's Signature: _____  Doctor's Approval: _Jean D. Francois_ M.D.

1. Date of Visit: _6/27/07_

SUBJECTIVE COMPLAINTS: _pain en neck, shl, lw back, (R) foot._

OBJECTIVE FINDINGS: _(+) trigem pts en paravertebral ard_

ASSESSMENT/ PLAN/TREATMENT: _HMP, Estim XIS en neck/shoulder & lw back_

Therapeutic Exercises: _PROME, AROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro 12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____  Physical Therapist Signature: _____

Patient's Signature: _____  Doctor's Approval: _Jean D. Francois_ M.D.

**BRONX MEDICAL HEALTH SERVICES, P.C.**
3626 Bailey Avenue
Bronx, NY 10463

Patient Name: _Joye, Kizzy_ DOI: _____ Referring Doctor: Jean Daniel Francois, MD

i. Date of Visit: _7/16/07_

SUBJECTIVE COMPLAINTS: _pain on neck, lw back, (R) foot_

OBJECTIVE FINDINGS: _____

ASSESSMENT/ PLAN/TREATMENT: _HMP, EStim X15 on neck & lw back_

Therapeutic Exercises: _PROME, AROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____ Physical Therapist Signature: _____

Patient's Signature: _____ Doctor's Approval: _____ M.D.

1. Date of Visit: _7/16/07_

SUBJECTIVE COMPLAINTS: _pain on neck, lw back, (R) foot_

OBJECTIVE FINDINGS: _____

ASSESSMENT/ PLAN/TREATMENT: _HMP, EStim X15 on neck & lw back_

Therapeutic Exercises: _PROME, AROME as tol._

Home Exercises Program: _____

| ☐ Macro 1 | ☑ Macro 2 | ☐ Macro 3 | ☐ Macro 4 | ☐ Macro 5 | ☐ Macro 6 | ☐ Macro 7 | ☐ Macro 8 | ☐ Macro 9 |
|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| ☐ Macro 10 | ☐ Macro 11 | ☐ Macro12 | ☐ Macro 13 | ☐ Macro 14 | ☐ Macro 15 | ☐ Macro 16 | ☐ Macro 17 | ☐ Macro 18 |

Treatment Frequency: _____ Physical Therapist Signature: _____

Patient's Signature: _____ Doctor's Approval: _____



Jacob Lichy, M.D.
Thomas M. Kolb, M.D.

# LENOX HILL RADIOLOGY & MEDICAL IMAGING ASSOCIATES P.C.

61 East 77th Street, New York, NY 10021 • TEL: 212-772-3111 • FAX: 212-288-1637 • www.lenoxhillradiology.com

May 17, 2007

JOYE, KIZZY
1510 Jesup Avenue
Bronx, New York 10452
Acct:   423960

J. Francois, M.D.
3626 Bailey Avenue
Bronx, New York 10463

Dear Dr. Francois:

MAGNETIC RESONANCE IMAGING OF THE CERVICAL SPINE:  5-14-07

The discs and vertebrae are normal.  Bony alignment is unremarkable.  There is straightening of the normal cervical lordosis.

IMPRESSION:     There is straightening of the normal cervical lordosis representing pain and muscle spasm.

Thank you for referring this patient to our office.

Sincerely,

Jacob Lichy, M.D.

JL/cb
films delivered to the above address

Jacob Lichy, M.D.
Thomas M. Kolb, M.D.

# LENOX HILL RADIOLOGY & MEDICAL IMAGING ASSOCIATES P.C.

61 East 77th Street, New York, NY 10021 • TEL: 212-772-3111 • FAX: 212-288-1637 • www.lenoxhillradiology.com

May 17, 2007

JOYE, KIZZY
1510 Jesup Avenue
Bronx, New York 10452
Acct:  423960

J. Francois, M.D.
3626 Bailey Avenue
Bronx, New York 10463

Dear Dr. Francois:

MAGNETIC RESONANCE IMAGING OF THE LUMBAR SPINE:     5-14-07

The discs and vertebrae are normal.  The contents of the thecal canal are unremarkable.

IMPRESSION:     Normal MRI of the lumbar spine.

Thank you for referring this patient to our office.

Sincerely,

Jacob Lichy, M.D.

JL/cb
films delivered to the above address



Jacob Lichy, M.D.
Thomas M. Kolb, M.D.

## LENOX HILL RADIOLOGY & MEDICAL IMAGING ASSOCIATES P.C.

61 East 77th Street, New York, NY 10021 • TEL: 212-772-3111 • FAX: 212-288-1637 • www.lenoxhillradiology.com

June 7, 2007

JOYE, KIZZY
1510 Jesup Avenue Apt. 17
Bronx, New York 10452
Acct:  423960

J. Cohen, M.D.
3626 Bailey Avenue
Bronx, New York 10463

Dear Dr. Cohen:

MAGNETIC RESONANCE IMAGING OF THE RIGHT FOOT:    6-04-07

Examination is centered on the tarsal and metatarsal regions. The marrow signal is normal with no evidence of acute fracture. There are no soft tissue masses or fluid collections. Correlation with plain films is necessary.

IMPRESSION:    Normal examination of the mid foot. Correlation with plain films is necessary.

Thank you for referring this patient to our office.

Sincerely,

Thomas M. Kolb, M.D.

TK/cb
films delivered to the above address

COPY



Jacob Lichy, M.D.
Thomas M. Kolb, M.D.

# LENOX HILL RADIOLOGY & MEDICAL IMAGING ASSOCIATES P.C.

61 East 77th Street, New York, NY 10021 • TEL: 212-772-3111 • FAX: 212-288-1637 • www.lenoxhillradiology.com

June 7, 2007

JOYE, KIZZY
1510 Jesup Avenue Apt. 17
Bronx, New York 10452
Acct:  423960

J. Cohen, M.D.
3626 Bailey Avenue
Bronx, New York 10463

Dear Dr. Cohen:

MAGNETIC RESONANCE IMAGING OF THE RIGHT SHOULDER:     6-04-07

The rotator cuff tendons are unremarkable. There are tears of both the anterior and posterior glenoid labra. There is a surrounding joint effusion. The marrow signal is normal.

IMPRESSION:     Tears of the anterior and posterior glenoid labra. Joint effusion.

Thank you for referring this patient to our office.

Sincerely,

Thomas M. Kolb, M.D.

TK/cb
films delivered to the above address

STATE OF NEW YORK                **AFFIDAVIT OF SERVICE**
COUNTY OF NEW YORK            **BY MAIL**

    I, MARIA PIZZO, being duly sworn, deposed and says that deponent is a secretary of the LAW OFFICE OF JOHN P. HUMPHREYS, attorneys for one of the parties herein; is over 18 years of age; is not a party to the action. The deponent served the papers noted below by regular mail, the same securely enclosed in the postage paid wrapper in the Letter Box maintained and exclusively controlled by the United States Postal Service at 485 Lexington Avenue, New York, New York 10017; directed to the said attorney(s) at the address indicated below; that being the address within the state designated by said attorney(s) for that purpose, or the place where said attorneys(s) then kept an office, between which places there then was and now is a regular communication by mail as follows:

**Date mailed:**       June 13, 2008

**Papers Served:**     **DECLARATION OF OPPOSITION**

**TO:**

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

Morgan Melhuish Abrutyn
39 Broadway, 17th Floor
New York, New York 10006

United States Courthouse
500 Pearl Street, Room 1320
New York, New York

                              *Maria Pizzo*
                            MARIA PIZZO

Sworn to before me this

23st day of June, 2008

        Notary Public

LAMBERTO Q. SESE
Notary Public, State of New York
No. 01SE6080713
Qualified in New York County
Commission Expires September 23, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK       Index No. :08 CIV 4998

KIZZY JOYE,

<div align="right">Plaintiff,</div>

<div align="center">-against-</div>

JENINE SHAW, EDGAR MEZA OVANDO AND JAIME LOPEZ,

<div align="right">Defendants.</div>

<div align="center">

## DECLARATION OF OPPOSITION

### Law Office of
### JOHN P. HUMPHREYS

Attorneys for Defendant
**JAIME LOPEZ**
**EDGAR MEZA-OVANDO**
Office & P.O. Address
**485 Lexington Avenue, 7th Floor**
**New York, New York 10017**

Tel. No.: (917) 778-6600
Fax No.: (917) 778-7020
(917) 778-7022

</div>

TO:

Service of a copy of the within            is hereby admitted.

Dated:          _____

                    Attorney(s) for

**NOTICE OF ENTRY:**

       **PLEASE TAKE NOTICE** that the within is a true copy of an order entered in office of the Clerk of the above Court on the ____ day of _____ 200 .

**NOTICE OF SETTLEMENT:**

       **PLEASE TAKE NOTICE** that the within proposed order will be presented for settlement and entry at the Courthouse on the _____ day of _____ 200 , at 10:00 a.m. at the office of the Clerk of the Part of this Court where the within described motion was heard.

Dated:     New York, New York                    **Law Office of**
                                                  **JOHN P. HUMPHREYS**
                                                  ~~Attorneys for Defendant(s)~~
                                                  As Designated Above