SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------------X
KIZZY JOYE,                                              Index No.: 301553/08

                                    Plaintiff.           **DEMAND FOR A**
                                                         **VERIFIED BILL**
                -against-                                 **OF PARTICULARS**

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                                    Defendants.
-------------------------------------------------------------------------X

C O U N S E L O R :

    ***PLEASE TAKE NOTICE*** that this answering party, represented by the Law Office of

JOHN P. HUMPHREYS, the undersigned attorneys, requires that you serve upon said attorneys

within thirty (30) days after service upon you of a copy of this demand, a Verified Bill of

Particulars, setting forth the following:


    1.    State the date, time of day, and weather and road conditions of the occurrence
alleged in the Complaint.

    2.    The location of the alleged occurrence in sufficient detail to permit ready
identification, including but not limited to:

        (a)    The name of the street or road upon which the
                alleged accident occurred;

        (b)    Indicate the nearest intersecting road and the
                distance therefrom; and

        (c)    Specifying the exact place of the occurrence
                with respect to the center of the road, the
                center of the intersection, or other clear
                reference point.

    3.    Set forth the name and address of the owner and operator of each vehicle involved
in the occurrence.

4.    Set forth the year, make, model and license plate number (indicating state and year) of each vehicle allegedly involved in the occurrence.

5.    State the direction each vehicle allegedly involved in this occurrence was heading just before the occurrence;  state the location where each vehicle allegedly involved in this occurrence came to rest immediately after the occurrence.

6.    State all traffic controls plaintiff will claim existed at the scene of the occurrence; state what traffic controls it will be claimed defendant violated.

7.    Set forth factually and specifically in what way it is claimed this party was negligent, indicating each and every particular act or omission constituting this party's alleged negligence.

8.    Set forth each and every injury and/or condition allegedly sustained by each plaintiff as a result of the said occurrence indicating:

    (a)    its nature, extent, location and duration;

    (b)    a complete description of any injury and/or condition claimed to be residual or permanent; and

    (c)    the name and address of each physician or other medical practitioner treating or examining plaintiff; the date of each visit; and whether treatment has ceased or is continuing.

9.    Give the length of time and specific dates it is claimed that each plaintiff was confined, by reason of the alleged injuries:

            (a) to bed; (b) to house; and (c) if treated at or confined to a hospital or other medical facility, state the name and address thereof, and the dates of admission and discharge.

10.    State with respect to each plaintiff:

    (a)    Plaintiff's place and date of birth, all other names by which each plaintiff has ever been known, and social security number.  If plaintiff is a married woman, state maiden name.

    (b)    Plaintiff's occupation at the time of the occurrence, with a description of

plaintiff's duties;

(c)    The name and address of plaintiff's employer at the time of the alleged occurrence.

(d)    The daily or weekly earnings (gross and net) at the time of the occurrence.

(e)    If plaintiff was self-employed, set forth the business name and address of plaintiff and the annual income (gross and net) of plaintiff from said business.

(f)    Whether plaintiff was incapacitated from said employment; if so, the length of time including the specific dates that plaintiff was allegedly incapacitated from attending to said employment.

(g)    If plaintiff was a student, the name and address of the school attended and the dates, if any when plaintiff was absent from school.

11.    Set forth the total amounts claimed to have been spent or incurred by or on behalf of each plaintiff (setting forth the name of each provider of services along with the amount of the bill and dates of treatment or consultation) for:

(a)    hospital, clinic or other medical institutions expenses;

(b)    x-rays;

(c)    physician and other health provider services;

(d)    nurses' services;

(e)    medical supplies;

(f)    loss of earnings and the basis of computation thereof; and

(g)    amount and nature (describing in detail of any other special damages claimed).

12.    State in what respect each plaintiff has sustained a serious injury as defined in Article 51 of the Insurance Law of the State of New York and/or economic loss greater than basic economic loss as defined in Section 5102 of the Insurance Law of the State of New York.

13.    Pursuant to CPLR 3118 demand is hereby made that you furnish the undersigned with a verified statement setting forth the office address and residence of each plaintiff indicating the street and number, City and State.

14.    Set forth the title, chapter and section of every statute, ordinance, regulation and rule which plaintiff claims to be either applicable to the occurrence or to have been violated by defendant.

*PLEASE TAKE FURTHER NOTICE*, that in the event you have no knowledge of any or all of the above, same shall be so stated.

*PLEASE TAKE FURTHER NOTICE*, that these are continuing demands and supplemental responses up to the time the case is placed on the trial calendar are required.

*PLEASE TAKE FURTHER NOTICE*, that in the event of your failure to furnish such a Bill of Particulars within the said period of thirty (30) days, a motion will be made for an order precluding you from giving any evidence at the trial of the above items for which particulars have not been delivered in accordance with said demand.

Dated: New York, New York
        April 11, 2008

LAW OFFICE OF JOHN P. HUMPHREYS
FREDERICK D. SCHMIDT JR.
Attorneys for Defendants
**JAIME LOPEZ AND EDGAR MEZA-
OVANDO d/b/a 3 BULLS TRUCKING**
485 Lexington Avenue, 7th Floor
New York, NY  10017
(917) 778-6600
Matter No.:  0913855FS

TO:

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------X
KIZZY JOYE,                                                              Index No.: 301553/08

                                        Plaintiff.        **COMBINED DEMANDS**

              -against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                                        Defendants.
------------------------------------------------------------------------X

C O U N S E L O R :

    *PLEASE TAKE NOTICE,* that the undersigned hereby makes the following demands

upon you, returnable at the office of the undersigned on the.

1.     Demand for the Names and Addresses of all Witnesses;

2.     Demand for Expert Information;

3.     Demand for the Discovery and Inspection of any Statement by or on behalf of a Party Represented by the Undersigned;

4.     Notice of Discovery and Inspection for Medical Information and Authorizations;

5.     Notice of Discovery and Inspection of Photographs;

6.     Notices of any liens and listings of all bills for medical providers submitted to Medicare/Medicaid; and

7.     Demand for Income Tax Returns.

8.     Demand for Collateral Source.

    That, in lieu of the foregoing, you may submit readable photocopies of the aforesaid documents by mailing them to the Law Office of JOHN P. HUMPHREYS, 485 Lexington Avenue, 7th Floor, New York, N.Y. 10017, on or before the date the documents are to be produced.

## *DEMAND FOR THE NAMES AND ADDRESS OF WITNESSES*

*PLEASE TAKE FURTHER NOTICE,* that the undersigned hereby demands, pursuant to CPLR 3101(a), that you set forth in writing and under oath, the name and address of each person claimed by any party you represent, to be a witness to any of the following;

    (a)    The occurrence alleged in the Complaint; or

    (b)    Any acts, omissions or conditions which allegedly caused the occurrence alleged in the Complaint; or

    (c)    Any actual notice allegedly given to defendant or any servant, agent or employee of defendant of any condition which allegedly caused the occurrence alleged in the Complaint; or

    (d)    The nature and duration of any alleged condition which allegedly caused the occurrence alleged in the Complaint.

If no such witnesses are known to you, so state in the sworn reply to this Demand. The undersigned will object upon trial to the testimony of any witnesses not so identified.

## *DEMAND FOR EXPERT INFORMATION*

*PLEASE TAKE FURTHER NOTICE,* that the undersigned hereby demands, pursuant to CPLR Section 3101(d), that you set forth, in writing and under oath, the following information for each party you represent, after each expert is retained and prior to filing a Note of Issue:

    (a)    The name and business affiliation of each expert witness each party will call to testify at trial or whose opinion will be relied upon by any witness testifying at trial and the qualifications of each such expert in the field in which he will be offered to testify.

    (b)    The substance of the facts and opinions on which each expert is expected to testify.

    (c)    Each factual basis for said expert's opinion.

    (d)    The dates of all oral and written reports provided by each expert.

If no such witnesses are known to you, so state in the sworn reply to this Demand. The undersigned will object upon trial to the testimony of any witness not so identified.

### *DEMAND FOR THE DISCOVERY AND INSPECTION*
### *OF ANY STATEMENT BY OR ON BEHALF OF A*
### *PARTY REPRESENTED BY THE UNDERSIGNED*

***PLEASE TAKE FURTHER NOTICE,*** that the undersigned demands, on behalf of the party it represents in this action, that pursuant to CPLR 3101(e) and 3120, you produce at the time and place herein specified, and permit the undersigned to discover, inspect and copy each and every statement made by or taken from such party and its agents, servants or employees now in your possession, custody or control or in the possession, custody or control of any party you represent in this action, if such statement in any manner bears on the issues in this action.

### *NOTICE FOR DISCOVERY AND INSPECTION*
### *FOR MEDICAL INFORMATION, ETC.*

***PLEASE TAKE FURTHER NOTICE,*** that pursuant Section 164.508 of the Federally mandated Health Insurance Portability and Accountability Act of 1996, (HIPAA), which became effective on April 14, 2003, all authorizations must be HIPAA compliant.

We hereby demand that you produce any and all HIPAA compliant authorizations (**form provided**) in addition to the authorizations demanded below.

***PLEASE TAKE FURTHER NOTICE,*** that pursuant to Section 3101, et seq. (including Rule 3120) of the Civil Practice Law and Rules, you are required to produce and allow discovery to be made by this answering party of the following:

(a)     Copies of the medical reports of those physicians or other health providers who have previously treated, consulted or examined the party seeking recovery and who will testify in its behalf for any condition caused by or exacerbated by the occurrence alleged in the complaint.  These shall include but not be limited to a detailed recital of the injuries and conditions as to which testimony will be offered at the trial of this action referring to and identifying those x-ray and technicians' reports which shall be offered at the trial of this action and the date of each such treatment, consultation and examination.

(b)     Duly executed and acknowledged written authorizations permitting this party to obtain and make copies of all hospital or other health care facility records including x-rays and technicians' reports as may be referred to and identified in the reports of that party's physicians and other health care providers.

(c)     Any and all other medical data (including CAT scans, MRI's, EEG's, EKG's, and other diagnostic tests) not hereinabove specifically referred to upon which you will rely upon or offer for consideration in the proceeding.

(d)     Any and all bills, invoices or receipts for treatment, medicines or

appliances given for injuries or other physical conditions resulting from the occurrence referred to in the Complaint.

(e)     Fully executed and acknowledged written authorizations to obtain and copy No-Fault medical and wage records of each plaintiff from the date of the occurrence alleged in the Complaint to present setting forth the name, address, claim number and policy number for each company to which a claim has been made.

(f)     Fully executed and acknowledged written authorizations to obtain and copy Worker's Compensation records of each plaintiff from the date of the occurrence alleged in the complaint to present setting forth the name, address, claim number and policy number for each company to which a claim has been made.

(g)     Fully executed and acknowledged written authorizations to obtain records of disability benefits pursuant to Social Security Laws of each plaintiff from the date of the occurrence alleged in the Complaint to present setting forth the name, address, claim number and policy number for each company to which a claim has been made.

### *DEMAND FOR DISCOVERY AND INSPECTION OF PHOTOGRAPHS*

**PLEASE TAKE FURTHER NOTICE,** that the undersigned demands on behalf of the party it represents in this action, that pursuant to Section 3101 et seq., you produce at the time and place herein specified and permit the undersigned to discover, inspect and copy any and all photographs taken of the alleged scene or place of the occurrence and/or vehicles involved and complained of which are now in your possession, custody and control, or in the possession, custody and control of any party you represent in this action, if such photograph in any manner bears upon the issues in this action.

### *DEMAND FOR NOTICES OF ANY LIENS AND LISTINGS OF ALL*
### *BILLS FOR MEDICAL PROVIDERS SUBMITTED TO MEDICARE/MEDICAID*

**PLEASE TAKE FURTHER NOTICE,** that the undersigned hereby demands, pursuant to CPLR Section 3101(a), that you set forth in writing and under oath, the following information for each party you represent, and prior to filing a Note of Issue, the following collateral source providers/potential lien holders:

(a)     Medicare/Medicaid;

(b)     Workers Compensation;

(c)     Health Insurance;

(d)     Disability; and

(e)    Health Care Provider.

### *DEMAND FOR INCOME TAX RETURNS*

**PLEASE TAKE FURTHER NOTICE,** that the undersigned demands on behalf of the party it represents in this action that you produce at the time and place herein specified and permit the undersigned to discover, inspect and copy the complete Income Tax returns for each party who is claiming or has claimed reimbursement for lost income due to the occurrence alleged in the Complaint for a three (3) year period preceding the date of the occurrence as alleged in the complaint. If said complete returns are not available, the undersigned is to be furnished with full and complete authorizations to obtain same in a form accepted by the United States Department of Internal Revenue.

**PLEASE TAKE FURTHER NOTICE,** that all of the foregoing are continuing demands and that if any of the above items are obtained after the date of this Demand, they are to be furnished to the attorney for this party, pursuant to these demands.

### *DEMAND FOR COLLATERAL SOURCE*

**PLEASE TAKE NOTICE,** that defendant requires that plaintiff produce for discovery, inspection and copying to undersigned counsel the following:

(a)    Any and all books, records, bills, insurance applications, insurance receipts, cancelled checks, copies of checks and any and all other records pertaining to collateral source reimbursement received by plaintiff or on behalf of plaintiff for the special damages alleged in the instant claim including, but not limited to, records of any person, institution, facility or government agency which has provided or will provide any reimbursement.

**PLEASE TAKE FURTHER NOTICE**, that in the event any of the requested documents and/or items do not exist, a verified statement to that effect is to be served on the undersigned on or before the aforesaid return date.

**PLEASE TAKE FURTHER NOTICE**, that this is a continuing demand notice and in the event any of the requested documents and/or items are obtained after the aforesaid return date, same are to be furnished to the undersigned within thirty (30) days after receipt.

**PLEASE TAKE FURTHER NOTICE**, that upon the failure to produce the requested documents and/or items on the date and at the time and place demanded, a Motion will be made for the appropriate relief.

Dated: New York, New York
April 11, 2008

LAW OFFICE OF JOHN P. HUMPHREYS
FREDERICK D. SCHMIDT JR.
Attorneys for Defendants
**JAIME LOPEZ AND EDGAR MEZA-
OVANDO d/b/a 3 BULLS TRUCKING**
485 Lexington Avenue, 7th Floor
New York, NY 10017
(917) 778-6600
Matter No.: 0913855FS

TO:

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------X

KIZZY JOYE,

Index No.: 301553/08

                                    Plaintiff.      **DEMAND FOR DISCOVERY
                                                    AND INSPECTION**

        -against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                                    Defendants.
------------------------------------------------------------------------X

S I R :

        ***PLEASE TAKE NOTICE,*** that pursuant to CPLR Section 3101(d), all parties are hereby

required to serve upon the undersigned within thirty (30) days of the date of this notice, the

following:

        1.      State if there is any person you expect to call as an expert witness at the trial of
this action.

        2.      If the answer to the preceding is in the affirmative, detail as to each such expert:

        (a)     His identity, address and the company, firm or organization with
                which the expert is employed or associated.

        (b)     His field of expertise, including identification of any professional
                licenses and professional associations.

        (c)     Any sub-specialties of the witness within his field of expertise.

        (d)     In reasonable detail, the subject matter on which each expert is
                expected to testify.

        (e)     In reasonable detail, the substance of the facts and opinions to
                which each expert is expected to testify.

        (f)     In reasonable detail, the qualifications of each expert.

        (g)     In reasonable detail, a summary of the factual bases for each

expert's opinion.

(h)    Names, dates and publishers of any treatises, books, articles or essays or other writings published or unpublished by the expert relating in any way to the subject matter on which said expert is expected to testify.

3.    State whether any expert, including but not limited to persons identified in the preceding demands at any time made an examination, analysis, inspection or test of:

(a)    The premises of the area involved in the accident.

(b)    Any other item which may be relevant to determining the cause of the accident or the damages alleged in the Complaint.

4.    Did any person identified in any of the preceding demands submit any reports based upon the test or examination conducted?

5.    If the preceding demand is in the affirmative, state:

(a)    A description of each report that was made.

(b)    The date that each report was made.

(c)    Identify the person to whom each report was submitted.

(d)    Identify the persons who have present custody of each report.

6.    Attach a copy of any report identified in response to any preceding demand.

Dated: New York, New York
       April 11, 2008

LAW OFFICE OF JOHN P. HUMPHREYS
FREDERICK D. SCHMIDT JR.
Attorneys for Defendants
**JAIME LOPEZ AND EDGAR MEZA-OVANDO d/b/a 3 BULLS TRUCKING**
485 Lexington Avenue, 7th Floor
New York, NY  10017
(917) 778-6600
Matter No.:  0913855FS

TO:

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------X
KIZZY JOYE,                                                                      Index No.: 301553/08

                                                    Plaintiff.            **DEMAND FOR DISCOVERY**
                                                                         **AND INSPECTION**

                        -against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                                                    Defendants.
------------------------------------------------------------------------X

S I R :

     ***PLEASE TAKE NOTICE***, that pursuant to CPLR 3101 et seq. and the applicable case
law, you are hereby required to produce for discovery and supply to the undersigned attorneys
for    within twenty (20) days from the date of service of this demand, the following information,
documents and items requested for the purpose of inspection and/or copying:

     ***PLEASE TAKE FURTHER NOTICE***, that submission to the undersigned of true and
conformed certified copies of the documents and/or items demanded herein on or before the
aforesaid return date will be deemed compliance with this demand notice.

     1.    The name of insurance company issuing an insurance policy and/or agreement
insuring such defendant.

     2.    The effective date of such insurance agreement.

     3.    The policy limits of such insurance agreement.

     4.    The name insured under such agreement.

     5.    The nature of the coverage under such agreement.

     6.    Please provide a copy of the entire insurance policy including declaration sheets
and additional endorsement for the policy period including the date of loss.

*PLEASE TAKE FURTHER NOTICE* that in the event any of the requested documents and/or items do not exist, a verified statement to that effect is to be served on the undersigned on or before the aforesaid return date.

*PLEASE TAKE FURTHER NOTICE* that this is a continuing demand notice and in the event any of the requested documents and/or items are obtained after the aforesaid return date, same are to be furnished to the undersigned within thirty (30) days after receipt.

*PLEASE TAKE FURTHER NOTICE* that upon the failure to produce the requested documents and/or items on the date and at the time and place demanded, a Motion will be made for the appropriate relief.

Dated: New York, New York
      April 11, 2008

                                      LAW OFFICE OF JOHN P. HUMPHREYS
                                        FREDERICK D. SCHMIDT JR.
                                        Attorneys for Defendants
                                        **JAIME LOPEZ AND EDGAR MEZA-OVANDO d/b/a 3 BULLS TRUCKING**
                                        485 Lexington Avenue, 7th Floor
                                        New York, NY  10017
                                        (917) 778-6600
                                        Matter No.: 0913855FS

TO:

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------------X

KIZZY JOYE,                                          Index No.: 301553/08

                              Plaintiff.        **NOTICE OF**
                                                **DEPOSITION**

           -against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

                              Defendants.
-----------------------------------------------------------------------X

C O U N S E L O R:

     ***PLEASE TAKE NOTICE***, that pursuant to Article 31 of the Civil Practice Law and
Rules, the testimony upon oral examination of all adverse parties will be taken before a Notary
Public who is not an attorney, or employee of an attorney, for any party or prospective party
herein and is not a person who would be disqualified to act as a juror because of interest or
because of consanguinity or affinity to any party herein at time and place stated below:

          TO BE DEPOSED:  Plaintiff and co-defendant
          LOCATION:  485 Lexington Avenue, 7th Floor, New York, New York 10017

On July 3, 2008, at 10:00 o'clock in the forenoon of that day with respect to evidence material
and necessary in the defense of this action.

     That the said person to be examined is required to produce at such examination all
papers, records and other data pertaining to this matter.

Dated: New York, New York
       April 11, 2008

                              LAW OFFICE OF JOHN P. HUMPHREYS
                              FREDERICK D. SCHMIDT JR.
                              Attorneys for Defendants
                              **JAIME LOPEZ AND EDGAR MEZA-
                              OVANDO d/b/a 3 BULLS TRUCKING**
                              485 Lexington Avenue, 7th Floor
                              New York, NY  10017
                              (917) 778-6600
                              Matter No.:  0913855FS

TO:

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------------X

KIZZY JOYE,

Index No.: 301553/08

Plaintiff.

**DEMAND PURSUANT
TO CPLR 3017(c)**

-against-

JENINE SHAW, EDGAR MEZA
OVANDO and JAIME LOPEZ,

Defendants.

-------------------------------------------------------------------------X

C O U N S E L O R :

      Pursuant to CPLR §3017(c) within fifteen (15) days from the date of service of this

request, you are hereby required to set forth the total damages to which plaintiff deems

himself/herself entitled and list same separately for each cause of action.

Dated: New York, New York
      April 11, 2008

                                LAW OFFICE OF JOHN P. HUMPHREYS
                                FREDERICK D. SCHMIDT JR.
                                Attorneys for Defendants
                                **JAIME LOPEZ AND EDGAR MEZA-
                                OVANDO d/b/a 3 BULLS TRUCKING**
                                485 Lexington Avenue, 7th Floor
                                New York, NY  10017
                                (917) 778-6600
                                Matter No.:  0913855FS

TO:

ROSENBAUM & ROSENBAUM
Attorneys for Plaintiff
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

STATE OF NEW YORK                              **AFFIDAVIT OF SERVICE**
COUNTY OF NEW YORK                                    **BY MAIL**


    I, MARIA PIZZO, being duly sworn, deposed and says that deponent is a secretary of the LAW OFFICE OF JOHN P. HUMPHREYS, attorneys for one of the parties herein; is over 18 years of age; is not a party to the action. The deponent served the papers noted below by regular mail, the same securely enclosed in the postage paid wrapper in the Letter Box maintained and exclusively controlled by the United States Postal Service at 485 Lexington Avenue, New York, New York 10017; directed to the said attorney(s) at the address indicated below; that being the address within the state designated by said attorney(s) for that purpose, or the place where said attorneys(s) then kept an office, between which places there then was and now is a regular communication by mail as follows:

**Date mailed:**    June 13, 2008

**Papers Served:**    **DEMAND FOR A VERIFIED BILL OF PARTICULARS AND COMBINED DEMANDS**

**TO:**

ROSENBAUM & ROSENBAUM
Plaintiff Counsel
50 Broadway, 26th Floor
New York, NY 10004

JENINE SHAW
Co-defendant
40 A Spruce Street
Newark, New Jersey 07102

Morgan Melhuish Abrutyn
39 Broadway, 17th Floor
New York, New York 10006

United States Courthouse
500 Pearl Street, Room 1320
New York, New York

                                   *Maria Pizzo*
                           MARIA PIZZO

Sworn to before me this

13th  day of June, 2008

    Notary Public

      FREDERICK D. SCHMIDT, JR.
    Notary Public, State of New York
          No. 4942786
    Qualified in Westchester County
   Commission Expires Oct. 3, 199_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                 Civil Index No. : 08 CIV 4998

KIZZY JOYE,

                                                                        Plaintiff,

                                -against-

JENINE SHAW, EDGAR MEZA OVANDO AND JAIME LOPEZ,

                                                                        Defendants.

## DEMAND FOR VERIFIED BILL OF PARTICULARS AND COMBINED DEMANDS

### Law Office of
### JOHN P. HUMPHREYS

Attorneys for Defendant
**JAIME LOPEZ**
**EDGAR MEZA-OVANDO**
Office & P.O. Address
**485 Lexington Avenue, 7th Floor**
**New York, New York 10017**

Tel. No.: (917) 778-6600
Fax No.: (917) 778-7020
(917) 778-7022

TO:

Service of a copy of the within                                        is hereby admitted.

Dated:                                _____
                                      Attorney(s) for

**NOTICE OF ENTRY:**

     **PLEASE TAKE NOTICE** that the within is a true copy of an order entered in office of the Clerk of the above
Court on the ____ day of _____ 200 .

**NOTICE OF SETTLEMENT:**

     **PLEASE TAKE NOTICE** that the within proposed order will be presented for settlement and entry at the
Courthouse on the ____ day of _____ 200 , at 10:00 a.m. at the office of the Clerk of the Part of this Court
where the within described motion was heard.

Dated:     New York, New York                    **Law Office of**
                                                 **JOHN P. HUMPHREYS**
                                                 Attorneys for Defendant(s)
                                                 As Designated Above